**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE, | **ELECTRONICALLY FILED** |
| Plaintiff, | No. 2:22-cv-797 |
| v. | JURY TRIAL DEMANDED |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Bernard P. Matthews, Jr., Esquire, of Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C., on behalf of Defendant, Roman Catholic Diocese of Greensburg, in the above-captioned matter.

**MEYER, DARRAGH, BUCKLER,**
**BEBENEK & ECK, P.L.L.C.**

Date: 06/03/22 By: /s/Bernard P. Matthews, Jr., Esq.

**BERNARD P. MATTHEWS, JR. ESQ.**
Pa. I.D. #54880
bmatthews@mdbbe.com
40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
Telephone No.: (724) 836-4840
Fax No.: (724) 836-0532
*(Attorney for Defendant, Roman Catholic Diocese of Greensburg)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was forwarded to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification to:

Nicholas W. Kennedy, Esquire
Quatrini Law Group
550 E. Pittsburgh Street
Greensburg, PA 15601
nwk@qrlegal.com
724-552-2728

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**

By: /s/Bernard P. Matthews, Jr., Esq.
**BERNARD P. MATTHEWS, JR. ESQ.**
Pa. I.D. #54880
bmatthews@mdbbe.com
40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
Telephone No.: (724) 836-4840
Fax No.: (724) 836-0532
*(Attorney for Defendant, Roman Catholic Diocese of Greensburg)*

JURY TRIAL DEMANDED