**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| | ) | Civil Action No. 2:22-cv-797 |
| **Plaintiff,** | ) | |
| | ) | (Magistrate Judge Maureen P. Kelly) |
| v. | ) | |
| | ) | Electronically Filed |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of the undersigned, David R. Dye, Esquire, of the law firm of Ball, Murren & Connell, LLC, on behalf of Defendant, Roman Catholic Diocese of Greensburg, in the above-captioned matter.

Dated: July 26, 2022

David R. Dye, Esq.
PA 88665
dye@bmc-law.net
Ball, Murren & Connell, LLC
2303 Market Street
Camp Hill, PA 17011
(717) 232-8731
*Attorney for Defendant, Roman Catholic Diocese of Greensburg*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2022, I electronically filed the foregoing Notice of Appearance with the United States District Court for the Western District of Pennsylvania via the Court's NextGen CM/ECF system, which will provide electronic notice to:

Nicholas W. Kennedy, Esq.
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 15601

David R. Dye, Esq.
PA 88665
dye@bmc-law.net
Ball, Murren & Connell, LLC
2303 Market Street
Camp Hill, PA 17011
(717) 232-8731
*Attorney for Defendant, Roman Catholic Diocese of Greensburg*