**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG,<br><br>Defendant. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-MPK<br><br>Magistrate Judge Maureen P. Kelly<br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this ____ day of _____________, 2022, upon careful consideration of the Rule 12(b)(6) motion to dismiss complaint and brief in support filed by Defendant Roman Catholic Diocese of Greensburg, as well as Plaintiff Kenneth Ference's brief opposing that motion to dismiss, said motion is **GRANTED**. Plaintiff's only claim pled in his complaint, Count I, is **DISMISSED WITH PREJUDICE** as any amendment to it would be futile.

**JUDGMENT** is hereby entered in Defendant's favor and against Plaintiff. The clerk shall **CLOSE** this matter.

____________________________________
The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court