# Exhibit B

Diocese of Greensburg
Acknowledgement of Receipt of the Code of Pastoral Conduct
*(Parish/School/Administrator Copy)*

*In accord with my role as Church personnel, and in witness to the Gospel of Jesus Christ, I will conduct myself with integrity, acting in a manner that is consistent with the discipline and teachings of the Catholic Church. I will guide my behavior by civil and canon law, by the policies of the Diocese of Greensburg and by the Code of Pastoral Conduct by...*

1. Respecting the rights of each person and advancing his or her welfare during the course of counseling, advising or spiritual direction.

2. Holding in the strictest confidence information disclosed during the course of counseling, advising or spiritual direction.

3. Maintaining an open and trustworthy relationship when working with youth, free from inappropriate behavior that would put them at risk.

4. Honoring the trust placed in Church personnel by not exploiting others for sexual gain or intimacy.

5. Providing a professional work environment that is free from physical, psychological, written or verbal intimidation or harassment.

6. Maintaining confidentiality in creating, storing, accessing, transferring and disposing of Church records.

7. Avoiding situations that might present a conflict of interest.

8. Reporting to proper authorities my own ethical or professional misconduct and the misconduct of others.

9. Treating Church personnel justly in the day-to-day operations of work and ministry.

10. Being responsible for my own spiritual, physical, mental, and emotional health.

I HAVE CAREFULLY READ, UNDERSTAND, AND HEREBY COMMIT TO CONDUCTING MYSELF IN ACCORD WITH THE DIOCESAN CODE OF PASTORAL CONDUCT.

Kenneth A. Ference
(PRINT Name)

Kenneth A. Ference
(Signature)

8/24/21
(Date)

Teacher
(Position)

Aquinas Academy
Name of Parish/School/Diocesan Office

Kelly Watkins
(Signature of Pastor/Principal/Administrator)

8-24-21
(Date)

Updated May 5, 2015