**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KENNETH FERENCE,

Plaintiff,

vs.

ROMAN CATHOLIC DIOCESE OF GREENSBURG,

Defendant.

**ELECTRONICALLY FILED**

No. 2:22-cv-00797-MPK

Magistrate Judge Maureen P. Kelly

JURY TRIAL DEMANDED

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2022, a true and correct copy of the foregoing Reply Brief Further Supporting Motion to Dismiss was submitted to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification to:

Nicholas W. Kennedy, Esquire
nwk@qrlegal.com
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 15601
Telephone No.: (724) 221-3191
Fax No.: (724) 837-1348
*(Attorney for Plaintiff)*

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**

/s/ Bernard P. Matthews, Jr., Esq.
**BERNARD P. MATTHEWS, JR., ESQ.**
PA. I.D. #54880
bmatthews@mdbbe.com
**ALEXANDER W. BROWN, ESQ.**
PA. I.D. #322661
abrown@mdbbe.com

40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
Telephone No.: (724) 836-4840
Fax No.: (724) 836-0532
*(Attorneys for Defendant)*

**BALL, MURREN & CONNELL, LLC**

/s/ Philip J. Murren, Esq.
**PHILIP J. MURREN, ESQ.**
PA. I.D. #21426
bmc-law2@msn.com
**DAVID R. DYE, ESQ.**
PA. I.D. #88665
dye@bmc-law.net
**KATHERINE M. FITZ-PATRICK, ESQ.**
PA. I.D. #208863
fitz-patrick@bmc-law.net

2303 Market Street
Camp Hill, PA 17011
Telephone No.: (717) 232-8731
Fax No.: (717) 232-2142
*(Attorneys for Defendant)*