IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2:22-cv-797 |
| v. | ) | |
| | ) | Hon. Maureen P. Kelly |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**UNCONTESTED MOTION REQUESTING ORAL ARGUMENT**

Plaintiff, Kenneth Ference, moves the Court to schedule oral argument on Defendant's Rule 12(b)(6) Motion to Dismiss Complaint, and states the following in support thereof:

1. On June 1, 2022, Plaintiff filed a Complaint against Defendant alleging a claim of sex discrimination under Title VII of the Civil Rights Act of 1964. [ECF No. 1].

2. On August 1, 2022, Defendant filed a Rule 12(b)(6) Motion to Dismiss Complaint and Brief Supporting Rule 12(b)(6) Motion to Dismiss. [ECF Nos. 10-11].

3. Defendant moved under Rule 12(b)(6) to dismiss Plaintiff's Complaint on the basis that Plaintiff failed to state a claim.

4. On August 22, 2022, Plaintiff filed his Brief in Opposition to Defendant's Motion. [ECF No. 13].

5. On September 6, 2022, Defendant filed a Reply Brief Further Supporting Motion to Dismiss. [ECF No. 14].

6. Oral argument would ensure that the Court has all of the necessary information before it rules on Defendant's Motion in this legally complex matter.

7. On September 6, 2022, Plaintiff's counsel approached Defendant's counsel

regarding this Motion, and Defendant indicated that it consents to oral argument.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to schedule oral argument on Defendant's Rule 12(b)(6) Motion to Dismiss Complaint before it.

Date: September 12, 2022

Respectfully submitted,

/s/ *Nicholas W. Kennedy*
Nicholas W. Kennedy, Esquire
PA I.D. 317386
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 15601
nwk@qrlegal.com
P: (724) 837-0080
F: (724) 837-1348