IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 2:22-cv-797 |
| v. | ) | |
| | ) | Hon. Maureen P. Kelly |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _________________, 2022, upon consideration of the Plaintiff's Uncontested Motion Requesting Oral Argument, it is hereby ORDERED, ADJUDGED, AND DECREED that Oral Argument on Defendant's Rule 12(b)(6) Motion to Dismiss Complaint is scheduled for the _____ day of ____________, 2022 at _________________________.

______________________________
The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court