IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:22-cv-797 |
| v. | ) |
| | ) Hon. Maureen P. Kelly |
| ROMAN CATHOLIC DIOCESE | ) |
| OF GREENSBURG, | ) Re: ECF No. 15 |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 6th day of December, 2022, upon consideration of the Plaintiff's Uncontested Motion Requesting Oral Argument, it is hereby ORDERED, ADJUDGED, AND DECREED that Oral Argument on Defendant's Rule 12(b)(6) Motion to Dismiss Complaint is scheduled for the 9th day of January, 2023 at 10:00 a.m. in Courtroom 9C.

The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court