**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-797 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| ROMAN CATHOLIC DIOCESE | ) | |
| OF GREENSBURG, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING MEMO**

HEARING HELD: Oral Argument
DATE HEARING HELD: January 9, 2023
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:
Nicholas W. Kennedy, Esq.

Appearing for Defendant:
Bernard P. Matthews, Jr., Esq.

Hearing began at 9:59 a.m.

Hearing concluded at 11:19 a.m.

Stenographer: Veronica Trettel

OUTCOME:

1. Oral Argument relative to the Motion to Dismiss filed at ECF No. 10 conducted today.