IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE, <br><br> Plaintiff, <br><br> vs. <br><br> ROMAN CATHOLIC DIOCESE OF GREENSBURG, <br><br> Defendant. | ELECTRONICALLY FILED <br><br> No. 2:22-cv-00797-NR-MPK <br><br> District Judge J. Nicholas Ranjan <br> Magistrate Judge Maureen P. Kelly <br><br> JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this ____ day of _____, 2023, upon careful consideration of Defendant's motion to bifurcate or limit discovery and brief in support, as well as Plaintiff's response thereto, Defendant's motion is **GRANTED**.

Discovery is bifurcated into two phases. In phase one, the parties shall develop a record solely to adjudicate the Defendant's Title VII religious exemption, ministerial exception, and religious autonomy defenses in a summary judgment motion. Should Plaintiff's suit survive summary judgment, phase two of discovery shall begin. In phase two, the parties shall develop a record as to whether Defendant is liable to Plaintiff and Plaintiff's purported damages.

_____
The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court