IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROMAN CATHOLIC DIOCESE )<br>OF GREENSBURG, )<br>)<br>Defendant. ) | Civil Action No. 22-797<br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly |

### CASE MANAGEMENT ORDER

AND NOW, this 27th day of June 2023, IT IS HEREBY ORDERED that this action is placed under Local Rule 16.1 for pretrial proceedings and all provisions of the Rule will be strictly enforced. Compliance with provisions of Rule 16.1 shall be completed as follows:

1. The parties shall make the disclosures required by Fed.R.Civ.P. 26(a) by __7/11/23__.

2. The parties shall move to amend the pleadings or add new parties by __7/11/23__.

3. The parties shall complete fact discovery by __11/22/23__. All interrogatories, depositions and requests for admissions and/or production of documents shall be served within sufficient time to allow responses to be completed **prior** to the close of fact discovery. Dates for expert depositions and discovery, if necessary, shall be addressed in a subsequent order.

4. The Court will conduct a post-discovery status/settlement conference on __Wednesday, 11/29/23 at 10:00 a.m.__ in the Chambers of United States Magistrate Judge Maureen P. Kelly, Ninth Floor, Room 9280, Joseph F. Weis, Jr. United States

1

Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania. Trial counsel shall attend and the parties shall be available by phone.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case management, status or pretrial conferences to obtain authority to participate in settlement negotiations to be conducted by the Court. Counsel are encouraged to instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE