# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE,<br><br>      Plaintiff,<br><br>   vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG,<br><br>      Defendant. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this _____ day of _____, 2023, upon careful consideration of the Motion to Exempt Case from Court's Mandatory Alternative Dispute Resolution Program, the motion is **GRANTED**. The Parties are hereby excused from participating in the Court's alternative dispute resolution program.

_____
The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court