# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE, | **ELECTRONICALLY FILED** |
| Plaintiff, | |
| vs. | No. 2:22-cv-00797-NR-MPK |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG, | District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly |
| Defendant. | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this **30th** day of **June**, 2023, upon careful consideration of the Motion to Exempt Case from Court's Mandatory Alternative Dispute Resolution Program, the motion is **GRANTED**. The Parties are hereby excused from participating in the Court's alternative dispute resolution program *at this time.*

_____
The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court