**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this ____ day of _____________, 2023, upon careful consideration of Defendants' Objections to Magistrate Judge's Order Denying Motion to Bifurcate or Limit Discovery and Plaintiff's Response thereto, said Objections are **SUSTAINED**. Defendants' Motion to Bifurcate Discovery is **GRANTED**. The first phase of discovery through November 22, 2023 shall focus on the applicability of Title VII's religious exemption to Defendants as well as Defendants' First Amendment affirmative defenses. Summary judgment motions may be filed following the first phase of discovery.

_____________________________
The Honorable J. Nicholas Ranjan
Judge, U.S. District Court