**CERTIFICATE OF SERVICE**

I, Nicholas W. Kennedy, Esquire, do hereby certify that on this 11th day of July, 2023, a true and correct copy of the foregoing **FIRST AMENDED COMPLAINT** was served on the following parties by the CM/ECF system:

Bernard P. Matthews, Jr., Esquire
Alexander W. Brown, Esquire
Meyer, Darraugh, Buckler, Bebenek, & Eck, P.L.L.C
40 North Pennsylvania Avenue
Suite 410
Greensburg, PA 15601
bmatthews@mdbbe.com
abrown@mdbbe.com

Phillip J. Murren, Esquire
Katherine M. Fitz-Patrick, Esquire
David R. Dye, Esquire
Ball, Murren & Connell, LLC
2303 Market Street
Camp Hill, PA 17011
bmc-law2@msn.com
fitz-patrick@bmc-law.net
dye@bmc-law.net

/s/ *Nicholas W. Kennedy*__________
Nicholas W. Kennedy, Esquire
PA ID #317386
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 15601
(724) 837-0080
nwk@qrlegal.com
*Attorney for Plaintiff*