**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this ____ day of _____________, 2023, upon careful consideration of the Rule 12(b)(6) motion to dismiss first amended complaint and brief in support filed by Defendants Roman Catholic Diocese of Greensburg and Aquinas Academy, as well as Plaintiff Kenneth Ference's brief opposing that motion to dismiss, said motion is **GRANTED**. All of Mr. Ference's claims pled in his first amended complaint are **DISMISSED WITH PREJUDICE** as any amendment to them would be futile.

**JUDGMENT** is hereby entered in Defendants' favor and against Mr. Ference. The clerk shall **CLOSE** this matter.

___________________________________
The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court