IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>　　　　　Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2023, upon careful consideration of Defendants' Objections to Magistrate Judge's Report and Recommendation to Deny Defendants' Rule 12(b)(6) Motion to Dismiss First Amended Complaint and Plaintiff's Response thereto, said Objections are **SUSTAINED**. Defendants' Rule 12(b)(6) Motion is **GRANTED**. Plaintiff's first amended complaint is **DISMISSED WITH PREJUDICE**. **JUDGMENT** is entered in Defendants' favor and against Plaintiff. The Clerk shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable J. Nicholas Ranjan
　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court