# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE,<br><br>       Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>       Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2023, a true and correct copy of the foregoing Defendants' Objections to Magistrate Judge's Report and Recommendation to Deny Defendants' Rule 12(b)(6) Motion to Dismiss First Amended Complaint was submitted to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification to:

Nicholas W. Kennedy, Esquire
nwk@qrlegal.com
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 15601
Telephone No.: (724) 221-3191
Fax No.: (724) 837-1348
*(Attorney for Plaintiff)*

| | |
|---|---|
| **MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.** | **BALL, MURREN & CONNELL, LLC** |
| /s/ Bernard P. Matthews, Jr., Esq.<br>**BERNARD P. MATTHEWS, JR., ESQ.**<br>PA. I.D. #54880<br>bmatthews@mdbbe.com<br>**ALEXANDER W. BROWN, ESQ.**<br>PA. I.D. #322661<br>abrown@mdbbe.com | /s/ Philip J. Murren, Esq.<br>**PHILIP J. MURREN, ESQ.**<br>PA. I.D. #21426<br>bmc-law2@msn.com<br>**DAVID R. DYE, ESQ.**<br>PA. I.D. #88665<br>dye@bmc-law.net<br>**KATHERINE M. FITZ-PATRICK, ESQ.**<br>PA. I.D. #208863<br>fitz-patrick@bmc-law.net |
| 40 North Pennsylvania Ave., Suite 410<br>Greensburg, PA 15601<br>Telephone No.: (724) 836-4840<br>Fax No.: (724) 836-0532<br>*(Attorneys for Defendant)* | 2303 Market Street<br>Camp Hill, PA 17011<br>Telephone No.: (717) 232-8731<br>Fax No.: (717) 232-2142<br>*(Attorneys for Defendant)* |