**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH FERENCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,**<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797<br><br>District Judge J. Nicholas Ranjan<br>Judge Maureen P. Kelly<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO CONTINUE DISCOVERY**

AND NOW, come Plaintiff, Kenneth Ference, and Defendants, Roman Catholic Diocese of Greensburg and Aquinas Academy, by and through their respective undersigned counsel, and hereby respectfully submit the within Joint Motion to Continue Discovery, as follows:

1) Pursuant to the Court's Case Management Order, fact discovery in this action is currently scheduled to close on November 22, 2023. *See* Docket No. 34.

2) Defendant Roman Catholic Diocese of Greensburg filed a Motion to Bifurcate or Limit Discovery on June 26, 2023. *See* Docket No. 30.

3) The Court issued a Memorandum Order denying the Diocese's Motion to Bifurcate or Limit Discovery on June 29, 2023. *See* Docket No. 35.

4) The Diocese filed Objections to the Memorandum Order on July 13, 2023. *See* Docket 39.

5) The Honorable J. Nicholas Ranjan issued an Order Adopting Memorandum Order (ECF 35) on September 1, 2023. *See* Docket No. 50.

6) Due to the discovery motions filed in this matter, the Parties are respectfully requesting additional time to complete discovery.

7) The Parties also agree that due to scheduling conflicts caused by the upcoming holiday season, additional time is needed to complete the remaining fact discovery.

8) The Parties are working harmoniously to calendar depositions to take place in the near future, have exchanged written discovery, and Plaintiff's deposition was held on November 20, 2023.

9) In light of the foregoing, Plaintiff and Defendants jointly request that the Court continue fact Discovery until January 31, 2024.

Respectfully submitted,

QUATRINI LAW GROUP

*/s/ Nicholas W. Kennedy*
**Nicholas W. Kennedy, Esquire**
PA I.D. No. 317386
550 East Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 837-0080
Fax: (724) 837-1348
nwk@qrlegal.com
*Counsel for Plaintiff*

BALL, MURREN & CONNELL, LLC

*/s/ Phillip J. Murren*
**Phillip J. Murren, Esquire**
PA I.D. No. 21426
**Katherine M. Fitz-Patrick, Esquire**
PA I.D. No. 208863
**David R. Dye, Esquire**
PA I.D. No. 88665
2303 Market Street
Camp Hill, PA 17011
Phone: (717) 232-8731
Fax: (717) 232-2142
bmc-law2@msn.com
fitz-patrick@bmc-law.net
dye@bmc-law.net
*Counsel for Defendants*

MEYER, DARRAGH, BUCKLER, BEBENEK, & ECK, P.L.L.C.

*/s/ Bernard P. Matthews, Jr.*
**Bernard P. Matthews, Jr., Esquire**
PA I.D. No. 54880
**Alexander W. Brown, Esquire**
PA. I.D. No. 322661
40 North Pennsylvania Avenue, Suite 410
Greensburg, PA 15601
Phone: (724) 836-4840
Fax: (724) 836-0532
bmatthews@mdbbe.com
abrown@mdbbe.com
*Counsel for Defendants*