# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE, | ELECTRONICALLY FILED |
| Plaintiff, | |
| vs. | No. 2:22-cv-00797 |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY, | District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br>Re: ECF No. 55 |
| Defendants. | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this 27th day of November, 2023, upon careful consideration of the Joint Motion to Continue Discovery, the motion is **GRANTED**. The Parties shall complete fact discovery by January 31, 2024. The post-discovery conference previously scheduled for 11/29/23 is cancelled and rescheduled to February 7, 2024 at 10:00 a.m. in Courtroom 9C.

_____
The Honorable Maureen P. Kelly Magistrate Judge, U.S. District Court