**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | Civil Action No. 2:22-cv-00797 |
| | ) | |
| Plaintiff, | ) | Filed Electronically |
| | ) | |
| vs. | ) | Hon. Maureen P. Kelly |
| | ) | United States Magistrate Judge |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG, | ) ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of HORNE DALLER LLC and NICOLE DALLER, ESQUIRE as counsel on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

*s/Nicole Daller*
Nicole Daller, Esq. (Pa. 312224)

HORNE DALLER LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (412) 967-0465
ndaller@hornedaller.com

*Counsel for Plaintiff*

1