**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH FERENCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,**<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>JURY TRIAL DEMANDED |

**CONSENT MOTION TO CONTINUE DISCOVERY**

AND NOW, comes Plaintiff, Kenneth Ference, with the consent of Defendants, Roman Catholic Diocese of Greensburg and Aquinas Academy, and hereby respectfully submits the within Consent Motion to Continue Discovery, as follows:

1) Pursuant to the Court's Order filed on November 27, 2023, fact discovery in this action is currently scheduled to close on January 31, 2024. *See* Docket No. 56.

2) On January 2, 2024, Plaintiff's counsel became employed at a new law firm, HORNE DALLER LLC.

3) Coinciding with that change, choice of counsel and file exchange matters had to be resolved.

4) Additionally, on January 16, 2024, Nicole Daller, Esq. entered her appearance as co-counsel for Plaintiff. *See* Docket No. 59.

5) Due to the transition of representation and addition of new counsel, Plaintiff is respectfully requesting additional time to complete discovery.

6) The Parties are working harmoniously to calendar depositions to take place in the near future, have exchanged written discovery, and Plaintiff's deposition was held on November 20, 2023.

7) In light of the foregoing, Plaintiff, with the consent of Defendants, requests that the Court continue fact Discovery until May 1, 2024.

Respectfully submitted,

HORNE DALLER

/s/ *Nicholas W. Kennedy*
Nicholas W. Kennedy, Esq. (Pa. 317386)
Nicole Daller, Esq. (Pa. 312224)
HORNE DALLER LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (412) 967-0465
nkennedy@hornedaller.com
ndaller@hornedaller.com
*Counsel for Plaintiff*