**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KENNETH FERENCE,

Plaintiff,

vs.

ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,

Defendants.

**ELECTRONICALLY FILED**

No. 2:22-cv-00797

District Judge J. Nicholas Ranjan
Magistrate Judge Maureen P. Kelly

JURY TRIAL DEMANDED

**ORDER**

AND NOW, this_______day of____________________, 2024, upon careful consideration of the Consent Motion to Continue Discovery, the motion is **GRANTED**. The Parties shall complete fact discovery by May 1, 2024.

______________________________________
The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court