**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br>Re: ECF No. 60<br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this 21st day of January, 2024, upon careful consideration of the Consent Motion to Continue Discovery, the motion is **GRANTED**. The Parties shall complete fact discovery by May 1, 2024.

Status conference previously scheduled for 2/7/24 will take place as scheduled.

Maureen P. Kelly

The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court