...

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE,<br><br>  Plaintiff,<br><br>  v.<br><br>ROMAN CATHOLIC DIOCESE<br>OF GREENSBURG,<br><br>  Defendant. | Civil Action No. 22-797<br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly |

## HEARING MEMO

  HEARING HELD: Telephone Status Conference
  DATE HEARING HELD: February 7, 2024
  BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:
Nicholas W. Kennedy, Esq.
Nicole Daller, Esq.

Appearing for Defendant:
Bernard P. Matthews, Jr.
Katherine Fitz-Patrick, Esq.
Philip J. Murren, Esq.

Hearing began at 10:00 a.m.

Hearing concluded at 10:15 a.m.

Stenographer: Marsia Balobeck

  OUTCOME:

1. Briefly reviewed chronology of case.

2. Discussed discovery completed to date and remaining to be completed by 5/1/24.

3. Post-discovery telephone status conference will be scheduled for Thursday, 5/2/24 at 9:30 a.m.