**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE, | Civil Action No. 2:22-cv-00797 |
| Plaintiff, | *Electronically Filed* |
| v. | District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY, | |
| Defendants. | JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of GIULIA R. SCHAUB as counsel on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

/s/ *Giulia R. Schaub*
Giulia R. Schaub, Esq.
PA I.D. No. 330375

HORNE DALLER LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (412) 967-0465
gschaub@hornedaller.com
*Attorney for Plaintiff*