**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-797 |
| | ) | District Judge J. Nicolas Ranjan |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## HEARING MEMO

HEARING HELD: Telephonic Post-Discovery Status Conference
DATE HEARING HELD: May 2, 2024
BEFORE: Magistrate Judge Maureen P. Kelly

Appearing for Plaintiff:
Nicholas W. Kennedy, Esq.

Appearing for Defendant:
Bernard P. Matthews, Jr., Esq.
Alexander W. Brown, Esq.
Katherine Fitz-Patrick, Esq.
Philip J. Murren, Esq.

Hearing began at 9:30 a.m.

Hearing concluded at 9:45 a.m.

Stenographer: None

OUTCOME:

1. Update provided regarding completion of discovery. Plaintiff just received Defendant's most recent responses to Interrogatories and Request for Production. Awaiting response to third party subpoena.

2. As to ADR, Defendant has no interest in participating at this time.

3. As to experts, Defendant does not have any experts. Court will not need to issue expert scheduling order.

4. Counsel agree that next step is issuance of summary judgment scheduling order. Discussed deadlines for summary judgment filings.