# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROMAN CATHOLIC DIOCESE ) <br> OF GREENSBURG, ) <br> ) <br> Defendant. ) | Civil Action No. 22-797 <br> District Judge J. Nicholas Ranjan <br> Magistrate Judge Maureen P. Kelly |

## SUMMARY JUDGMENT SCHEDULING ORDER

AND NOW, this 2nd day of May, 2024, IT IS HEREBY ORDERED that:

1) Joint Statement of Undisputed Facts must be filed by ___6/14/24___.

2) Any Motions for Summary Judgment and Briefs in Support are due ___6/28/24___.

3) Any Response in Opposition to a Motion for Summary Judgment and accompanying Brief in Support must be filed by ___8/9/24___.

4) Any Reply to Response is due by ___8/23/24___ and shall not exceed five (5) pages. Any Sur-reply is due by ___9/6/24___ and shall not exceed five (5) pages.

5) Any Motion for Summary Judgment or Brief in Support of or in Opposition to a Motion for Summary Judgment **must include ECF citations** to the Joint Statement of Undisputed Facts.

6) All Motions for Summary Judgment and Responses thereto must comply with Local Civil Rule 56. In addition, all references to evidence made in the parties' respective briefs shall be supported by citations directly to the record evidence included in the Appendix.

7) If a Brief or Materials submitted in Support of or in Opposition to a Motion for Summary Judgment are in excess of twenty (20) pages, the filing party is directed to provide the Court with a courtesy hard-copy of the filed copy, which includes the ECF notation at the top of each page.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE