**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH FERENCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,**<br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-797<br><br>Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS**

AND NOW, come Plaintiff, Kenneth Ference, and Defendants, Roman Catholic Diocese of Greensburg and Aquinas Academy, by and through their respective undersigned counsel, and hereby respectfully submit the within Joint Statement of Undisputed Material Facts ("Joint Statement"), as follows:

1) The Roman Catholic Diocese of Greensburg ("Diocese") is a Catholic diocese with parishes located in Armstrong, Fayette, Indiana, and Westmoreland Counties and with the Chancery Office located at 723 East Pittsburgh Street, Greensburg, PA 15601.

2) Aquinas Academy ("Aquinas") is a Catholic elementary school located in Diocese's geographic area, with its school building located at 340 N. Main Street, Greensburg, PA 15601.

3) Aquinas is a Catholic religious institution. Ex. B, p. 38.

4) The Most Reverend Bishop Larry J. Kulick, JCL ("Bishop Kulick"), is the Bishop of the Diocese. Ex. A. pp. 8-10.

5) Monsignor Raymond Riffle ("Monsignor Riffle") is the Vicar General of the Diocese. Id.

6) The Diocese operates and oversees 10 Catholic elementary schools, including Aquinas, and 2 Catholic high schools. Id. at p. 93.

7) The Diocese has operational control over the schools within the Diocese and also provides administrative support to those schools through a superintendent, assistant superintendent, and other administrative employees. Id.

8) Ference applied for the sixth-grade teacher position at Aquinas on August 20, 2021. Ex. B, pp. 40-42.

9) Ference interviewed for the sixth-grade teacher position with Aquinas's Principal, Kelly Watkins ("Watkins"), on August 20, 2021. Id.

10) Watkins became Aquinas's Principal in August 2021. Ex. C, p. 12.

11) Watkins reported to Maureen Marsteller ("Dr. Marsteller"), the Superintendent of the Diocese's schools during the 2021-2022 school year. Id. at p. 40.

12) Ference began working at Aquinas as a sixth-grade teacher on or about August 23, 2021. ECF 42, ¶ 8.

13) Employment onboarding documents executed by Ference at or near the time he was hired as a sixth-grade teacher at Aquinas are attached to this Joint Statement as Exhibit D and Bates-stamped AQUINAS.0001 – 0008, 0015.

14) Exhibit D, AQUINAS.0001 – 0006, are the documents that comprised Ference's teacher's contract at Aquinas. Ex. B, p. 52.

15) As part of Ference's onboarding by the Diocese, he completed the Virtus training "Keeping the Promise Alive 3.0." ECF 42, ¶ 14. The content for that training and Ference's Certificate of Completion are attached as Exhibit E, AQUINAS 39, 853-862 (filed under Seal).

16) Ference received the Catholic sacraments of Baptism, Holy Communion, and Confirmation. Ex. B, pp. 29-31.

17) Ference was a practicing Catholic and regularly attended Mass from the age of 5 until approximately 1996 when he went to college. Id. at pp. 30-32.

18) At some point during the hiring process for the sixth-grade teacher position at Aquinas, Ference told Watkins that he "grew up Catholic." Id. at pp. 33-34.

19) Ference has never attended a Catholic ceremony where a same-sex marriage was celebrated. Id. at p. 35.

20) Before he applied for a job as a teacher at Aquinas, Ference had no knowledge of any other Catholics who were married in a same-sex marriage that was recognized or celebrated by the Catholic Church. Id.

21) When Ference applied for a job as a teacher at Aquinas in August, 2021, he knew that Aquinas was a private Catholic religious institution. Id. at p. 38.

22) During his job interview, Ference did not tell Watkins that he was in a same-sex marriage with William Fry. Id. at p. 44.

23) When listing his husband, William Fry, as a contingent beneficiary on a life insurance onboarding form on August 25, 2021, Ference referred to Mr. Fry as a "friend." Id. at pp. 56-57; Ex. D, AQUINAS.0008.

24) When completing an onboarding form to waive Aquinas's group health insurance on September 2, 2021, Ference stated that he was covered under a health insurance policy afforded to his husband, William Fry. Ex. B, pp. 59-62; Ex. D, AQUINAS.0015.

25) The submission of the health insurance waiver was the first time Ference disclosed to Aquinas that he was married to William Fry. Id.

26) Ference taught the subjects of math, science, and social studies to Aquinas's sixth-grade students. Ex. B, p. 67.

27) During Ference's tenure at Aquinas, Jennifer Davis was Aquinas's other sixth-grade teacher, and she taught English, writing, and a daily religion class for the sixth-grade students. Ex. F at pp. 20, 32.

28) As a hiring restriction, Watkins told Ference that he was not permitted to teach the sixth-grade religion class because he is Lutheran. Ex. B, pp. 63-65.

29) Ference does not recall Watkins ever using the word "secular" to describe his teaching duties at Aquinas. Id. at p. 68.

30) As part of his teaching duties at Aquinas, Ference was required to attend and did attend Mass with his students during the school day. While in Mass, Ference sat in the church pew behind his students. Id. at pp. 74, 76-77.

31) During a Catholic Mass, there are times when the congregation alternates between sitting, standing and kneeling. Id. at p. 79.

32) When Ference attended Catholic Mass with his Aquinas students, he sat when they sat, he stood when they stood, and he kneeled when they kneeled. Id.

33) Aquinas students began and ended each school day by saying prayers together, which were recited over the school intercom. Id. at p. 80.

34) In response to being told that he was terminated for being in a same-sex marriage, Ference believes he told Dr. Marsteller that the Catholic Church's views on marriage were antiquated and that it was very disappointing that they felt that way. Id. at pp. 101-102.

35) The decision makers for Ference's termination were Dr. Marsteller, Monsignor Riffle, and Bishop Kulick. Ex. G, p. 53.

Respectfully submitted,

HORNE DALLER

/s/ *Nicholas W. Kennedy*
**Nicholas W. Kennedy, Esquire**

1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (412) 967-0465
nkennedy@hornedaller.com
*Counsel for Plaintiff*

MEYER, DARRAGH, BUCKLER,
BEBENEK, & ECK, P.L.L.C.

/s/ *Bernard P. Matthews, Jr.*
**Bernard P. Matthews, Jr., Esquire**
PA I.D. No. 54880
**Alexander W. Brown, Esquire**
PA. I.D. No. 322661
40 North Pennsylvania Avenue, Suite 410
Greensburg, PA 15601
Phone: (724) 836-4840
Fax: (724) 836-0532
bmatthews@mdbbe.com
abrown@mdbbe.com
*Counsel for Defendants*

BALL, MURREN & CONNELL, LLC

/s/ *Phillip J. Murren*
**Phillip J. Murren, Esquire**
PA I.D. No. 21426
**Katherine M. Fitz-Patrick, Esquire**
PA I.D. No. 208863
**David R. Dye, Esquire**
PA I.D. No. 88665
2303 Market Street
Camp Hill, PA 17011
Phone: (717) 232-8731
Fax: (717) 232-2142
bmc-law2@msn.com
fitz-patrick@bmc-law.net
dye@bmc-law.net
*Counsel for Defendants*