**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH FERENCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,**<br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-797<br><br>Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**APPENDIX IN SUPPORT OF JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS**

AND NOW, come Plaintiff, Kenneth Ference, and Defendants, Roman Catholic Diocese of Greensburg and Aquinas Academy, by and through their respective undersigned counsel, and hereby respectfully submit this Appendix in Support Joint Statement of Undisputed Material Facts ("Joint Statement"), as follows:

Exhibit A. Monsignor Raymond Riffle Deposition Transcript Excerpts

Exhibit B. Kenneth Ference Deposition Transcript Excerpts

Exhibit C. Kelly Watkins Deposition Transcript Excerpts

Exhibit D. Employment Onboarding Documents

Exhibit E. Virtus Training Documents (filed under seal)

Exhibit F. Jennifer Davis Deposition Transcript Excerpts

Exhibit G. Dr. Maureen Marsteller Deposition Transcript Excerpts

Respectfully submitted,

HORNE DALLER

/s/ *Nicholas W. Kennedy*
**Nicholas W. Kennedy, Esquire**

1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (412) 967-0465
nkennedy@hornedaller.com
*Counsel for Plaintiff*

MEYER, DARRAGH, BUCKLER, BEBENEK, & ECK, P.L.L.C.

/s/ *Bernard P. Matthews, Jr.*
**Bernard P. Matthews, Jr., Esquire**
PA I.D. No. 54880
**Alexander W. Brown, Esquire**
PA. I.D. No. 322661
40 North Pennsylvania Avenue, Suite 410
Greensburg, PA 15601
Phone: (724) 836-4840
Fax: (724) 836-0532
bmatthews@mdbbe.com
abrown@mdbbe.com
*Counsel for Defendants*

BALL, MURREN & CONNELL, LLC

/s/ *Phillip J. Murren*
**Phillip J. Murren, Esquire**
PA I.D. No. 21426
**Katherine M. Fitz-Patrick, Esquire**
PA I.D. No. 208863
**David R. Dye, Esquire**
PA I.D. No. 88665
2303 Market Street
Camp Hill, PA 17011
Phone: (717) 232-8731
Fax: (717) 232-2142
bmc-law2@msn.com
fitz-patrick@bmc-law.net
dye@bmc-law.net
*Counsel for Defendants*