# EXHIBIT A

Deposition of Reverend Monsignor Raymond Riffle
March 13, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH FERENCE, )
Plaintiff, ) CIVIL ACTION
vs. ) No. 2:22-cv-00797
ROMAN CATHOLIC DIOCESE OF )
GREENSBURG and AQUINAS )
ACADEMY, )
Defendants. )

**DEPOSITION OF REVEREND MONSIGNOR RAYMOND RIFFLE,**
taken pursuant to the Federal Rules of Civil Procedure, before Lisa Ann Bauer, Certified Realtime Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, March 13, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, scheduled to commence at 10:00 o'clock a.m.

- - -

- - - -

A P P E A R A N C E S

- - -

On behalf of the Plaintiff:

**Nicholas W. Kennedy, Esquire**
**Giulia Schaub, Esquire**
Horne Daller LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238

On behalf of the Defendants:

**Bernard P. Matthews, Jr., Esquire**
Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601

**Phillip J. Murren, Esquire**
**Katherine M. Fitz-Patrick, Esquire**
Ball, Murren & Connell, LLC
2303 Market Street
Camp Hill, PA 17011

- - -

- - - -

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
| --- | --- | --- |
| MSGR. RAYMOND RIFFLE | Mr. Kennedy | 4, 99, 101 |
| | Mr. Matthews | 87, 101 |

| EXHIBITS | MARKED FOR IDENTIFICATION |
| --- | --- |
| Riffle Deposition Exhibit A | 88 |
| Riffle Deposition Exhibit B | 88 |
| Riffle Deposition Exhibit C | 89 |
| Riffle Deposition Exhibit D | 89 |
| Riffle Deposition Exhibit E | 89 |
| Riffle Deposition Exhibit F | 90 |
| Riffle Deposition Exhibit G | 90 |


- - -

- - - -

P R O C E E D I N G S

(9:52 o'clock a.m.)

REVEREND MONSIGNOR RAYMOND RIFFLE,

the witness, having been first duly sworn, was deposed and testified as follows:

EXAMINATION

**BY MR. KENNEDY:**

**Q.** Could you please state your full name and address for the record, please.

**A.** Raymond Edward Riffle, 300 North Main Street, Greensburg, Pennsylvania 15601.

**Q.** Is it okay if I refer to you as Monsignor Riffle?

**A.** Monsignor is fine.

**Q.** So, have you ever been deposed before?

**A.** One time, yes, many years ago.

**Q.** What was that for?

**A.** It was for a sexual abuse case.

**Q.** How long ago was that?

**A.** Thirty-five years, maybe.

**Q.** Then I'll just kind of refresh you on how a deposition works.

**A.** Appreciate it.

**Q.** So, I ask that you give verbal responses, so no head nods or head shaking or "uh-huh" or "huh-uh,"

**A.** The address that I gave you for my address, 300 North Main Street.

**Q.** How long have you been rector of Blessed Sacrament?

**A.** Since 2010.

**Q.** What does a rector do?

**A.** The rector is a unique title for the Cathedral. It's basically the same as a pastor, but at the Cathedral, it's a little different because it's the Bishop's church. So, it's called a rector, but it's the same thing as a pastor. It is the priest that is in charge of leading the people of God in that parish.

**Q.** Can you walk me through the hierarchy of the Catholic Church in Pennsylvania? I just need to understand. I know there is multiple dioceses, but can you walk me through the Greensburg Diocese, the hierarchy, and then, just as you understand it, in terms of Pennsylvania, like, the larger body of the Catholic Church, please?

**A.** Yes. Let me start with the fact that each diocese -- there is eight dioceses -- is autonomous.

**Q.** In Pennsylvania?

**A.** There are eight dioceses in Pennsylvania and each of the dioceses are autonomous. At the head of each diocese is a bishop. There is, in Pennsylvania, a

metropolitan bishop, which would be Archbishop Perez in the Archdiocese of Philadelphia, who has some oversight over the other dioceses, but in a very limited way. So, there is not a conglomerate of the church of Pennsylvania. That's not a thing.

In each diocese, there is a bishop. He is the leader of the diocese. He is the corporate soul of the diocese. The second person in the diocese is the vicar general. I am also the vicar general of the Diocese of Greensburg. Other offices in the diocese are judicial vicar, which handles canonical -- it's like a canon lawyer for church law, and there is a chancellor, which is basically a keeper of the records. Beyond that, then, are priests in parishes, either as a pastor or as an assistant pastor, parochial vicar, and that would be the hierarchy.

**Q.** So, the archdiocese doesn't have any say over what you do in your diocese to speak of?

**A.** No. There are some things you need to consult them for. I wouldn't have those offhand. We can get those for you, but, no, each bishop is autonomous.

**Q.** Does the bishop have to answer to anyone besides himself?

**A.** The Holy Father.

**Q.** So, besides the Pope, there is no one above

Bishop Kulick in Diocese Greensburg?

**A.** No, no. Yeah, that's correct canonically, yes.

**Q.** So, no cardinal or any other individual can guide Bishop Kulick in terms of what happens in the Diocese of Greensburg?

**A.** He has the ability to make decisions independently, as long as he's following in concert with Church law.

**Q.** I'm just curious. How much does information, then, trickle down to you? I'm sure Bishop Kulick doesn't have a direct line in to the Pope, so how does that work? How does it filter down to him? I know the Catholic Church makes policy changes or interpretations of what Catholic faith and doctrine is going to be. How does that get translated down to him?

**A.** There would be communications from the Vatican to each of the Conferences of Bishops. There is United States Catholic Conference of Bishops, there is a Canadian Conference of Bishops, there is a Central American Conference of Bishops. The conference would receive information, but then each bishop would also, if it's a matter of changing -- we don't change doctrine, but changing practices or things like procedures, that would be communicated directly to each bishop, either directly from the Vatican to them or to

Pennsylvania charitable trust. Is it a nonprofit entity?

**A.** Yes.

**Q.** And Bishop Kulick is the trustee of the Aquinas Academy charitable trust?

**A.** Yes.

**Q.** Is Bishop Kulick also the trustee of the Diocese of Greensburg?

**A.** Yes.

**Q.** Is the Diocese of Greensburg also a charitable trust?

**A.** Yes.

**Q.** Now, you were asked to confirm from one of the documents the mission of Aquinas Academy, and is there anything else that you'd like to add to the general mission philosophy of the school known as Aquinas Academy?

**A.** I think the mission of Aquinas Academy is an extension of the Catholic Church faith formation. It is where parents send their children to learn about the faith, not only in religion, but in every class that is taught.

An example I would use is there are many theories about the origin and creation of the universe, you know, the big bang theory and all of

those. In a Catholic school, we would espouse that whatever theory you're going to adapt that God is the prime mover of creation, and we would attribute in art, beauty to God, in any of the sciences that are taught, in any of the things that are taught, the presence of God should infuse all of those things. And we hope that our children give that primacy to God and develop ways of behavior that give witness to those beliefs.

**Q.** Now, you mentioned earlier that there is a Board of Trust Administrators that oversees the operation of Aquinas Academy?

**A.** Yes.

**Q.** And that you, I think, are a member of the board and chairman?

**A.** Correct.

**Q.** Who are the other members of that board?

**A.** Father Daniel Blout.

**Q.** Where is he the pastor?

**A.** Father Daniel Blout is pastor of Our Lady of Grace parish in Greensburg.

Father Lawrence Manchas, M-a-n-c-h-a-s, is pastor of St. Paul and St. Bruno in Greensburg.

Father Rod Rodriguez, one of our international priests, is pastor of Holy Cross in Youngwood.

And Deacon William Newhouse is administrator of Ascension and Sacred Heart parishes in Jeannette.

**Q.** And for the lack of a better word, those parishes that you just mentioned, are they among other what we would call feeder parishes into the Catholic schools?

**A.** They are defined as primarily sending parishes. In other words, the students -- the children that are in those particular schools -- those particular parishes would go to Aquinas Academy.

**Q.** Now, is Aquinas Academy affiliated with the Roman Catholic Diocese of Greensburg?

**A.** It is.

**Q.** And, in general, what is that affiliation?

**A.** It is one of ten Catholic grade schools in the Diocese. We also have two Catholic high schools. As a charitable trust, the Bishop is the trustee of the school. The Bishop is responsible for ensuring the Catholicity of the school, and he does that through Dr. Nancy Rottler, who is the Superintendent of Catholic Schools, and she oversees all 12 of the schools.

It is her role, in conjunction with the principal -- in this case at Aquinas, Kelly Watkins -- to deal with all of the things -- many of the things