# EXHIBIT C

Deposition of Kelly Watkins
March 27, 2024

- - - -

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | No. 2:22-cv-00797 |
| ROMAN CATHOLIC DIOCESE OF | ) | |
| GREENSBURG and AQUINAS | ) | |
| ACADEMY, | ) | |
| Defendants. | ) | |

**DEPOSITION OF KELLY WATKINS,**

taken pursuant to the Federal Rules of Civil Procedure, before Lisa Ann Bauer, Certified Realtime Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, March 27, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, commencing at 12:20 o'clock p.m.

- - -

- - - -

A P P E A R A N C E S

- - -

On behalf of the Plaintiff:

**Nicholas W. Kennedy, Esquire**
Horne Daller LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238

On behalf of the Defendants:

**Bernard P. Matthews, Jr., Esquire**
Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601

Also present:

Kenneth Ference

- - -

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| KELLY WATKINS | Mr. Kennedy | 4, 108 |
| | Mr. Matthews | 104 |

**KELLY WATKINS**

- - - -

| EXHIBITS | MARKED FOR IDENTIFICATION |
|---|---|
| Watkins Deposition Exhibit A | 103 |
| Watkins Deposition Exhibit B | 104 |
| Watkins Deposition Exhibit C | 104 |
| Watkins Deposition Exhibit D | 104 |

- - -

P R O C E E D I N G S

(12:20 o'clock p.m.)

KELLY WATKINS,

the witness, having been first duly sworn, was deposed and testified as follows:

EXAMINATION

**BY MR. KENNEDY:**

**Q.** Good afternoon.

**A.** Good afternoon.

**Q.** Thanks for accommodating us, by the way. I appreciate that.

**A.** No problem.

**Q.** Could you please state your full name and address for the record.

**A.** It's Kelly Lynn Watkins, and my address is 128 Latimer Lane, New Alexandria, PA 15670.

**Q.** So, today in the deposition, I'm just going to ask that you give verbal responses, so no "uh-huh," "huh-uh," and head nods or anything like that. Just do your best, and if you mess up, that's fine.

**A.** Okay.

**Q.** Do your best to give verbal responses and do your best not to talk over me and I'll do my best not to talk over you. So, if I ask you a question, just wait until it's finished and then you can answer, and

six additional.

**Q.** So, roughly starting in 2000, you taught in Virginia, fifth grade, for 12 years. That brings us to 2012, roughly?

**A.** Uh-huh.

**Q.** What school were you teaching at there?

**A.** Chesapeake Public Schools.

**Q.** And then, I'm sorry. After that, Chesapeake Public Schools, you switched?

**A.** To kindergarten and first grade.

**Q.** And how long did you teach in that role for?

**A.** Until August of '21.

**Q.** That's when you became the principal at Aquinas?

**A.** Correct.

**Q.** Prior to working at Aquinas, had you ever taught in a religious school?

**A.** No.

**Q.** What brought you from Virginia to Pennsylvania?

**A.** I grew up in Latrobe, and so, I wanted to do administration and the Catholic school position became available and I wanted the opportunity to teach in a school where Catholic values still mattered and you could bring it into the educational system for your child.

your subpoena.

MR. KENNEDY: Thanks.

**BY MR. KENNEDY:**

**Q.** So, let's jump back into this. So, can you run me through your duties as principal of Aquinas?

**A.** In relation to what?

**Q.** Just being a principal. What do you do? What are you asked to do as a principal of Aquinas?

**A.** Everything. So, I hire, I fire, I respond to emails, we work on communication between home and school, I observe the staff, I work in the curriculum, I currently do maintenance and custodial, as needed, I meet with parent groups, I continue my training as a leader, as a religious educator.

**Q.** And, again, a lot of my questions are going to be focused on the 2021-2022 school year, so if you need to adjust your answer based on that time frame, let me know.

Who do you report to?

**A.** My superintendent.

**Q.** And that was Maureen Marstellar during Mr. Ference's employment?

**A.** Correct. And Monsignor Riffle is my Board of Trustees, so the two of them.

**Q.** So, are they Aquinas employees? Are they