# Exhibit E

Filed Under Seal