# EXHIBIT F

Deposition of Jennifer Davis
March 27, 2024

\- - - -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH FERENCE, )
Plaintiff, ) CIVIL ACTION
vs. ) No. 2:22-cv-00797
ROMAN CATHOLIC DIOCESE OF )
GREENSBURG and AQUINAS )
ACADEMY, )
Defendants. )

**DEPOSITION OF JENNIFER DAVIS,**

taken pursuant to the Federal Rules of Civil Procedure, before Lisa Ann Bauer, Certified Realtime Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, March 27, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, scheduled to commence at 10:00 o'clock a.m.

\- - -

- - - -

A P P E A R A N C E S

- - -

On behalf of the Plaintiff:

**Nicholas W. Kennedy, Esquire**
Horne Daller LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238

On behalf of the Defendants:

**Bernard P. Matthews, Jr., Esquire**
Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601

Also present:

Kenneth Ference

- - -

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| JENNIFER DAVIS | Mr. Kennedy | 4, 36 |
| | Mr. Matthews | 35 |

\- - - -

P R O C E E D I N G S

(10:03 o'clock a.m.)

JENNIFER DAVIS,

the witness, having been first duly sworn, was deposed and testified as follows:

EXAMINATION

**BY MR. KENNEDY:**

**Q.** Ms. Davis, could you please state your full name and address for the record, please.

**A.** Jennifer Hugus Davis, 1013 Dunedin Drive, Greensburg, Pennsylvania 15601.

**Q.** Random aside, were you related to -- I had a tenth grade teacher, Ms. Hugus?

**A.** Mary Lou?

**Q.** Might have been.

**A.** She was married to one of my father's cousins, but I did not know her.

**Q.** She was a good teacher. Sorry about that.

**A.** That's okay.

**Q.** Have you ever been deposed before?

**A.** No.

**Q.** So, during this process, I just ask that you give verbal responses, so "yes" or "no" or whatever your answer is, but, please, no "huh-uh" or just head nods or things like that to help our court reporter.

**A.** I was assigned teaching science when Ken joined the staff, so whatever year he was hired, that school year. I had finished teaching science the previous.

**Q.** So, did Ken Ference take over your science responsibilities?

**A.** Yes.

**Q.** When you taught science, did you teach religion as part of that?

MR. MATTHEWS: Object to the form.

You can answer.

**A.** No.

**Q.** When Ken started, what was the division of labor between you two?

**A.** I taught all of the language arts, I taught religion. Language arts consists of reading and English and writing, so it was usually broken into three parts. Ken taught science, social studies, and math.

**Q.** We talked about that. So you had no math experience, at least at Aquinas, as a sixth grade teacher. You taught social studies and science, but never math?

**A.** At my choice.

**Q.** Did you ever go through any sort of -- I think it's called catechetical training?

because the students would have gotten a schedule similar to this so that they knew where to go, but my schedule would have also been included on that. So, even though this is strictly related to what Mr. Ference would teach, my schedule was the opposite. It would have had language arts, it would have had religion for the two blocks, because there were two sixth grades. 6F was Mr. Ference, 6D was myself.

**Q.** Would Mr. Ference's students come to your class for religion?

**A.** Yes, I believe they did.

**Q.** How would that work, like, the switching?

**A.** They would come -- if you look at the Monday block, first and second period, Mr. Ference taught math. So, while he would have been teaching math, I would have been teaching language arts. And then we would have flip-flopped the schedule and then, if I remember correctly, fifth period, I probably kept my homeroom for religion and then I would have seen his kids at the end of the day for religion, if I remember correctly.

**Q.** So 6F, 6D, and at some point, the kids flip-flopped?

**A.** Uh-huh. They would move by homeroom.

**Q.** You can put that aside. Thank you.