# EXHIBIT G

Deposition of Maureen Marsteller
March 28, 2024

- - - -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | No. 2:22-cv-00797 |
| ROMAN CATHOLIC DIOCESE OF | ) | |
| GREENSBURG and AQUINAS | ) | |
| ACADEMY, | ) | |
| Defendants. | ) | |

**DEPOSITION OF MAUREEN MARSTELLER**,

taken pursuant to the Federal Rules of Civil Procedure, before Sheila A. Rivers, Registered Professional Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Thursday, March 28, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, scheduled to commence at 1:00 o'clock p.m.

- - -

A P P E A R A N C E S

- - -

On behalf of the Plaintiff:

**Nicholas W. Kennedy, Esquire**
Horne Daller LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238

On behalf of the Defendants:

**Bernard P. Matthews, Jr., Esquire**
Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601

Also present:

Kenneth Ference

- - -

- - - -

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Maureen Marsteller | Mr. Kennedy | 4 |


EXHIBITS

(None marked.)

- - -

- - - -

P R O C E E D I N G S

(1:04 o'clock p.m.)

MAUREEN MARSTELLER,

the witness, having been first duly sworn, was deposed and testified as follows:

EXAMINATION

BY MR. KENNEDY:

Q. Could you please state your full name and address for the record.

A. Sure. Maureen Marsteller, 236 Mica, M-I-C-A, Court, Bethel Park, PA 15102.

Q. You know, I always think of Oakmont Bakery, since it's nearby. I've been to Bethel Bakery, and it is delicious.

A. You know, I have to say Oakmont does --

Q. You think it's better?

A. -- rule. Yes.

Every time I come this way, I think, I'm near Oakmont Bakery.

Q. It's right there.

A. You bet.

Q. So have you ever been deposed before?

A. No. No.

Q. Okay.

A. Huh-uh.

So I can't recall how that was consultative or just...

Q. Do you remember how you became aware that Mr. Ference is in a same-sex marriage?

A. Yes. That, I do remember. It came to me through the business office, which recognized that he had listed his husband as his -- was it a beneficiary or husband as -- I believe it was -- oh, he had the medical insurance. That's what it was.

Q. And was that Aquinas's business office, or the Diocese business --

A. Diocese.

Q. And what did you do with that information after you learned that?

A. I took it to my superiors, in case they hadn't already received that same notification.

Q. So you notified Monsignor Riffle and --

A. And Bishop Kulick.

Q. Did you guys meet about it?

A. I'm sure we did. I just don't have recall.

Q. And did you -- did you make the decision, or was it Monsignor Riffle or Bishop Kulick?

A. It would be mutual.

Q. Okay. So kind of a mutual understanding?

A. Um-hmm.