# EXHIBIT E

Virtus Training

# CERTIFICATE OF COMPLETION

This document certifies that

***Kenneth Ference***

from

Diocese of Greensburg, PA

has completed

***Keeping the Promise Alive 3.0***
Provided online by National Catholic Services, LLC

On this 23rd day of August 2021.

# Keeping the Promise Alive 3.0 Online Refresher Program

## The Video Narrative of Lesson 1

**Narrator:** It is our promise to protect God's children… Yet, we know too well that there are those in this world who would harm children in order to meet their own selfish needs. And if no one stops them, they will continue to abuse.



**Ronnie:** I started molesting children when I was ten. And was finally apprehended when I was 36, so that I molested children over a period of 26 years for a total of approximately 34 victims.



**Karl:** Probably over my lifetime I fondled, probably, up to 500.

**Narrator:** Together we can help stop these predators and others like them who would sexually abuse our children and young people. Today, thanks to your commitment, your concern, and your desire to help, we are keeping alive the promise to protect.



**Bishop Slattery:** The child sexual abuse crisis in the United States has rocked our Church and scandalized the faithful who trusted their children to us and expected us to fulfill our responsibility to care for these little ones as they grew. In 2002 the bishops of the United States created *The Charter for the Protection of Children and Young People* to provide a standard policy for responsibility and accountability. Since then we bishops have tried to work as a team with priests and lay staff members, with parents and parishioners just like you to create a safer future for our children. It's important to recognize that our efforts are working. We are creating safe environments to protect our children from predators, and most critically we are listening with respect to the stories of those who have been most who have been affected by this abuse. In 2002, we bishops promise to do this as a way of demonstrating the power of God's love. And, we mean to keep that promise.

**Narrator:** We are not helpless. When we work together, we have the power to protect. In the original *Protecting God's Children* awareness session, we learned there are five steps to follow that will help protect children in your family and in your community.

Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved.



CONFIDENTIAL

They are:

1. Know the warning signs
2. Control access through screening
3. Monitor all ministries and programs
4. Be aware of child and youth behavior, and,
5. Communicate your concerns

The *Protecting God's Children* Program is primarily designed and focused on addressing the issues of creating safe environments for children and young people. However, much of what you learn here can be applied to protecting other types of victims, such as vulnerable adults, which could include but are not limited to: adults who are homebound, in hospitals or nursing homes, adults who are unable to defend or care for themselves and adults who are physically, emotionally or mentally incapacitated.

You are about to see three success stories that have come as a direct result of these five steps, and you will learn about innovative ways that you can continue to protect our children and young people, through awareness, communication and a timely response.

## Question for Lesson 1:

Which of the following statements is accurate?

A. We are not helpless to prevent child sexual abuse when we work together.
B. The material learned to foster safer environments for children and young people cannot be applied to other types of populations, such as vulnerable adults.
C. It is most important to select just one of the 5 steps and follow it closely, since relying on one step and doing it well protects the most amount of children.
D. Child sexual abuse does not affect all demographics; it only affects persons from lower socioeconomic groups.

## The Video Narrative of Lesson 2

**Narrator:** When adults in one parish were made aware of the warning signs of a child predator, they discovered a predator in the middle of their parish.



**Parish Representative:** We were going through an awareness session at our church and it came across that as we did the warning signs one of the ushers just jumped into my mind as someone who exhibited these traits, and he was doing things like giving candy to the children. As children were getting restless during mass he would want to take them out and walk with them or maybe go outside and play. Things of that nature and as you listen to the awareness session it really starts to just kind of piece together.

**Narrator:** In fact, Kevin's parish priest was thinking the exact same thing.

Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved.

AQUINAS.00854

CONFIDENTIAL



**Parish Representative:** And so the pastor did some research and found out that the usher was on the sex offender registry and it just totally blew us away.

**Narrator:** The usher was immediately reported to the authorities and removed from any further contact with the children. Through simple awareness, children of the parish and community were spared from the very real possibility of abuse.

Here is what happened in one parish and school when parents communicated their concerns.



**Parish Representative:** There was a parent who was always taking pictures of the children. One of the parents became concerned because she thought it should just be investigated further of why he was taking all those pictures.

**Narrator:** The message hit home when parishioners heard almost the exact same things from this predator.



**Karl:** I was always taking pictures and I would take these pictures and I would put them in a picture album and I would have the picture album at the skating rink. And this was another tool that I'd use to get kids to come around me. 'Cuz they'd want to look for their picture from the last time they was there or looking for pictures of their friends. And parents should have been aware that this picture book was probably 90 percent of little girls.

**Narrator:** Once the parents learned of this indicator, they immediately communicated their concerns to their pastor.

The parent photographer was told that he was no longer allowed to take pictures of any children at school or parish events. He was even barred from volunteering at the school or coming onto the grounds without specific permission.
He became angry and even threatened to sue the Church. But the Church would not back down.

Six months later, the picture taking parent was arrested by local police on three counts of performing lewd acts with a minor under 14 and charged by the FBI with possession and production of child pornography. It was the actions of the parents who participated in a *Protecting God's Children* Awareness Session that played a key role in his arrest.



**Rose Perry:** I think it was very difficult for the parents to speak up because you always second-guess yourself, 'Should I say anything? What if there is nothing to the situation? That it was harmless?' But it's always better to err on the side of caution especially when comes to a child.



Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved.

CONFIDENTIAL

**Narrator:** Communicating concerns may not be easy, but it is essential. When we make a timely response, we can take action to save lives. In one Protecting God's Children session, participants heard the following:



**Rose Perry:** Perpetrators look for isolated areas. Children who are sexually abused, there are usually no witnesses. And if you isolate the children from other adults or other children even, then you're able to keep it a secret, you're able to talk to that child and really convince a child that it's okay, even when a child knows it's not okay.



**Parish Representative:** Mary was a secretary at our church. She wasn't Catholic but she went to the training because she was an employee at our parish. She took the training and then went back to her own church and found that there was a whole wing that wasn't being used. An education wing, that was unlocked, it was an area that anyone could get into. And she wanted to make sure that was secure, so it didn't become an area that could become a problem.

**Narrator:** Armed with this important information, Mary went to her pastor and explained to him what she had learned about predators and isolated areas. Her church then changed locks on those empty classrooms and made sure only a select few had the key.

## Question for Lesson 2:

What is NOT a potential warning sign of an individual with improper boundaries?

A. Individual believes the rules do not apply to his/her activities.
B. Individual is friendly.
C. Individual takes photos of youth without parental permission.
D. Individual tries to be alone, or isolated with youth.

## The Video Narrative of Lesson 3



**Dr. Block:** The thing that's exciting about sharing this information is that we have a group of people who will take this training, but they can expand the training into other areas, through their own discussions about it at their own churches, again in their neighborhoods and schools. So that, not only are they protecting one child for every person involved in the training but they protecting huge numbers of children potentially when they take this information forward.

**Narrator:** There are so many ways you can have a timely response including:

- Installing a computerized locking system on the main entrances to church facilities.

Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved.

- At the end of Religious Education, youth group meetings, or any other activity involving children or young people, have the next to the last parent arriving to pick up their child stay with the group leader until the last child's parents arrives.

- Create a form for use in reviewing all programs before the program begins; and

- Establish a review process that includes parishioners and staff.

Now, more than ever, it is also important to have a timely response in protecting our children and young people in the ever-evolving virtual world of the Internet. There has been a momentous shift in the communication in our society in recent years. Many have traded in person, face-to-face relational interaction for a virtual and technologically advanced world of electronic exchange.



**Detective Robert H. Farley:** The reality is there is absolutely nothing that's private on the Internet. Nothing at all. As a result, a child molester can sit behind a computer or use a Smart-phone to roam online from gaming sites to social networking platforms looking for children and teens susceptible to victimization.

Many adults and young people are still unaware of the hidden dangers of some technology related "apps" or the unsafe Internet sites, such as many social networking, photo posting or gaming sites. If teachers, parents and other caring adults would go to these internet sites or download a handful of popular "apps," they may be shocked by the content, photos and the personal information that they would find.

**Narrator:** Whether in the virtual or the real world, creating a safe environment comes from knowing the warning signs and having a timely response. In the *Protecting God's Children* Program we also learned that abusers can look like, or be, anyone, male or female, or even a team of people working together, in addition to adults who are married with children of their own.

Child sexual abuse happens in all income, racial, ethnic, and other demographic groups and sex offenders do not fall into one certain category. Sex abusers look like your neighbors, friends and acquaintances—the people with whom you work, family members and other trusted adults and other youth—this abuse is known as child-on-child or peer-on-peer abuse.

Randy's summer camp turned into an agony when his camp counselor molested him.



**Randy:** He seemed like a really nice guy. He'd take us swimming. He let us sneak out of the cabins at night. When I was homesick, he would stay up with me. I trusted him. And then he did it. I've never been the same ever since.

Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved.



CONFIDENTIAL



**Dr. Block:** The predators don't think the rules apply to them for the same reason they are predators against little children they have a distorted vision of right and wrong.



**Rose Perry:** They also believe that they won't be caught. Ah, they think that they are savvy enough and can keep it enough of a secret and build enough of a relationship making that child feel special to keep it a secret that they will never be caught.



**Dr. David Finkelhor:** Some child molesters are very appealing, socially gifted people. They win over congregations; they win over neighbors; they win over families; they even win over the kids themselves. They can be talented, resourceful, and authoritative, but they use those talents to gain confidence with parents and access to kids to act on their own sexual interests.

**Narrator:** But if you are aware of their actions, they will get caught. They will realize the rules of society do apply to them. Knowing the behavioral warning signs of the potential predator's grooming process is an important step in creating a safe environment.

## Question for Lesson 3:

What can be done by ministry volunteers/staff to ensure that the environment is safe?

A. Identify isolated areas and create a process to monitor those areas.
B. Consider installing a computerized locking system, or fortify locking procedures at the location.
C. Develop a "gameplan" for volunteers to avoid being in problematic/isolated situations with youth, such as, inviting the second-to-last retrieving parents to wait for the last parents to arrive. Or, when there is only one child and there could be an isolated situation, create a procedure to connect with other groups who are still in the area.
D. All of the above

## The Video Narrative of Lesson 4

**Narrator:** Child abusers use a grooming process to gain access to children. They build trust not just with the child, but with the child's family as well. This manipulative process includes physical, psychological and community grooming intended to create an environment that traps children and lulls families into complacency.

Physical grooming involves a physical progression of touches from a normal acceptable touch, to a more aggressive and intimate one. It is done for two reasons, to desensitize the child to inappropriate touch and to confuse the youth about his or her boundaries.

Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved.



**Karl:** I would rub them on the back of their pants. I would rub them in ways where they didn't really know for sure what I was doing 'cuz when they felt uncomfortable sometimes they would get up and go skate. But they never said anything, so I always would just take that as well, I must of really got close to that line as to what I could cross over and that kind of told me how much more I could do the next time I could get them to sit in my lap.

**Narrator:** Psychological grooming includes actions that make a youth feel dependent on an adult, often involving an aspect of emotional attachment. The molester may shower the child with attention or gifts, provide the youth with drugs or alcohol or may act as a confident.



**Karl:** It's very easy for a child molester to slip into a child's life. All they gotta do is show the child any attention. Especially if the child feels like they're being neglected at home. And they become their friend…and, boy if I was your dad. I'd let you do that. When you start agreeing with a child with the things that they're saying about their home life, you've got the kid over right away.

**Narrator:** Community grooming provides the abusers with the environment needed to accomplish their goals. Abusers will work to ingratiate themselves into the community, developing relationships with adults and children for greater access to youth and protection against suspicion.



**Dr. David Finkelhor:** Most child molesters are well known or related to the kids they molesters. They look for kids who are comfortable with them or who are needy and therefore vulnerable. They convince parents and other caretakers that they're just trying to help out with homework, with babysitting, or with special treats.

**Narrator:** There is a line between appropriate and inappropriate behavior. Be aware of people who ignore standard policies and procedures. Predators think the rules of society don't apply to them. Keep your eyes open for concerning or inappropriate behavior. Things that may give you that uneasy feeling.

A good way to measure if adult to minor behavior is appropriate and transparent utilizes the "PAN" acronym, meaning that any affection shown to a child should be:

- <u>P</u>ublic
- <u>A</u>ppropriate, and
- <u>N</u>on-sexual in nature.

This is an area where knowledge of your organization's policy and code of conduct are extremely helpful. These documents help you to understand what is appropriate, and inappropriate behavior for adults interacting with minors. When everyone is following these policies and procedures, there is a standard set that will help to quickly identify those who do not want to obey the rules.

Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved.

If adults are exhibiting these warning signs, or other inappropriate behavior, it does not always mean that they are abusing a child. However, it could be characteristic of the grooming process and must be addressed.

It is also important to pay attention to who spends time with our children in today's world of technology. When a child or young person uses an electronic device with the Internet, they may be subjected to inappropriate materials or even strangers without an invitation. They can be victimized in a variety of ways such as cyberbullying or even sexual exploitation through social media, technology apps or even new internet friends who are not what they seem.

## Question for Lesson 4:

When thinking about the grooming process that potential abusers might be performing, which of the following statements are accurate?

A. Psychological grooming is performed to make the child feel emotionally attached and dependent on the person. It can include gift giving, mentoring/counseling, breaking the bonds between the youth and the parent, special attention, etc.
B. The more comfortable a child is around someone, the more suspicious caring adults should be. This is a clear sign of a problem.
C. Grooming is performed not just with the child in a physical or psychological way, but with the family and community as well. This provides the boundary violator or abuser to be in a better position of trust and thus have more access.
D. Both A and C.

## The Video Narrative of Lesson 5



**Det. Robert Farley:** Because of the charm and seductive talents of molesters, young people should be warned that whenever they communicate with someone using technology—even if it is just chatting about homework within an internet gaming site—they should never provide technology-facilitated "friends" with personal or identifying information like hometown locations or school names. Even apart from conversation, an innocently posted photo taken at a school can also contain personal information in the background, in addition to tracking information imbedded in the meta data of the photo, such as the actual GPS location where the photo was taken.

**Narrator:** When it comes to technology it's important to:

- Be proactive—install filtering and monitoring software onto each electronic device and regularly review the content.
- Create procedures at home for consistently reviewing activity and Internet usage conducted on your child or teen's electronic devices. For example, encourage a

Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved



CONFIDENTIAL

proper and balanced usage of all electronics in an open area such as the living room or family room.

- Have a conversation about what constitutes "personal information."
- Don't allow a child or teen to post or provide personal information through a social networking venue.
- If an electronic device has webcam or video capabilities, use a piece of electrical tape to cover the lens when not in use. In this way, you ensure that no one can remotely access the device without your knowledge.

By parents and, educators, and other caring adults teaching children and young people about the importance of computer safety and communicating any unusual incidents, it becomes more difficult for a predator to use technology to find their next victim.

Teaching children and young people to have a timely response and to communicate their concerns is an important part of keeping them safe from sexual abuse.

In the past, it has been taught that a child's private body parts are only those parts of the body that are covered by a bathing suit. In reality, a person's entire body is private and belongs to them. This includes the mouth, face, arms, legs, etc.

Let your child know that no one, including an adult, young person or another child, has the right to see or touch them anywhere on their body that makes them feel uncomfortable or afraid. And, no one should ask or force a child to touch anyone else's body. Let them know that if this happens they should:

- SAY NO
- GET AWAY
- And immediately TELL A PARENT OR SAFE ADULT, even if the person tells them not to tell.

You should also teach your child that there may be special circumstances when a doctor or other safe adult may need to touch them in order to help keep them healthy or clean, but only with your permission and supervision.

It is important to be aware of anyone who might be "grooming" a child by constantly tickling, kissing, or hugging them. A child will sometimes tell a parent that he or she does not want to be hugged, kissed or be tickled. Parents and other caring adults need to listen carefully and respect the child's wishes. By doing so, you are helping to teach children and young people to establish healthy boundaries and avoid problematic situations.

Remember, protecting children is about Awareness, Communication, and Timely Response.

Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved.



CONFIDENTIAL



**Dr. Block:** Programs like this are definitely saving lives. And they are saving lives in actual terms of life and death. And they are saving lives in terms of positive lives for children who could have had their lives ruined by early maltreatment.

**Narrator:** As we move forward, our passion and commitment to protect children and young people will continue to grow. We can find new ways to work together. We can bring our message of protection forward.

From our own parishes and schools, we can reach out to other communities to share our success and help prevent tragedies.

This is the time, now and always to protect God's children. And it is all of God's children who need us to keep the promise alive.

## Question for Lesson 5:

Which of the following items would not be appropriate, and should not actually be fulfilled?

A. Report suspected abuse to the Child Protective Services in the state.
B. When communicating with youth, let them know that if they feel uncomfortable in any situation, they have a right to say "no", to get away as soon as they can, and tell a caring adult.
C. Reporting a case of child abuse where there is no suspicion of abuse, and merely because of malicious reasons due to anger at the individual.
D. When observing adults, communicate behavioral concerns directly with the individual, or with a supervisor.

Copyright 2017 – The National Catholic Risk Retention Group, Inc. All rights reserved.