**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH FERENCE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,**<br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-797<br><br>Judge Maureen P. Kelly<br><br><br><br>**JURY TRIAL DEMANDED** |

**STIPULATION THAT EXHIBIT E TO THE PARTIES' JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IS NOT CONFIDENTIAL AND SHOULD NOT BE FILED UNDER SEAL**

AND NOW, come Plaintiff, Kenneth Ference, and Defendants, Roman Catholic Diocese of Greensburg and Aquinas Academy, by and through their respective undersigned counsel, and hereby respectfully submit the within Stipulation that Exhibit E to the Parties' Joint Statement of Undisputed Material Facts is not Confidential and Should Not be Filed Under Seal.

1. The Parties, with the Court's approval, entered a stipulation and protective order on December 6, 2023 allowing the Parties to designate certain discovery material as "Confidential" and restricting the disclosure of such material. (ECF No. 58 pp. 1–3, 7.)

2. Discovery material marked as confidential, per the protective order, "shall be filed under seal . . . and kept under seal until further order of the Court." (Id. ¶ 7.)

3. The Court retained "discretion whether or not to afford confidential treatment to any Confidential Document or information contained in any Confidential Document submitted to the Court in connection with any motion, application, or proceeding that may result in an order and/or decision by the Court." (Id. ¶ 9.)

4. The Parties filed a Joint Statement of Undisputed Material Facts and an accompanying appendix that included one sealed, confidential document: Exhibit E, which depicts Virtus training known as "Keeping the Promise Alive 3.0" and Mr. Ference's certificate of completion of that onboarding training. (ECF No. 67 ¶ 15; ECF No. 68 p. 1; ECF No. 68-5; ECF No. 69.)

5. The Court entered an order on June 14, 2024 requiring Defendants to file a motion for leave to file Exhibit E "under seal" while also addressing "the common law right of access to discovery materials that are filed as court documents." (ECF No. 70.)

6. Defendants since determined that Exhibit E and the pages comprising it do not need to be filed under seal, even though most of those pages are marked "confidential" pursuant to the Parties' December 6, 2023 Stipulation and Protective Order that the Court executed.

7. Mr. Ference agrees that Exhibit E and the pages comprising it do not need to be filed under seal regardless of any pages within Exhibit E being marked "confidential."

8. The Parties therefore request that the Court allow Exhibit E to their Joint Statement of Undisputed Material Facts to be filed without being sealed and with no confidentiality protections, despite any pages within Exhibit E being marked as "confidential."

9. If this stipulation is approved, the Court's June 14, 2024 order should be deemed moot. (ECF No. 70.)

10. A proposed order is being contemporaneously filed.

Respectfully submitted,

HORNE DALLER

/s/ *Nicholas W. Kennedy*
**Nicholas W. Kennedy, Esquire**
PA I.D. No. 317386
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (412) 967-0465
nkennedy@hornedaller.com
*Counsel for Plaintiff*

MEYER, DARRAGH, BUCKLER,
BEBENEK, & ECK, P.L.L.C.

/s/ *Bernard P. Matthews, Jr.*
**Bernard P. Matthews, Jr., Esquire**
PA I.D. No. 54880
**Alexander W. Brown, Esquire**
PA I.D. No. 322661
40 North Pennsylvania Avenue, Suite 410
Greensburg, PA 15601
Phone: (724) 836-4840
Fax: (724) 836-0532
bmatthews@mdbbe.com
abrown@mdbbe.com
*Counsel for Defendants*

BALL, MURREN & CONNELL, LLC

/s/ *Phillip J. Murren*
**Phillip J. Murren, Esquire**
PA I.D. No. 21426
**Katherine M. Fitz-Patrick, Esquire**
PA I.D. No. 208863
**David R. Dye, Esquire**
PA I.D. No. 88665
2303 Market Street
Camp Hill, PA 17011
Phone: (717) 232-8731
Fax: (717) 232-2142
bmc-law2@msn.com
fitz-patrick@bmc-law.net
dye@bmc-law.net
*Counsel for Defendants*