**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH FERENCE,** | CIVIL ACTION NO. 2:22-cv-797 |
| Plaintiff, | Judge Maureen P. Kelly |
| v. | |
| **ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

**ORDER**

AND NOW, this ____ day of ____________, 2024, the Plaintiff's and the Defendants' Stipulation that Exhibit E to the Parties' Joint Statement of Undisputed Material Facts is not Confidential and Should Not be Filed Under Seal is **APPROVED**. Exhibit E to the Parties' joint statement of undisputed material facts shall not be filed under seal and without any confidentiality protections, despite any pages within Exhibit E being marked as "confidential." The Court's June 14, 2024 order at ECF No. 70 is deemed **MOOT**.

____________________________________
The Honorable Maureen P. Kelly
Magistrate Judge, United States District Court