**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE**,**<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY**,**<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

AND NOW, this ____ day of ____________, 2024, upon careful consideration of the summary judgment motion and supporting documents filed by Defendants Roman Catholic Diocese of Greensburg and Aquinas Academy, as well as Plaintiff Kenneth Ference's opposition materials, said motion is **GRANTED**. All of Mr. Ference's claims are **DISMISSED WITH PREJUDICE**.

**JUDGMENT** is hereby entered in Defendants' favor and against Mr. Ference. The clerk shall **CLOSE** this matter.

________________________________
The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court