**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LCvR 56**

AND NOW, come Defendants, Roman Catholic Diocese of Greensburg and Aquinas Academy, by and through their undersigned counsel, and hereby respectfully submit the within Concise Statement of Undisputed Material Facts Pursuant to LCvR 56, as follows:

1) The Roman Catholic Church believes that its schools are the principal means for transmitting the Catholic Faith to new generations of Catholics. Ex. A pp. 91–92.

2) Catholic schools do not segment their functions into religious and secular components; at all times, the Catholic school is engaged in the process of catechesis and the formation of the Christian personality, a process which is integrated within the curriculum of all subjects taught in Catholic schools, including Aquinas Academy ("Aquinas"). Id.

3) Aquinas is a Pennsylvania charitable trust and a nonprofit entity. Id. at p. 90.

4) The Roman Catholic Diocese of Greensburg ("Diocese") is a Pennsylvania charitable trust and a nonprofit entity. Id. at p. 91.

5) Bishop Larry Kulick is the trustee of the Aquinas and Diocese charitable trusts. Id.

6) A Board of Trust Administrators has responsibility for overseeing the operation of Aquinas. Id. at pp. 92–93.

7) Aquinas's trust administrators are Monsignor Raymond Riffle (Chairman of the Board, Vicar General of the Diocese, and Moderator of the Curia), Father Daniel Blout (Pastor of Our Lady of Grace Parish), Father Lawrence Manchas (Pastor of St. Paul and St. Bruno parishes), Father Rod Rodriguez (Pastor of Holy Cross Parish), and Deacon William Newhouse (Administrator of Scared Heart and Ascension parishes). Id.

8) Aquinas's trust administrators have responsibilities to oversee their respective parishes, which serve as "feeder parishes" to Diocesan Catholic schools. Id. at pp. 92–93.

9) Feeder parishes send children in their parishes to be educated in Catholic schools operated by the Diocese. Id.

10) The Diocese provides an approximately 6 million dollar annual financial subsidy to the schools in the Diocese, including Aquinas. Id. at pp. 94–95.

11) The mission of Aquinas is an extension of the Catholic Church's faith formation. Id. at pp. 91–92.

12) Aquinas, as part of its curriculum, has religious instruction in the tenets of the Catholic faith. Id.

13) Aquinas is a Catholic school where parents send their children to learn about the faith, not only in a designated religion class, but in every subject that is taught and every activity that is conducted. Id.

14) In a Catholic school, the presence of God is infused into all subjects that are taught. Id.

15) As one example, there are many scientific theories about the origin and creation of the universe, however, in a Catholic school, it is taught that God is the prime mover of all creation. Id. at pp. 91–92.

16) In a Catholic school art class, it is taught that the beauty of art is attributed to God. Id. at p. 92.

17) In a Catholic school, children are taught to give primacy to God and develop ways of behavior that give witness to those beliefs. Id.

18) All Catholic and non-Catholic students who attend Diocesan Catholic schools are required to participate in organized prayer and attend Catholic Mass together. Id. at p. 96.

19) Kenneth Ference ("Ference") was instructed and trained regarding the tenets of the Catholic faith when he reviewed, understood, and agreed with the terms of the following documents he executed or was provided when he was hired: Teacher's Contract documents, Code of Pastoral Conduct, Aquinas Handbook, and Virtus Training. Ex. A, pp. 39–42; Ex. D, pp. 58–65.

20) Exhibit C, AQUINAS.0001 – 0006, are the documents that comprised Ference's teacher's contract at Aquinas. Ex. B, p. 52

21) Ference's job duties, specifications, and requirements are spelled out in his Teacher's contract, and included: following the laws, doctrines and teachings of the Catholic Church; participating in Protecting God's Children and Training and Catechetical certification; and supporting and participating in all religious functions of the school including school liturgy. Ex. C, AQUINAS.0006.

22) In recognition of Aquinas's mission as a Catholic religious institution, Ference agreed and acknowledged through execution of his contract, at paragraph 1.j-l, that: Aquinas had the right to dismiss him for immorality, scandal, or rejection of the official teaching, doctrine, or laws of the Roman Catholic Church, including but not limited to, violation of the laws of the Church concerning marriage or espousal of beliefs contrary to the Catholic Church teaching and

laws in the practice of homosexuality and abortion. Id. These contract provisions demonstrate the nexus between the religious mission of the Church and the Church's resulting expectations regarding the speech, conduct and behavior of the teachers in Church-schools.

23) Ference agreed and acknowledged through execution of his Teacher's contract, at paragraph 1.l, that "failure to comply with the doctrine or laws of the Roman Catholic Church shall be immediate grounds for termination by the Employer." Id.

24) Ference acknowledged that he read, understood, and agreed that his employment was subject to his compliance with the Code of Pastoral Conduct. Id., AQUINAS 0007.

25) By agreeing to follow the Code of Pastoral Conduct, Ference agreed that he would "[act] in a manner that is consistent with the disciplines and teachings of the Catholic Church." Id.

26) The "Aquinas Faculty Handbook" was placed in Ference's classroom and he was instructed by Aquinas's Principal, Kelly Watkins ("Watkins"), to read it. Ex. D, pp. 76–77.

27) The "Aquinas Faculty Handbook" reiterated the requirements of the "Cardinal Clause" set forth in Ference's Teacher contract, and states: "When hiring teachers and administrators for all Catholic Schools in the Diocese of Greensburg, including private schools, teachers and administrators are required to sign the Cardinal Clause. During the hiring process for teachers and administrators, teachers and administrators are required to read the Cardinal Clause and ask any questions before signing the form. Ex. E, AQUINAS 00090-00091. The employee recognizes the religious nature of the religious nature of the Diocese of Greensburg and agrees the employer has the right to dismiss an employee for public immorality, public scandal or public rejection of the teachings, doctrines or laws of the Roman Catholic Church, hereby terminating any and all rights that the employee may have hereunder, subject, however to the personal due process promulgated by the Roman Catholic Church. Id. Examples of the violation of this clause

would include, but are not limited to, participation by an employee in a marriage which is not recognized as being valid by the Roman Catholic Church, support of activities which espouse beliefs contrary to Catholic Church teachings and laws such as advocacy of a practice such as abortion, or the holding up to doubt or question the official teaching, doctrine or laws of the Catholic Church." Id.

28) The "Aquinas Faculty Handbook" also stated that Ference was expected to participate in prayer with his students. It states: "Prayer: Prayer should be used in each class. This is to help develop a personal relationship with God, and students will need to be taught how and when to pray." Id. at AQUINAS 00137.

29) Watkins expected Ference to participate in the liturgy of the Mass and pray during class with his students. Ex. D. at pp. 77–82.

30) Both Ference and Watkins agree that the only limitation placed on Ference's job duties was that he would not teach the religion class because he was not a practicing Catholic. Ex. B, p. 68, Ex. D, p. 25.

31) Had Ference remained a teacher at Aquinas, he would have received additional catechetical training on the tenets of the Catholic faith, which he was to apply in his teaching position as outlined in the Aquinas Faculty Handbook. Ex. E at AQUINAS 00093–00094.

32) Had Ference remained a teacher at Aquinas, additional catechetical training on the Catholic faith would have been provided to him beginning during his first year of employment and continuing on an ongoing basis thereafter. Ex. D, pp. 70–73; Ex. G, pp. 29–31.

33) The Aquinas curriculum for math, science, and social studies taught by Ference to sixth grade students during the 2021-2022 school year is attached as Exhibit F, AQUINAS.00770–00834.

34) The Aquinas curriculum for science and social studies taught by Ference to sixth grade students during the 2021–2022 school year infuses the presence of God in these subjects. Id. at pp. AQUINAS 00787, 00791, 00795, 00816; Ex. G. pp. 16–19; Ex. H, pp. 35–37.

35) Aquinas and the Diocese require teachers to discuss and infuse God and the tenets of the Catholic faith when teaching all subjects, including social studies, science, and language arts as part of the curriculum. Ex. H, pp. 35–37.

36) For example, sixth grade teacher Jennifer Davis infuses Gospel values into her teaching about polytheistic civilizations during social studies classes. Id.

37) By using the word "secular" in his complaint to describe his teaching duties at Aquinas, Ference meant only that he did not teach the religion class that his students attended once daily. Ex. B, p. 68.

38) Watkins never told Ference that "religious rituals" were not part of his teaching duties at Aquinas. Id. at pp. 68–69.

39) Ference never told Watkins that he objected to performing the teaching duties described in his Teacher's contract. Id. at p. 72.

40) Ference was present, positioned in the front of the classroom, and supervised his students when they said prayers to begin and end each school day. Id.

41) Ference's students said the Our Father and Hail Mary prayers, with which he was familiar, when beginning and ending each day with prayers. Id. at pp. 82–87.

42) Supervising his students in the classroom when they said prayers to begin and end each day did not make Ference uncomfortable. Id. at pp. 88–89.

43) As a teacher at Aquinas, Ference understood that he could not question the validity of the tenets of the Catholic faith when teaching his students. Id. at p. 91.

44) Teachers serve as role models for the children they teach. Id. at p. 95.

45) Serving as a sixth grade teacher imparts values on impressionable children. Id.

46) The Rubric Assessment form for evaluating the performance of Aquinas sixth grade teachers during the 2021-2022 school year is attached as Exhibit I, AQUINAS.00835-00848. This document was produced in response to Ference's supplemental discovery requests. Ex. J.

47) The Rubric Assessment includes an evaluation of how all teachers infuse the presence of God and tenets of the Catholic Faith into their classroom instruction. Ex. I at AQUINAS 00837, 00839, 00841, 00843, 00845, 00846; Ex. G, pp. 7–11.

48) It is a genuinely held tenet and belief of the Roman Catholic faith that marriage is a conjugal union between a man and a woman, both in legal status, in which they establish a perpetual and indissoluble union of lives and that the two goals of this union are procreation and education of the offspring and the mutual support of the spouses. Ex. J, Answer to Rogs 4–5.

49) Superintendent Maureen Marsteller told Ference he was terminated because his same-sex marriage violates the tenets of the Catholic faith that marriage is between a man and a woman. Ex. G, pp. 53–55.

Respectfully submitted,

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**

/s/ Bernard P. Matthews, Jr., Esq.
**BERNARD P. MATTHEWS, JR., ESQ.**
PA. I.D. #54880
bmatthews@mdbbe.com
**ALEXANDER W. BROWN, ESQ.**
PA. I.D. #322661
abrown@mdbbe.com
40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
Telephone No.: (724) 836-4840
Fax No.: (724) 836-0532
*(Attorneys for Defendants)*

**BALL, MURREN & CONNELL, LLC**

/s/ Philip J. Murren, Esq.
**PHILIP J. MURREN, ESQ.**
PA. I.D. #21426
bmc-law2@msn.com
**KATHERINE M. FITZ-PATRICK, ESQ.**
PA. I.D. #208863
fitz-patrick@bmc-law.net
**DAVID R. DYE, ESQ.**
PA. I.D. #88665
dye@bmc-law.net
2303 Market Street
Camp Hill, PA 17011
Telephone No.: (717) 232-8731
Fax No.: (717) 232-2142
*(Attorneys for Defendants)*