**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**APPENDIX TO DEFENDANTS' EXHIBITS SUPPORTING THEIR SUMMARY JUDGMENT MOTION**

AND NOW, come Defendants, Roman Catholic Diocese of Greensburg and Aquinas Academy, by and through their undersigned counsel, to file this Appendix to Defendants' Exhibits Supporting Their Summary Judgment Motion.

A. Monsignor Raymond Riffle deposition transcript excerpts

B. Kenneth Ference deposition transcript excerpts

C. Kenneth Ference's Aquinas Academy onboarding documents

D. Kelly Watkins deposition transcript excerpts

E. Aquinas Academy faculty handbook

F. Aquinas Academy curriculum

G. Maureen Marstellar deposition transcript excerpts

H. Jennifer Davis deposition transcript excerpts

I. Aquinas Academy teacher rubric assessment/evaluation form

J. Excerpts from answers to interrogatories and answers to supplemental interrogatories regarding Aquinas Academy curriculum and teacher evaluations

Respectfully submitted,

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**

/s/ Bernard P. Matthews, Jr., Esq.
**BERNARD P. MATTHEWS, JR., ESQ.**
PA. I.D. #54880
bmatthews@mdbbe.com
**ALEXANDER W. BROWN, ESQ.**
PA. I.D. #322661
abrown@mdbbe.com
40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
Telephone No.: (724) 836-4840
Fax No.: (724) 836-0532
*(Attorneys for Defendants)*

**BALL, MURREN & CONNELL, LLC**

/s/ Philip J. Murren, Esq.
**PHILIP J. MURREN, ESQ.**
PA. I.D. #21426
bmc-law2@msn.com
**KATHERINE M. FITZ-PATRICK, ESQ.**
PA. I.D. #208863
fitz-patrick@bmc-law.net
**DAVID R. DYE, ESQ.**
PA. I.D. #88665
dye@bmc-law.net
2303 Market Street
Camp Hill, PA 17011
Telephone No.: (717) 232-8731
Fax No.: (717) 232-2142
*(Attorneys for Defendants)*