# EXHIBIT A

- - - -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | No. 2:22-cv-00797 |
| ROMAN CATHOLIC DIOCESE OF | ) | |
| GREENSBURG and AQUINAS | ) | |
| ACADEMY, | ) | |
| Defendants. | ) | |

**DEPOSITION OF REVEREND MONSIGNOR RAYMOND RIFFLE,** taken pursuant to the Federal Rules of Civil Procedure, before Lisa Ann Bauer, Certified Realtime Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, March 13, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, scheduled to commence at 10:00 o'clock a.m.

- - -

- - - -

A P P E A R A N C E S

- - -

On behalf of the Plaintiff:

**Nicholas W. Kennedy, Esquire**
**Giulia Schaub, Esquire**
Horne Daller LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238

On behalf of the Defendants:

**Bernard P. Matthews, Jr., Esquire**
Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601

**Phillip J. Murren, Esquire**
**Katherine M. Fitz-Patrick, Esquire**
Ball, Murren & Connell, LLC
2303 Market Street
Camp Hill, PA 17011

- - -

- - - -

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| MSGR. RAYMOND RIFFLE | Mr. Kennedy | 4, 99, 101 |
| | Mr. Matthews | 87, 101 |

| EXHIBITS | MARKED FOR IDENTIFICATION |
|---|---|
| Riffle Deposition Exhibit A | 88 |
| Riffle Deposition Exhibit B | 88 |
| Riffle Deposition Exhibit C | 89 |
| Riffle Deposition Exhibit D | 89 |
| Riffle Deposition Exhibit E | 89 |
| Riffle Deposition Exhibit F | 90 |
| Riffle Deposition Exhibit G | 90 |


- - -

P R O C E E D I N G S

(9:52 o'clock a.m.)

REVEREND MONSIGNOR RAYMOND RIFFLE,

the witness, having been first duly sworn, was deposed and testified as follows:

EXAMINATION

**BY MR. KENNEDY:**

**Q.** Could you please state your full name and address for the record, please.

**A.** Raymond Edward Riffle, 300 North Main Street, Greensburg, Pennsylvania 15601.

**Q.** Is it okay if I refer to you as Monsignor Riffle?

**A.** Monsignor is fine.

**Q.** So, have you ever been deposed before?

**A.** One time, yes, many years ago.

**Q.** What was that for?

**A.** It was for a sexual abuse case.

**Q.** How long ago was that?

**A.** Thirty-five years, maybe.

**Q.** Then I'll just kind of refresh you on how a deposition works.

**A.** Appreciate it.

**Q.** So, I ask that you give verbal responses, so no head nods or head shaking or "uh-huh" or "huh-uh,"

- - - -

A. Okay. I understand your confusion. When I thought you were talking about religious training, I thought that you meant specific training, not documents he had been exposed to.

Q. These documents aren't religious training?

A. The Code of Pastoral Conduct and the handbook would have elements of religious training in it.

Q. But where did this information come from? Who answered No. 3?

A. I don't know that. I don't believe I did, but like I said, my understanding of training was actual, for lack of a better word, classroom setting, not reading documents that were provided at hire.

Q. So, if I read these documents, would this give me a foundation to spread the Catholic faith, these documents?

MR. MATTHEWS: Objection to the form.

You can answer.

A. I believe it would assist you in doing that.

Q. So you would feel comfortable with me kind of proselytizing the Catholic faith in your diocese by reading these documents?

MR. MATTHEWS: Objection to the form.

A. These documents demonstrate what kind of behaviors we expect from every employee and volunteer.

Q. Religious or not?

A. Yes. Catholic or not, yes.

Q. Catholic or not?

A. Yes.

Q. We talked about Virtus already, so I want to start with the Code of Pastoral Conduct first. This is Bates No. Aquinas 62 through 87.

So, I'd like you to point me to, you know, where I would take religious-specific, not conduct-specific, but religious-specific training from this document, please.

A. As I said, it is conduct related.

Q. And this conduct, at least from my reading of it, seems to be directed at preventing sexual assault.

Is that your understanding of this as well?

A. It's about how someone presents themselves in relationship to being an employee or a volunteer in the Catholic Church.

Q. But, specifically, I mean, I think it's more than just that, right? It's about making sure -- at least my understanding of this -- that people are not taken advantage of?

A. That's a part of it, yes.

Q. What are the other parts of it?

A. Again, how they comport themselves as an

employee or volunteer in the Diocese.

**Q.** Which sections of this, if I read this, would enable me to have an educated conversation with a student about the Catholic faith?

**A.** That's not the purpose of this document.

**Q.** So, this will not educate me in the Catholic belief systems?

**A.** That's not the purpose of this document.

**Q.** So that's a yes, right? This will not educate me in the Catholic belief system?

**A.** Not specifically, other than describing what expectations are placed on somebody who is a volunteer or an employee.

**Q.** And what are those expectations?

**A.** That they conduct themself in a way that is supportive of the teachings and deeply held faith beliefs of the Catholic Church.

**Q.** So, where are those teachings and beliefs in that document?

**A.** They are referenced in the fact that they -- in the introduction. The code cannot cover every aspect of every circumstance that one may encounter in the course of church-related work. It should be seen as a concise enumeration of expected public and private behavioral standards for those working or volunteering

in parishes and schools within the Diocese.

And under the preamble, "All Church personnel" -- and it lists a lot of names -- "must uphold Christian values and conduct."

**Q.** My question is, how am I learning Christian values from this document? What Christian values am I taking away from this document?

**A.** It mentions down there a little bit further, "The Code does not present an exhaustive list of expectations, standards, or requirements. Rather, this Code accompanies the Universal Law of the Church, civil law, and diocesan policies. Church personnel are to be aware of and committed to all of these norms that govern pastoral conduct."

So, it implies the person that is signing this takes upon themselves the burden to understand those.

**Q.** Christian values is a pretty big term, right? What Christian values am I supposed to learn from this document?

MR. MATTHEWS: Objection to the form.

**A.** How someone is to behave as an agent of the Diocese, whether that be a volunteer or an employee.

**Q.** And was this document created in response to any sort of -- it seems like Virtus, you said, came as maybe a result of a lapse where there wasn't enough

Bates stamp 07, that we'll mark as Exhibit F, which would be the signed acknowledgment by Mr. Ference and Ms. Watkins of the receipt and review of the Code of Pastoral Conduct.

And is that that document, Exhibit F?

**A.** Yes.

(Riffle Deposition Exhibit F was marked for identification.)

MR. MATTHEWS: We'll mark as Exhibit G -- I'm not sure why this wasn't Bates stamped, but apparently it wasn't, but it was, I think, at least produced.

MR. KENNEDY: Yes, it was. And I can tell you from the order, it was, like, Aquinas 39.

MR. MATTHEWS: So, we'll mark as Exhibit G the certificate of completion of Kenneth Ference for the training of Keeping the Promise Alive 3.0. We'll mark that as Exhibit G.

(Riffle Deposition Exhibit G was marked for identification.)

**BY MR. MATTHEWS:**

**Q.** So, I want to follow up with a few other questions in response to some of the things that Mr. Kennedy asked you.

Now, you mentioned that Aquinas Academy is a

Pennsylvania charitable trust. Is it a nonprofit entity?

**A.** Yes.

**Q.** And Bishop Kulick is the trustee of the Aquinas Academy charitable trust?

**A.** Yes.

**Q.** Is Bishop Kulick also the trustee of the Diocese of Greensburg?

**A.** Yes.

**Q.** Is the Diocese of Greensburg also a charitable trust?

**A.** Yes.

**Q.** Now, you were asked to confirm from one of the documents the mission of Aquinas Academy, and is there anything else that you'd like to add to the general mission philosophy of the school known as Aquinas Academy?

**A.** I think the mission of Aquinas Academy is an extension of the Catholic Church faith formation. It is where parents send their children to learn about the faith, not only in religion, but in every class that is taught.

An example I would use is there are many theories about the origin and creation of the universe, you know, the big bang theory and all of

those. In a Catholic school, we would espouse that whatever theory you're going to adapt that God is the prime mover of creation, and we would attribute in art, beauty to God, in any of the sciences that are taught, in any of the things that are taught, the presence of God should infuse all of those things. And we hope that our children give that primacy to God and develop ways of behavior that give witness to those beliefs.

**Q.** Now, you mentioned earlier that there is a Board of Trust Administrators that oversees the operation of Aquinas Academy?

**A.** Yes.

**Q.** And that you, I think, are a member of the board and chairman?

**A.** Correct.

**Q.** Who are the other members of that board?

**A.** Father Daniel Blout.

**Q.** Where is he the pastor?

**A.** Father Daniel Blout is pastor of Our Lady of Grace parish in Greensburg.

Father Lawrence Manchas, M-a-n-c-h-a-s, is pastor of St. Paul and St. Bruno in Greensburg.

Father Rod Rodriguez, one of our international priests, is pastor of Holy Cross in Youngwood.

And Deacon William Newhouse is administrator of Ascension and Sacred Heart parishes in Jeannette.

**Q.** And for the lack of a better word, those parishes that you just mentioned, are they among other what we would call feeder parishes into the Catholic schools?

**A.** They are defined as primarily sending parishes. In other words, the students -- the children that are in those particular schools -- those particular parishes would go to Aquinas Academy.

**Q.** Now, is Aquinas Academy affiliated with the Roman Catholic Diocese of Greensburg?

**A.** It is.

**Q.** And, in general, what is that affiliation?

**A.** It is one of ten Catholic grade schools in the Diocese. We also have two Catholic high schools. As a charitable trust, the Bishop is the trustee of the school. The Bishop is responsible for ensuring the Catholicity of the school, and he does that through Dr. Nancy Rottler, who is the Superintendent of Catholic Schools, and she oversees all 12 of the schools.

It is her role, in conjunction with the principal -- in this case at Aquinas, Kelly Watkins -- to deal with all of the things -- many of the things

we've been talking about today as far as onboarding, teaching, requirements for teachers. Actually, she gets also into scope and sequence as far as what is taught across the schools so that there is consistency. The Bishop has charged her to make sure that the schools are teaching the Catholic faith.

And the Board of Trust Administrators is the governing board of the charitable trust, and, basically, our role, as I shared with you earlier, Mr. Kennedy, is to oversee, at a 30,000-foot level, the functioning of the school in the sense of the finances and the building and the grounds and things like that. We don't get into personnel issues. That's the other track with Kelly and Dr. Rottler.

**Q.** Does the Roman Catholic Diocese of Greensburg provide financial support to Aquinas Academy?

**A.** Yes.

**Q.** In what way?

**A.** Well, I think overall -- I couldn't give you the specific number, but I could get it later -- on an annual basis, the Diocese provides about $6 million worth of subsidy to the Catholic schools. Each parish in the Diocese is assessed for Catholic school education. So, at the Cathedral, which is my parish, 15 percent of our gross goes to a Catholic school

assessment, which is divided up among the Catholic schools.

There is also -- we're very lucky to have an anonymous donor who, over the last four or five years, has given 20 million to be shared across our Catholic schools. We have a department in our Catholic schools that works exclusively with EITC, which is the earned income tax credit, and that provides tuition assistance by people who are able to take -- even individuals can donate and get a tax credit for the donation, so I can get you paperwork if you guys want to be signed up for that.

But, basically, all of that together is a significant support of the schools, as well as providing the Office of Catholic Schools at the Diocese, which has the Superintendent, Assistant Superintendent, has a curriculum person, has two EITC people. All of that is sponsored by the Diocese to assist all of our schools.

**Q.** Now, does Aquinas Academy hold itself out and promote itself to the public as a Catholic school and religious institution?

**A.** Absolutely.

**Q.** Now, you were asked this earlier, but to your knowledge and under your supervision, is prayer

included as an essential part of the daily activities of Aquinas Academy?

**A.** Yes.

**Q.** And do all of the students of Aquinas Academy, both Catholic and non-Catholic, are they required to participate in organized prayer?

**A.** Yes.

**Q.** Do all of the students, both Catholic and non-Catholic, are they required to attend Mass together?

**A.** Yes.

**Q.** And does Aquinas Academy have as part of its student curriculum religious instruction in the Catholic faith?

**A.** Yes.

**Q.** And was the decision to terminate Mr. Ference as a teacher at Aquinas Academy rooted in the religious doctrines and beliefs of the Catholic faith?

**A.** Yes.

**Q.** The professional services agreement that Mr. Ference executed, are those professional services agreements executed by all teachers at Aquinas Academy, whether they be Catholic or non-Catholic?

**A.** Yes.

**Q.** And are all teachers, whether they be Catholic

- - - -

(Deposition concluded at 12:48 o'clock p.m.)

- - -

\- - - -

C E R T I F I C A T I O N

I hereby certify pursuant to F.R.C.P. No. 30(f)(1), that the witness, **REVEREND MONSIGNOR RAYMOND RIFFLE**, was duly sworn by me and that the foregoing deposition is a true record of the testimony of the witness.

The foregoing certification does not apply to any reproduction of this transcript in any respect unless under the direct control and/or direction of the certifying reporter.

Lisa Ann Bauer

Lisa Ann Bauer, Notary Public
in and for the Commonwealth of
Pennsylvania

Commonwealth of Pennsylvania - Notary Seal
Lisa Ann Bauer, Notary Public
Allegheny County
My commission expires April 13, 2027
Commission number 1008093
Member, Pennsylvania Association of Notaries

My Commission expires April 13, 2027.