# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, Plaintiff, | ) | No. 2:22-cv-797 |
| vs. | ) | |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY, Defendants. | ) | |

* * *

DEPOSITION OF KENNETH FERENCE, a PLAINTIFF herein, taken pursuant to the Federal Rules of Civil Procedure No. 4007.1, by and before Diana C. Clark, a Professional Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the Law Offices of Meyer, Darragh, Buckler, Bebenek & Eck, PLLC, 40 North Pennsylvania Avenue, Suite 410, Greensburg, Pennsylvania, on Monday, November 20, 2023, at 1:30 p.m.

* * *

DIANA C. CLARK
CLARK COURT REPORTING SERVICES
175 HILLVIEW DRIVE
NEW ALEXANDRIA, PA 15670
(724) 668-7792
dianacclark@windstream.net

APPEARANCES:

On behalf of the Plaintiff:

Nicholas W. Kennedy, Esq.
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 15601
(724) 837-0080
nwk@qrlegal.com

On behalf of the Defendants:

Bernard P. Matthews, Jr., Esq.
Meyer Darragh Buckler Bebenek
& Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601
(724) 836-4840
bmatthews@mdbbe.com

Philip J. Murren, Esq.
Katherine M. Fitz-Patrick, Esq.
Ball Murren & Connell, LLC
2303 Market Street
Camp Hill, PA 17011
(717) 232-8731
bmc-law2@msn.com

I-N-D-E-X

WITNESS: 4

KENNETH FERENCE

EXAMINATION 4

BY MR. MATTHEWS

* * *

E-X-H-I-B-I-T

Exhibit A - Plaintiff's Responses to Defendant's First Requests for Admissions 15

Exhibit B - Schedules 16

Exhibit C - August/September 2021 Calendars 42

Exhibit D - Aquinas Academy Teachers Agreement/Contract 44

* * *

PROCEEDINGS CONVENED - 1:25 P.M.

* * *

It is stipulated that the reading and signing of said deposition is hereby NOT waived.

* * *

KENNETH FERENCE, having been first duly sworn, was examined and testified as follows:

* * *

EXAMINATION

BY MR. MATTHEWS:

Q. Would you please state your name, sir?

A. Kenneth Ference.

Q. Mr. Ference, my name is Bernie Matthews. I represent the Defendants that you sued in a lawsuit in the United States District Court for the Western District of Pennsylvania, those being the Diocese of Greensburg and Aquinas Academy.

Are you familiar with that lawsuit?

A. Yes.

Q. Okay. Have you ever gone by any other name other than Kenneth Ference?

A. No.

Q. Okay. So today we're here to take your deposition. Next to me is my Co-Counsel, Phil Murren

Q. So if you would just take a minute, Mr. Ference, Pages 1, 2, 3, 4, 5 and 6, would you agree that that was your teacher's contract that you signed with Aquinas Academy?

A. I did sign the document, yes.

Q. But those pages consisted of your contract; is that correct?

A. Yes.

Q. Okay. Also the signature on Page 6 of Exhibit D, there's a signature for Ms. Kelly Watkins of the same date August 26, '21. Did she sign that in your presence?

A. I don't recall.

Q. Now, by executing your signature on Page 6 of Exhibit D, you agreed to abide by the terms and conditions of your teacher contract; correct?

A. I signed the document, but I did not agree to everything in the contract, no.

Q. Okay. So if we look at the position specifications and requirements right above your signature, there are nine bullet points. Do you see that?

A. Yes.

Q. Did you read those bullet points when you signed the document?

Am I correct that Ms. Watkins never used the word secular to describe your teaching duties; is that correct?

A. I don't recall.

Q. Okay. Well, you alleged in your complaint that she said you would only have secular duties.

As you sit here today, do you have a recollection of her using the word secular?

A. Not that I can say for certainty, no.

Q. Okay. And I understand if you're using the word secular to describe what you believe she was saying, but she never used the word secular as far as you remember; did she?

A. Not that I recall, no.

Q. Okay. And am I correct that you used the word secular in your complaint to describe Ms. Watkins' statement that you would not teach religion class; correct?

A. Correct.

Q. Okay. And can we agree, unless you need to look at it, can we agree that your teacher contract that's part of Exhibit D doesn't state that you would be teaching only secular duties; correct?

A. The contract does not state that, no.

Q. Now, you also made use of the words in

Paragraph 18, you use the words rituals and referring to, I assume you mean religious rituals for the sixth-grade students.

And, again, Ms. Watkins didn't use the words religious rituals to describe what you would not be teaching to the students; did she?

A. No.

Q. Okay. And did anyone else use the words religious rituals to tell you what you would not be teaching to the kids?

A. No.

Q. Okay. And we can agree that the limitation on teaching religious rituals is not anywhere in your contract; is it?

A. I don't believe so, no.

Q. And you would agree that if we look just at your contract, it indicates that you would support and participate in the religious education functions of the school including school liturgy; correct?

MR. KENNEDY: Can you point Mr. Ference to the provision of the contract that you're referring to?

BY MR. MATTHEWS:

Q. Sure. If you'll turn to Page 6 of Exhibit D. If you look at the position

was nothing to object to.

Q. Okay. So I just need to get you to answer whether you actually stated to her any objection to doing the things that are listed in your contract?

MR. KENNEDY: He's already answered -- he's already told you what he said in the job interview. He's testified to it multiple times.

BY MR. MATTHEWS:

Q. I'm asking him whether he said something affirmatively to Ms. Watkins, that is, Ms. Watkins, I understand what you've told me I'll be doing, but I read the contract and I want you to know I object to doing those things as well.

Did you ever say that to Ms. Watkins?

A. I did not.

Q. If you turn to Paragraph 19 of your complaint. You allege in Paragraphs -- I'm going to sort of lump three of these paragraphs together, Mr. Ference, for the sake of expedience.

You said in Paragraphs 19, 20 and 21, Ms. Watkins also asked Mr. Ference if he would be comfortable chaperoning the students to church services. 20 said Mr. Ference agreed, with the understanding that he would be at the services only to monitor the students' behavior. 21 said Ms. Watkins

cross and say in the name of the Father and the Son and the Holy Spirit, Amen at the end of each prayer?

A. I did not.

Q. What prayers did Ms. Cochenour recite over the PA system when she initiated prayers at the beginning and the end of each day?

A. I'm not sure. Do you mean --

Q. Well, let me see if I can refresh your memory. You're familiar with the Catholic Our Father Prayer?

A. Yes.

Q. I take it even though you say you're no longer Catholic, you could probably recite the Catholic Our Father Prayer for me right now?

A. We do it in the Lutheran Church as well.

Q. Okay. So that was going to be my next question. The Catholic Our Father Prayer is, if not identical, very similar to the Lutheran Our Father Prayer; correct?

A. The Lutheran one is similar, yes.

Q. Okay. And the students at Aquinas when they said prayers in the morning and the afternoon, one of the prayers they recited was The Our Father; correct?

A. I believe so, yes.

Q. And one of the other prayers they recited in the morning and in the afternoon was The Hail Mary; correct?

A. Yes.

Q. And by the way, the Lutheran faith also recites The Hail Mary Prayer; correct?

A. I believe so.

Q. As you sit here today, based upon your previous experience as a practicing Catholic, you still remember The Hail Mary Prayer that the Catholic Church says; correct?

A. Perhaps. I'm not sure.

Q. Well, could you say it?

A. I don't think that I would remember the entire thing, no.

Q. Please say what you remember.

A. Hail Mary full of grace, the Lord is with you. Beyond that, I don't recall.

Q. Okay. Blessed art thou amongst women and blessed is the fruit of thy womb, Jesus. Do you remember that part?

A. It sounds familiar, yes.

Q. Holy Mary, Mother of God, pray for us sinners, now and at the hour of our death, Amen. Do you remember that part?

A. It sounds familiar.
Q. Your students said that prayer at the beginning and at the end of each day; correct?
A. I believe so.
Q. And the Lutherans recite the same prayer; do they not?
A. Not weekly, no.
Q. Okay. Well, when you go to a Lutheran service, what do they call it? Do they call it a mass or something else?
A. Service.
Q. Okay. And is The Hail Mary recited during the Lutheran service?
A. Not at my church weekly I don't believe, no.
Q. Are there times when you attend a Lutheran service and the congregation recites The Hail Mary?
A. Maybe. I don't remember.
Q. Fair enough. But there are also times during the Lutheran service when The Our Father is recited; correct?
A. Yes.
Q. Okay. So when your students recited The Our Father and The Hail Mary during the beginning of the day and the end of the day, you were at least

familiar with those prayers?
A. Yes.
Q. Because of your previous experience as a practicing Catholic; correct?
A. Yes.
Q. Okay. And when they recited those prayers, you recited those prayers with them; did you not?
A. I did not.
Q. Okay. Did you make a conscious decision not to participate with your students in reciting prayers that you knew about?
A. I did not make a conscious decision, no. I didn't know the words exactly as they were saying them, so I did not recite them.
Q. All right. Did you know the words of The Our Father then?
A. Most of them.
Q. Okay. And as you sit here today, you could recite The Our Father if I asked you; couldn't you?
A. The Lutheran version, yes.
Q. Okay. Well, the Lutheran version is identical to the Catholic version; is it not?
A. It is not.

Q. How is it different?
A. There is an extra line at the end.
Q. And the extra line at the end is what?
A. For thine is the kingdom, the power and the glory now and forever.
Q. Okay. And in the Catholic Mass, that line is separated from the prior parts of The Our Father; correct?
A. I don't know.
Q. Okay. So in the Catholic Mass, when The Our Father is said, the congregation recites it with the priest; correct?
A. Yes.
Q. And they stop at the point where you just recited that last line; correct?
A. I believe so.
Q. And then the priest gives another blessing and then they finish The Our Father with for thine is the kingdom, the power and the glory, forever and ever, Amen; correct?
A. I believe so.
Q. Okay. And so that particular prayer was very familiar to you when your students said it?
MR. KENNEDY: Objection. That's been asked and answered multiple times.

MR. MATTHEWS: Well, he broke it up so I wanted to follow up to make sure that that prayer even broken up into pieces was familiar.

MR. KENNEDY: Well, he said he's familiar with it. He said how it's different from the Lutheran version Our Father.

MR. MATTHEWS: Okay. Are you telling him not to answer?

MR. KENNEDY: You can answer to the best of your ability. Okay.

A. It is close enough to the Lutheran version that, yes, I was familiar with what the prayer was.

BY MR. MATTHEWS:

Q. Okay. I just want to be clear that the words are the same, it's just there's a break in between the two lines in the prayer; is that correct?

A. Yes.

Q. Okay. So you were comfortable with your students reciting the same prayers that you did in the Lutheran faith; were you not?

MR. KENNEDY: Objection. That's a total misconstruing of his testimony.

MR. MATTHEWS: I didn't even ask him a question yet, so I couldn't misconstrue anything. I'm asking if you were comfortable --

MR. KENNEDY: You asked that question, if he was comfortable.

MR. MATTHEWS: I don't remember asking that question.

BY MR. MATTHEWS:

Q. So, Mr. Ference, were you comfortable with being in a classroom with your students who were Catholic private education students when they were reciting prayers that you were also familiar with in your Lutheran faith?

MR. KENNEDY: Objection. That's misconstruing. He didn't say he's familiar with every prayer that they were saying in that classroom.

BY MR. MATTHEWS:

Q. So let me limit that question to The Our Father and The Hail Mary.

You were comfortable with being in a classroom with your students facilitating them in prayers that you also recited as part of your Lutheran faith; were you not?

A. I was present to monitor behaviors. I did not participate in any of the prayers that the students did.

Q. Did it make you uncomfortable when they said prayers that you were familiar with?

A. Prayers do not make me uncomfortable, no.
Q. Okay. We talked a little bit earlier about use of the word secular and I wanted to focus on Paragraph 25 of your complaint now, which was you said "Mr. Ference taught secular subjects to his students for the duration of his employment with Aquinas".
So what are you referring to by the words secular subjects?
A. Math, science and social studies.
Q. What subjects did you not consider to be secular subjects?
A. The subject of religion.
Q. Okay. That was the only one; correct?
A. Yes.
Q. Okay. Now, you allege in Paragraph 26 that Ms. Davis handled all "religious matters for the sixth-grade students".
What religious matters are you referring to?
A. I wasn't involved in them. I don't know exactly what she did.
Q. Okay. So you know that one of the religious matters was when they went to mass; correct?
A. Yes.
Q. And you went over to the mass and sat in

in religion class; did she ever say that?
A. She never said that specifically, no.
Q. Okay. In the classroom did you believe that you had the right to raise questions with your students about the validity of any of the tenets of the Catholic faith?
A. No.
Q. Why not?
A. I was told that I was not to do anything with religion.
Q. So did you believe you had the right to raise questions with your students that would be critical of the Catholic faith?
A. No.
Q. For example, if an Aquinas student -- and these are sixth-grade students; correct?
A. Yes.
Q. What are their ages?
A. Between 11 and 12.
Q. In your experience as a teacher, kids that are 11 and 12 are curious about the world; aren't they?
A. Typically.
Q. They're curious about science and history and those sorts of things; correct?

A. I don't -- I'm not quite sure I understand what you're asking specifically.

Q. Well, do you believe that the students are impressionable in sixth-grade?

A. I suppose so, yes.

Q. Okay. And do you believe that the students who are in sixth-grade look at their teachers as role models?

A. To some degree, maybe.

Q. Is that your experience?

A. To a degree, yes.

Q. Okay. And in your role as a teacher, your conduct during the classroom imparts certain values on those students based upon the way you teach; doesn't it?

A. I believe so.

Q. Okay. Did you consult any outside organizations for assistance and advice before you applied for a teaching job at Aquinas?

A. No.

Q. Did you consult with any persons associated with outside organizations for advice or assistance before you applied for a teaching job at Aquinas?

A. I did not.

or waive the transcript. So we would like to read.

MR. MATTHEWS: All right.

THE COURT REPORTER: Do you want a paper copy or a PDF?

MR. KENNEDY: PDF, please.

THE COURT REPORTER: I'll just need your e-mail.

MR. MATTHEWS: I'll take my usual.

* * *

(SIGNATURE NOT WAIVED)

PROCEEDINGS CONCLUDED - 3:42 P.M.

* * *

CERTIFICATE

COMMONWEALTH OF PENNSYLVANIA )
) SS.
COUNTY OF WESTMORELAND )

I, Diana C. Clark, a Court Reporter - Notary Public in and for the Commonwealth of Pennsylvania, do hereby certify that the witness, KENNETH FERENCE, was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth, and that the foregoing deposition was recorded in stenotype by me and reduced to typewriting under my direction.

I further certify that the said deposition constitutes a true record of the testimony given by said witness; that the foregoing deposition was taken at the time and place stated herein.

I further certify that I am not a relative, employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand and Affixed my seal of office this 5th day of January, 2024.

______________________________
Diana C. Clark