# EXHIBIT D

- - - -

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH FERENCE, )
Plaintiff, ) CIVIL ACTION
vs. ) No. 2:22-cv-00797
ROMAN CATHOLIC DIOCESE OF )
GREENSBURG and AQUINAS )
ACADEMY, )
Defendants. )

**DEPOSITION OF KELLY WATKINS,**

taken pursuant to the Federal Rules of Civil Procedure, before Lisa Ann Bauer, Certified Realtime Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, March 27, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, commencing at 12:20 o'clock p.m.

- - -

A P P E A R A N C E S

- - -

On behalf of the Plaintiff:

**Nicholas W. Kennedy, Esquire**
Horne Daller LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238

On behalf of the Defendants:

**Bernard P. Matthews, Jr., Esquire**
Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601

Also present:

Kenneth Ference

- - -

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| KELLY WATKINS | Mr. Kennedy | 4, 108 |
| | Mr. Matthews | 104 |

**KELLY WATKINS**

- - - -

| EXHIBITS | MARKED FOR IDENTIFICATION |
|---|---|
| Watkins Deposition Exhibit A | 103 |
| Watkins Deposition Exhibit B | 104 |
| Watkins Deposition Exhibit C | 104 |
| Watkins Deposition Exhibit D | 104 |

- - -

P R O C E E D I N G S

(12:20 o'clock p.m.)

KELLY WATKINS,

the witness, having been first duly sworn, was deposed and testified as follows:

EXAMINATION

**BY MR. KENNEDY:**

**Q.** Good afternoon.

**A.** Good afternoon.

**Q.** Thanks for accommodating us, by the way. I appreciate that.

**A.** No problem.

**Q.** Could you please state your full name and address for the record.

**A.** It's Kelly Lynn Watkins, and my address is 128 Latimer Lane, New Alexandria, PA 15670.

**Q.** So, today in the deposition, I'm just going to ask that you give verbal responses, so no "uh-huh," "huh-uh," and head nods or anything like that. Just do your best, and if you mess up, that's fine.

**A.** Okay.

**Q.** Do your best to give verbal responses and do your best not to talk over me and I'll do my best not to talk over you. So, if I ask you a question, just wait until it's finished and then you can answer, and

think they need them, so I don't think we have it on that.

**Q.** If she was teaching religion, you would have gotten that for her?

**A.** Whatever the Diocesan policy is.

**Q.** What is the Diocesan policy?

**A.** Like I said, I haven't had to hire one, so I'm not positive.

**Q.** Have you ever hired a non-Catholic teacher?

**A.** Yes. No. Yes.

**Q.** Who is that?

**A.** Ken Ference.

**Q.** Let me jump back. Did you get a letter from Mr. Ference, any sort of religious letter?

**A.** No.

**Q.** Why is that?

**A.** He wouldn't be teaching religion.

**Q.** Heidi Waugaman, is she Catholic?

**A.** Yes.

**Q.** What does she teach?

**A.** Kindergarten.

**Q.** Is there a kindergarten religion class?

**A.** Yes.

**Q.** Does she teach that?

**A.** Yes.

process for Mr. Ference?

MR. MATTHEWS: Objection to the form.

**A.** Yes.

**Q.** Did Mr. Ference, to your recollection, start before kids were in the building?

**A.** I don't recall.

**Q.** Does this calendar look correct and accurate in terms of your recollection of the first day of school, that was on the 26th?

**A.** I have nothing to dispute it. It changes every year.

**Q.** You can put that aside. Thank you.

Now, when Mr. Ference was hired, what training did he receive?

**A.** All teachers receive the initial going over all of the documents, all of the clearances, and there would have been discussion on the school day, but the training is ongoing in an educational setting.

**Q.** So, let's take it one at a time. The documents, what documents was he instructed in or what documents did you go over or someone, please?

**A.** All of the ones referencing to be hired. So, our contract.

**Q.** Teacher contract?

**A.** Uh-huh.

Q. What else?
A. The Cardinal Clause.
Q. Where is that contained?
A. I don't know the appropriate name of it, but there is an online document that they have to read.
Q. What document is that?
A. I can't remember the -- I don't remember the name of it, specifics.
Q. So, there is some document online containing the Cardinal Clause?
A. No. Cardinal Clause is given as part of the contract.
Q. The Cardinal Clause is in the contract?
A. Uh-huh.
Q. And then there is an online document. You're not sure what it is?
A. It's online and in written form, but, yes.
Q. What's in that document?
A. Code of Conduct. There we go. I just couldn't remember the name of it.
Q. Anything else?
A. Clearances. Did you get that?
Q. Got that. Thank you. When were these documents reviewed with Mr. Ference?
A. The Cardinal Clause and Code of Conduct are in

signing of the contract.

**Q.** So, the contract, the Cardinal Clause, and Code of Conduct, that was all done at the same time?

**A.** Within the same time period.

**Q.** When was that done for Mr. Ference?

**A.** I don't know.

**Q.** Where did you do that -- I don't mean to presume it was you. Who did it with Mr. Ference?

**A.** It would be myself and -- those have to be done with the principal.

**Q.** Where did that meeting occur?

**A.** Somewhere at school.

**Q.** How long did that meeting last?

**A.** I don't know.

**Q.** Was anyone else present?

**A.** I can't say for sure.

**Q.** What is the process of -- like, tell me, what did you do with the teacher contract in giving it to Mr. Ference? Like, what was that process?

**A.** Same as with any contract. You ask they read through it, we ask if there is any questions. They have the Code of Conduct that they are supposed to read through. They sign a statement saying they have read and agree to the Code of Conduct.

**Q.** So, did you see Mr. Ference read through the

teacher contract?
**A.** I don't know.
**Q.** Did you read it out loud to Mr. Ference?
**A.** We go through the contract.
**Q.** So, your position is you read it out loud to Mr. Ference?
**A.** Not word for word.
**Q.** What did you not read in it?
**A.** I don't know.
**Q.** Did you read the Cardinal Clause to Mr. Ference?
**A.** Yes.
**Q.** So, you read the entire Cardinal Clause to him?
MR. MATTHEWS: Objection, asked and answered.
**BY MR. KENNEDY:**
**Q.** And that was in the teacher contract?
**A.** Yes.
**Q.** Did you read the Code of Conduct to Mr. Ference?
**A.** There is an overview sheet that we ask them to sign that they have read and understand and agree to the Code of Conduct.
**Q.** Did you read that overview sheet to Mr. Ference?

**A.** Yes.
**Q.** Did you read the Code of Conduct to Mr. Ference?
**A.** No.
**Q.** Did Mr. Ference read the Code of Conduct?
**A.** I can't answer for Mr. Ference. He had signed it saying he did.
**Q.** So, we talked about the documents, we have the clearance, and then you said training was ongoing.
So, besides -- we'll get to the ongoing training in a second. Besides clearance and the documents, were there any other forms of training Mr. Ference received prior to starting teaching kids?
**A.** From me? No.
**Q.** Anyone else?
**A.** Yes. Every step of his life up until that point, including his college degree.
**Q.** From Aquinas Academy.
**A.** No.
**Q.** Then what about this ongoing training? What type of ongoing training did he receive?
**A.** Every teacher, it's the same as any profession. You start, you learn tricks of the trade, you learn what the schedule is like, you learn the routine, the daily, you start to learn the curriculum. You have a

mentor to help you through that.

**Q.** Did that happen with Mr. Ference?

**A.** Yes.

**Q.** How did that happen?

**A.** He came in the building every day and experienced it.

**Q.** Who mentored him?

**A.** Jen Davis.

**Q.** And did you see that happen?

**A.** I saw them having conversations and met with Jen, asked her how he was settling in at times.

**Q.** Do you know what she mentored him in?

**A.** No.

**Q.** Did Mr. Ference receive any religious training during his time at Aquinas?

**A.** He would have received everything in his onboarding, so the handbook and policies, the Code of Conduct. That is all in reference to the religious aspect of our teaching.

**Q.** So, we didn't talk about the handbook earlier. Is that something you gave to Mr. Ference?

**A.** There was a copy in the room. It's also online.

**Q.** But did you give it to him?

**A.** I did not personally hand him a handbook.

**Q.** Did you ever get a signed verification from Mr. Ference that he read the handbook?

**A.** No.

**Q.** Did anyone else give Mr. Ference the handbook?

**A.** I don't know.

**Q.** So, is it your position that the Code of Conduct is religious training?

**A.** No.

**Q.** So, it's not religious training?

**A.** No. You asked me is it my opinion. I said no.

**Q.** In your opinion, it's not religious training, the Code of Conduct?

**A.** I didn't say that.

**Q.** I'm not trying to be argumentative. Can you please clarify what you mean?

**A.** Religious training is not something that's done in a sit in a class for 90 seconds or 90 minutes. So, this religious training you keep talking about is very difficult to answer in a straightforward manner.

**Q.** I want you to answer in whatever manner you have to answer to make me understand, please.

**A.** No, because you are going to -- you're trying to manipulate what I'm saying about religious training. Religious training in the Catholic value system is not something that you would get in a sit-for-30-minutes

session.

**Q.** So, Virtus is not religious training, that 30-minute session?

MR. MATTHEWS: Objection to the form.

**A.** I'm not answering that.

**Q.** I'm sorry. You need to answer the question.

MR. MATTHEWS: She's answered it.

**A.** Okay. So, Virtus training is set out by the Catholic faith, so I guess it would be considered religious training, yes, a form of.

**Q.** That 30-minute session, that constitutes religious training?

**A.** One aspect of.

**Q.** What about the policy, the Code of Conduct?

**A.** One aspect of.

**Q.** So if I read that, what is that telling me about the Catholic faith?

**A.** Some of our values.

**Q.** And then am I empowered, then -- as a teacher, after I read the code of conduct, if I'm not Catholic, am I empowered, then, to teach your students about the Catholic faith?

MR. MATTHEWS: Objection to the form.

You can answer the question.

**A.** My opinion is you can be the Pope and not able

**A.** No.

**Q.** Do you know what catechetical training is? Maybe I'm saying that wrong. I think that's how it's pronounced, but if I'm saying it wrong, please let me know.

**A.** No. Yes, I know.

**Q.** What is catechetical training?

**A.** It's training that you go through if you want to be a catechist, in which case is instructing people about the Catholic faith.

**Q.** So, would Mr. Ference have had to have undergone catechetical training?

**A.** Had he stayed in his position, yes.

**Q.** And then that would have -- had he stayed in his position, he would have had to have undergone that and that would have enabled him to be a religious teacher?

MR. MATTHEWS: Objection to the form.

**A.** No. He would still need to be Catholic.

**Q.** So, when would he have had to take that catechetical training?

**A.** It's ongoing, so it's part of our Diocesan training that we undergo.

**Q.** But, like, what time in his -- like, how long would he have had to stay there to have undergone this

catechetical training?
**A.** He would have had some his first year. You have some every year.
**Q.** My understanding is -- I could be wrong -- you have two years to complete the catechetical training. Is that right?
**A.** I don't know offhand.
**Q.** And so, you're saying it would have started at some point in his first year?
**A.** Yes.
**Q.** What would his first-year instruction consisted of?
**A.** Different trainings that are part of the catechetical. I don't have it in front of me to know, but there are different sessions, and I don't know exactly what each one is, because I didn't make it.
**Q.** Is compliance with that requirement tracked?
**A.** Yes.
**Q.** Who tracks it?
**A.** The Diocese.
**Q.** How is that tracked?
**A.** Attendance. They have to show up and do the trainings.
**Q.** So, why, if I pass that training -- I'm not Catholic, but I pass the catechetical training, why

can't I then teach religion class?
MR. MATTHEWS: Objection to the form, asked and answered.
**A.** One of the other requirements is that you are Catholic.
**Q.** Who creates the content for the catechetical training?
**A.** I don't know.
**Q.** Who made it a requirement?
**A.** The Diocese.
**Q.** Do you know how long the training is?
**A.** I do not.
**Q.** Have you ever undergone the training yourself?
**A.** I've had sessions of training. There is a variety of trainings that you can do.
**Q.** So, it's not one set, standard training?
**A.** There are multiple things you can access, so the catechetical training I have not started.
**Q.** When would Mr. Ference have started that?
MR. MATTHEWS: Objection, asked and answered.
You can answer it again.
**A.** That first year.
**Q.** What point in the first year?
MR. MATTHEWS: Objection, asked and

answered.
You can answer it again.
**A.** When they were offered.
**Q.** Are all -- is there any difference between catechetical training for teachers of religion versus teachers that don't teach religion?
**A.** I don't believe so. I don't know for sure.
**Q.** What if Mr. Ference had not completed the catechetical training, what would have happened?
MR. MATTHEWS: Objection, form, speculation.
**A.** If someone doesn't participate in the training that is required, they would not have a contract renewed.
**Q.** And if a teacher takes that training, a non-Catholic teacher takes that training, do their job responsibilities change at all?
**A.** It's an enhancement to what is in the policy manual and the Code of Conduct and reinforcing the values, but their requirements and their responsibilities don't change, because we expect all of our teachers to be exemplifying and fostering the Catholic faith among the students.
**Q.** What is a catechist?
**A.** Someone who teaches someone else about the

asked if you're comfortable doing that, I guess that would be that. I mean, you know, when I hired Mr. Ference, it was the expectation that he was going to follow the policies that were written in the handbook and follow that. So, in the handbook, it says that you start with prayer, and if he is the teacher in that class, he would be expected to.

**Q.** Did you ask Mr. Ference if he would pray with the students?

**A.** It was expectation is where it's said that he would.

**Q.** So, Mr. Ference agreed that he would pray with the students in the morning and the afternoon over the loudspeaker?

**A.** In my opinion, yes, because whenever you sign your contract and you agree to the Code of Conduct and you agree to what we have set forth in a Catholic school, yes, that would be my understanding is that he did agree to that.

**Q.** And you're saying that that requirement, that specific requirement that you will pray with students -- I understand prayers were read over the loudspeaker, but that he would actually read the same prayers aloud, that requirement is in the document?

**A.** Leading them, I believe, in prayer -- I would

have to look at the document to see.

**Q.** I can get the document, but tell me which document.

**A.** It would be in the handbook.

**Q.** But the handbook was never given to Mr. Ference, right?

MR. MATTHEWS: Objection to the form, asked and answered.

**A.** It was. He had a copy in his room and it was available online.

**Q.** So, he had a copy of the handbook in his classroom?

**A.** Correct.

**Q.** Where in his classroom?

**A.** I don't know.

**Q.** Did you put the copy in his classroom?

**A.** There is a copy in everyone's classroom.

**Q.** Did you tell him where it was?

**A.** I don't know.

**Q.** So, let's take a look at the handbook. This is Aquinas 88 through 140.

Can you tell me where in this document it says that Mr. Ference was required to pray during the morning and afternoon prayers?

**A.** In the introduction, possibly, where it says

"To enable us to work together, all staff members are responsible for: Implementing the Aquinas Academy philosophy, knowing the material in the parent/student handbook and presenting it to the students, and following the faculty handbook" is where I would start.

There is the information under the Cardinal Clause.

**Q.** What page are you on, please?

**A.** 2 into 3.

**Q.** So, the introduction and the Cardinal Clause is what would have put Mr. Ference on notice that he was to speak the prayers out loud in the morning and afternoon?

**A.** (Witness reviews document.) I guess I could say that "All-School Assemblies and School Liturgy: Presiding over students at an assembly will be handled by teachers assigned to teach during that period. All teachers should attend liturgy unless scheduled for other duties."

**Q.** What page is that on?

**A.** 00131.

**Q.** What's liturgy?

**A.** It's prayer, it's any time -- the readings, prayer services.

**Q.** 131, you said?

**A.** 00131, correct.
**Q.** So, liturgy is not Mass?
**A.** Mass would also be liturgy, correct.
**Q.** Did you go over this section with Mr. Ference?
**A.** Like I said, the handbook is available to all and it is understood that they will go through the handbook.
**Q.** When was that imparted on Mr. Ference?
**A.** When he was hired, that's what any job would do.
**Q.** But did you do that?
**A.** I did not sit with him and read every word of this document, no.
**Q.** That's not what I asked. I'm saying did you tell him to read the handbook?
**A.** Yes. That's a requirement of the job.
**Q.** You told him that. When did you tell him that?
**A.** I don't know, exactly.
**Q.** And did you explain that -- all teachers should attend liturgy. Did you explain that attendance means participation? Is that how you read that?
**A.** During the interview process, we talked about attending Mass, and he said that he would be completely fine with going in -- I don't know the exact wording, but I was never given any indication that he was not

okay with participating in Mass.

**Q.** He never told you -- you and Ken never agreed that his role at Mass would be limited to monitoring student behavior?

**A.** No.

**Q.** So, as a non-Catholic, would you expect Mr. Ference -- what would you expect Mr. Ference to do at Mass?

MR. MATTHEWS: Objection to the form.

**A.** Any of my teachers that are non-Catholic still participate fully. They just -- the only thing that they do not do are receiving the sacraments.

**Q.** So, what else do they do at Mass?

**A.** They sing, they recite, they respond to the prayers, they stand up, sit down, kneel down.

**Q.** How do they know what to sing or to recite in terms of prayers?

**A.** There is missals. We have books, we have -- a lot of times when we go to Mass, if it's an all-school Mass, we'll have the forms laid out. Like, we have a little pamphlet that goes with them, if it's particular. Otherwise, the entire Mass, there is a book in church that they can follow.

**Q.** Did you ever attend Mass with Mr. Ference?

**A.** I don't recall when, but if it was an

all-school Mass, I would have been there with him.

**Q.** Do you remember seeing him there?

**A.** If he was at a Mass and I was at a Mass, yes. I can't answer for sure.

**Q.** If you don't remember seeing him there, that's fine. I'm not asking you to --

**A.** If we had it, then, yes, I would have been there, he would have been there.

**Q.** So, you specifically remember telling Mr. Ference -- I don't want to put words in your mouth.

Do you specifically remember telling Mr. Ference that participation in Mass meant singing, praying, even though he's not Catholic?

MR. MATTHEWS: Objection to the form.

**A.** Going to Mass and being comfortable with it was my understanding. That's the discussion that we had.

**Q.** There was no discussion of limitations on what he would do in Mass?

**A.** No.

**Q.** What else was said during that conversation with Mr. Ference?

**A.** Here you go. Page 00137. It's "Prayer: Prayer should be used in each class. This is to help develop a personal relationship with God, and students will need to be taught how and when to pray."

**Q.** So, is Mr. Ference qualified, in your eyes, to teach students in prayer?
**A.** Yes.
**Q.** Even though he's not Catholic?
**A.** He grew up Catholic and Lutheran and a lot of the prayers that we have are similar or the same, and so, yes, he would have been completely.
**Q.** Did you question his knowledge about his depth of knowledge of prayer?
**A.** No.
**Q.** If I'm an atheist, would I be qualified to teach students on prayer?
MR. MATTHEWS: Objection to the form.
**A.** It's irrelevant.
**Q.** I'm asking the question, please.
MR. MATTHEWS: Just answer the question. If you can speculate about whether some unknown atheist would be qualified to answer --
MR. KENNEDY: Thank you, Bernie.
MR. MATTHEWS: Well, I mean, that's what you're asking her.
**A.** Right. And I don't know. I'd have to know that person.
**Q.** But you hire non-Catholic teachers, right?
**A.** Correct.

- - - -

So, if I read these four documents, A, B, C, and D, do I have an understanding, then, of Catholic values and beliefs?

**A.** You have the understanding of what is expected to be followed at a Catholic school.

**Q.** The policies and procedures to be followed?

**A.** Correct.

MR. KENNEDY: I have no further questions.

MR. MATTHEWS: We'll read.

(Witness excused.)

(Signature not waived.)

(Deposition concluded at 3:42 o'clock p.m.)

- - -

C E R T I F I C A T I O N

I hereby certify pursuant to F.R.C.P. No. 30(f)(1), that the witness, **KELLY WATKINS**, was duly sworn by me and that the foregoing deposition is a true record of the testimony of the witness.

The foregoing certification does not apply to any reproduction of this transcript in any respect unless under the direct control and/or direction of the certifying reporter.

Lisa Ann Bauer

Lisa Ann Bauer, Notary Public
in and for the Commonwealth of
Pennsylvania

Commonwealth of Pennsylvania - Notary Seal
Lisa Ann Bauer, Notary Public
Allegheny County
My commission expires April 13, 2027
Commission number 1008093
Member, Pennsylvania Association of Notaries

My Commission expires April 13, 2027.