# EXHIBIT E

# FACULTY HANDBOOK
# 2020-2021

## *AQUINAS ACADEMY*

*Aquinas Academy*
*340 North Main Street*
*Greensburg, PA 15601*
*Phone: 724.834.7940*
*FAX: 724.836.0497*
*www.aquinasacademy.org*
*info@aquinasacademy.org*

Today, Aquinas Academy is a regional Catholic school comprised of the parishes of Blessed Sacrament Cathedral, Our Lady of Grace, St. Bruno, St. Paul, Ascension, Sacred Heart, and Holy Cross. From humble beginnings as St. Benedict's Catholic School until today as Aquinas Academy, the school has had the same goal of teaching students a strong academic curriculum rooted in the Catholic faith, seeing Christ in others, and being Christ for all.

## ***INTRODUCTION***

Because the faculty substantially determines whether or not our school is successful, you are vitally important to Aquinas Academy. To insure that you can live your vocation in faith, a positive spirit of hope should pervade our school. Staff, students, and parents alike should be appreciated, respected, and should feel "at home".

To enable us to work together, all staff members are responsible for:

1. Implementing the Aquinas Academy philosophy
2. Knowing the material in the parent/student handbook and presenting it to the students
3. Following this faculty handbook.

## ***ACCREDITATION***

Aquinas Academy is accredited through the Middle States Association Colleges and Schools. The faculty is expected to support the goals and action steps of the Middle States plan.

## ***EQUAL EMPLOYMENT OPPORTUNITIES***

The Diocese of Greensburg Office for Catholic Schools shares in the Mission of Jesus Christ who called all followers to lead a just life. In fidelity to that mission, the Diocese strives for justice in employment practices. To this end, they promote equal opportunity and treatment in the areas of recruitment, hiring, training, transfer, promotion and termination. Decisions in these areas are made on the basis of qualifications that meet the needs of positions offered, and not on the basis of race, color, age, religion, gender, marital or veteran status, national origin or disability, except in those instances where ordination, or religious belief or practice is relevant to the promotion of Catholic principles.

## ***CONTRACTUAL RESPONSIBILITES***

### **Attendance**

Timely attendance by school employees is a matter of primary concern to the Diocese. The Office for Catholic Schools delegates to the building principal the duty of determining how tardiness and absence on the part of teachers are to be addressed.

It shall be the responsibility of the building principal to address the matter when a professional employee fails to meet attendance requirements. Frequent tardiness to school or to Diocesan assignments is reason for suspension from work and eventual dismissal.

### **Cardinal Clause**

When hiring teachers and administrators for all Catholic Schools in the Diocese of Greensburg, including private schools, teachers and administrators are required to sign the Cardinal Clause.

During the hiring process for teachers and administrators, teachers and administrators are required to read the Cardinal Clause and ask any questions before signing the form.

Cardinal Clause
The employee recognizes the religious nature of the Diocese of Greensburg and agrees that the employer has the right to dismiss an employee for serious public immorality, public scandal, or public rejection of the teachings, doctrines or laws of the Roman Catholic Church, hereby terminating any and all rights that the employee may have hereunder, subject, however to the personal due process promulgated by the Roman Catholic Church.
Examples of the violation of this clause would include, but are not limited to, participation by an employee in a marriage which is not recognized as being valid by the Roman Catholic Church, support of activities which espouse beliefs contrary to Catholic Church teachings and laws such as advocacy of a practice such as abortion, or the holding up to doubt or question the official teachings, doctrines or laws of the Catholic Church.
This clause is included in the teacher contract.

## Catechetical Certification

### Requirement for Elementary School Religion Teachers

A teacher of elementary school religion must present a letter of recommendation from his or her pastor testifying to the fact that the candidate is a practicing Catholic.
In addition, religion teachers will need to take both the basic and permanent levels of Catechetical Certification.

## Catechetical Certification Process

The first initiative of the Catechetical Master Plan called for the establishment of a Training and Catechetical Certification Process for those who hold catechetical roles in our parishes, Catholic schools and other settings where catechesis takes place. Those who would be a part of this certification process include parish catechetical leaders, in particular those who have no formal training to date in catechesis or any formal accreditation, catechists, youth ministry leaders and volunteers, RCIA leaders and team members, and Catholic school teachers. The diocesan-wide certification process includes:

- Orientation sessions for those new to catechetical ministries.
- The establishment of basic and permanent certification levels.
- Local and national on-going formation opportunities.
- Attendance and record keeping policies.

The training and certification process includes alternative certification options, as well as credit given for equivalent courses.

### Attendance

Attendanceis required. Participants must attend the full class or workshop to get credit for attendance. For the orientation, basic, and permanent levels, attendance will be taken by sign-in sheets at both the beginning and ending of the class or workshop.

For those who want to receive on-going formation credit by attending the annual Evangelization and Faith Formation Conference (diocesan sponsored) they will need to turn in a credit/attendance form at the end of the conference.

Those attending conferences/workshops not sponsored by the Diocese of Greensburg will have to send in a copy of the conference schedule and a written reflection on the conference along with a credit/attendance form after the conference.

**Basic and Permanent Levels (Catechetical)**

After attending orientation sessions, all principals, assistant principals, and teachers are required to attend all five workshops in basic certification. After attending all five basic certification workshops, all teachers who are catechists, are required to attend all five workshops in permanent certification.
Principals and assistant principals will have the option to attend the permanent certification workshops to fulfill their on-going requirement. During this transition year, prior work in catechetical training will be considered for credit for basic and permanent certification by the Office for Evangelization and Faith Formation.
A variety of course formats have been designed so they can be as convenient as possible for participants.

- One day workshop, which includes lunch and two breaks
- Two – 2 ½ hour workshops that includes one break
- Four - 75 minute workshops
- An overnight retreat beginning Saturday and concluding Sunday, which would include two courses
- Online option through Echoes of Faith

There are also a number of equivalents through Pathways, so please view the equivalencies or policy section for details. A Pathways certificate of completion will satisfy all the requirements for basic certification. Certain training for Catechesis of the Good Shepherd will result in equivalencies in the training and certification process.
The six courses in the theological module will be equivalent with:

- Creed
- Sacraments
- Liturgy and Prayer
- Morality
- Scripture
- Ecclesiology

**Basic Courses**

**Creed/What We Believe**: This course/workshop will enable the student to appreciate the doctrine/beliefs of the Catholic Church that are presented in the Nicene Creed. Topics to be presented will include the Holy Trinity, the paschal mystery, Mary, and the church.
**Sacraments/What We Celebrate**: This course/workshop will give the participant a deeper understanding of the nature and role of sacraments in our life. It will include an in-depth look at the sacraments of initiation, the sacraments of healing, and the sacraments of service.
**Morality/How We Live**: Topics covered in this course/workshop will include: The dignity of the human person, sin, the moral law, the Ten Commandments, and the Beatitudes.
**Liturgy and Prayer/On Bended Knee**: In this course/workshop participants will critically reflect upon their understanding of the Eucharist, and its meaning and impact on their lives. They will look at the Lord's Prayer as the fundamental Christian prayer, liturgy, the Eucharist and service, and the many rich prayer traditions in the Catholic Church.
**Ecclesiology/What the Church Is**: This course/workshop will introduce the participants to the theological study of the church. They will become familiar with basic terms and concepts that are essential for understanding the church's nature and mission, and how these have been a constant theme in the church's evolution as a "living organism" throughout history.

**Permanent Courses**

**Scripture/The Word**: In this course/workshop participants will discuss an overview of salvation history; the cultural factors, which influenced the events around the writing of the Old and New Testaments; and what church documents tell us about the Bible, particularly the Catechism of the Catholic Church.
**Christology/Who Do You Say I Am**: In this course/workshop participants will discover what we know and believe about the central figure of the Christian faith, Jesus Christ, using Scripture, tradition and modern sources.
**Church History/2,000 Years**: This course/workshop will cover the Apostles and early church; the doctors and the Middle Ages; the reformation; and the Second Vatican Council and the church today.
**Catholicism in America/The Church in America**: This course/workshop will look at the history of the Catholic Church in America. The workshop will begin with a look at the landing of the ark and the dove and the founding of the California missions. It will also include a survey of the Plenary Councils of Baltimore, American saints and blesseds, and Catholicism in Western Pennsylvania.
**Catholic Social Teaching/The Church in the World**: This course/workshop will look at the seven key themes of Catholic social teaching outlined by the United States Conference of Catholic Bishops (USCCB) in their document, *Sharing Catholic Social Teaching: Challenges and Directions* and the social doctrine of the church.

**Cell Phones**

Teachers are not permitted to accept or make calls on their personal cell phones during their teaching periods. If teachers experience a family emergency while at work, the building principal should be made aware of such a situation. The principal may allow use of the cell phone on a limited emergency basis to a teacher.
It is recommended that teachers with duties, club advisors, coaches, band directors, etc. have cell phones or access to one in the event of an after school emergency. Use of cell phones that enhance the educational process is permitted. Additionally, cell phone use that supports the multi-hazard plan is permitted.

At no time when teachers are in the presence of students should they be involved in texting or talking on their cell phone.

**Clearances**

Signed Act 24 Form
Criminal History Record Check
PA Child Abuse History Clearance
FBI Clearance or PAE Registration Number (PAE number to be submitted to OCS for clearance retrieval)
Mandated Reporter Training Certificate within 1 month of hire
Virtus Training
Completed "Sexual Misconduct/Abuse Disclosure Release" forms (Act 168) for all current employers and all applicable former employers that were school entities where the applicant was employed in a position that involved direct contact with children.

Notarized Employee Affidavit if clearances were not obtained specifically for employment with the diocese

Copies of these documents are to be maintained in a locked, fire-proof cabinet under principal supervision. Clearances need to be updated every five (5) years and a copy sent to the Office for Catholic Schools.

The following drills are conducted throughout the school year:
Monthly Fire Drill
Evacuation
Severe Weather
Enhanced Lock Down

**Prayer**

Prayer should be used in each class. This is to help develop a personal relationship with God, and students will need to be taught how and when to pray.

**Pupil Services**

The following services are provided at Aquinas Academy:

- Title I Reading
- Title I Math
- Act 89 Reading
- Act 89 Math
- Nursing
- Speech Therapy
- Counseling

**Rules of Conduct** as stated in the Parent/Student Handbook are expected to be enforced by faculty and staff. Teachers and staff should have high expectations for appropriate student behavior and should correct inappropriate behavior of any student when witnessed.

**Speakers**

Guest speakers for the various areas of the curriculum are encouraged. All arrangements should be discussed and approved by the Principal ahead of time. Arrangements for speakers should be made a month in advance in order to be noted on the monthly calendar.
If you want to have a religious speaker, please see Principal before you begin planning.

**Student Phone Use**

A student may be permitted to use the office phone with a note from the teacher. Students may not use the phone in a teacher's office. Students may not use personal cell phones.

**Visitors**

When inviting groups of parents to view special programs or projects, be sure to notify the administration and the building secretary of the time, program, and number expected. Visitors must sign in and out of the visitor's book in the office and to obtain a VISITOR badge from the office.

Be conscious of any unknown persons in the building. Make sure that all unidentified persons are escorted by a teacher to the office.

# AQUINAS ACADEMY FACULTY HANDBOOK 2020-2021

***Faculty/Staff Signature Page***

I have read the Faculty Handbook and agree to follow the school policies and procedures as stated.

______________________________ __________________

Signature Date