# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | No. 2:22-cv-00797 |
| ROMAN CATHOLIC DIOCESE OF | ) | |
| GREENSBURG and AQUINAS | ) | |
| ACADEMY, | ) | |
| Defendants. | ) | |

**DEPOSITION OF MAUREEN MARSTELLER**, taken pursuant to the Federal Rules of Civil Procedure, before Sheila A. Rivers, Registered Professional Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Thursday, March 28, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, scheduled to commence at 1:00 o'clock p.m.

- - -

A P P E A R A N C E S

- - -

On behalf of the Plaintiff:

**Nicholas W. Kennedy, Esquire**
Horne Daller LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238

On behalf of the Defendants:

**Bernard P. Matthews, Jr., Esquire**
Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601

Also present:

Kenneth Ference

- - -

- - - -

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| Maureen Marsteller | Mr. Kennedy | 4 |


EXHIBITS

(None marked.)

- - -

P R O C E E D I N G S

(1:04 o'clock p.m.)

MAUREEN MARSTELLER,

the witness, having been first duly sworn, was deposed and testified as follows:

EXAMINATION

BY MR. KENNEDY:

Q. Could you please state your full name and address for the record.

A. Sure. Maureen Marsteller, 236 Mica, M-I-C-A, Court, Bethel Park, PA 15102.

Q. You know, I always think of Oakmont Bakery, since it's nearby. I've been to Bethel Bakery, and it is delicious.

A. You know, I have to say Oakmont does --

Q. You think it's better?

A. -- rule. Yes.

Every time I come this way, I think, I'm near Oakmont Bakery.

Q. It's right there.

A. You bet.

Q. So have you ever been deposed before?

A. No. No.

Q. Okay.

A. Huh-uh.

Like, has it changed over the years?
A. As far as I know, it has not changed. I haven't been there for two years, though. I was -- it was the form that was in place when Mr. Ference was there.
Q. Is it the Danielson Method form?
A. Yes. Um-hmm. It's enhanced, though.
Q. How is it enhanced?
A. It has a Catholic component to it. So it's the basic Danielson framework for teaching, with a Catholic-added component.
Q. Was that form used at Aquinas during Mr. Ference's tenure there?
A. It was supposed to be used, yes. I wasn't personally in Aquinas, but yes, every principal is to use that form.
Q. Tell me about the enhanced Catholic portion of it, if you would.
A. Sure. When we look at the Danielson framework, it has four areas; the first one being preparation.
So there are the typical preparation parts where the teacher is prepared -- preparing to teach the lesson. And at the outset of preparation, that's the most important step of the lesson, are you integrating Catholic values in whatever way possible

into your lesson. So that would be assessed, how are you integrating Catholic teaching into your lesson.

Then when it comes to the classroom environment, is a second component. One of the things to be assessed is how are Catholic values playing out in promoting a positive environment in the classroom.

Then for the instruction, are you referring to the infusion of Catholic values in your actual instruction of the students. So that's an on-the-stage kind of behavior.

Q. I'm sorry. So you said three things, how are you integrating Catholic teaching --

A. Um-hmm.

Q. -- into the classroom?

A. Into your instruction.

Q. Into your instruction.

A. Um-hmm.

Q. Okay. I'm sorry.

A. That's okay.

Q. And then how are Catholic values...?

A. I lost your train of where you are.

Q. You said the first one was how are you --

A. The first one is preparation. So if you think of preparing, when you're doing -- this is without any students. So preparation takes place as you probably

prepared to do this, you reflect on what you want to teach the students and how am I going to teach them. So that's completely -- they call it an off-stage behavior, as opposed to an on-stage behavior. So the off-stage behavior is, while I'm preparing this lesson to teach to the students, how am I incorporating Catholic teaching; is it possible to do so.

It might be as simple as a prayer at the beginning of a lesson, which every class should begin with prayer. If that's the only part possible that day, that's what you do. And then are there other things that you can prepare to put into the lesson. For example, if you're going to do a lesson on -- oh, the only thing coming to my mind right now is the anatomy of the eye, or something like that in science class.

St. Lucy is the patron saint of vision. Can you work that into your lesson? Would that be relevant? Is that something that you could teach the children as a component of, hey, we're talking about the eye, and here is who Catholics pray to if they're having trouble with vision? St. Lucy is the patron saint of blind people.

So working things like that. This is by yourself before you get to the students. Okay?

Q. And you're evaluated on -- this is one parameter you're evaluated on?

A. Right. Yes. How you prepare for your lesson.

So then the second part is an on-stage behavior, okay, so this is, you're in the classroom, kids are there. You have a classroom environment. What about that classroom environment would make me, as your supervisor, think that there's a Catholic classroom environment, a faith-filled environment, one where the students respect each other, where they pray? Do you pray? Did you pray with them?

So overt behaviors like praying, but also observed behaviors, how the students relate to each other. Okay?

Q. Um-hmm.

A. So then the third component is the actual instruction itself. Now, classroom environment is inextricably intertwined with that, but there is an ability to observe the instruction, how are the students reacting to what you're telling them. So throughout that instruction process -- okay, so in planning, you talked about -- you planned yourself, oh, I'm going to introduce St. Lucy. You gave that to your supervisor to look at as your plan. Now, we're here. Do you remember to do that?

So during your actual instruction, are you referring to the faith components that you planned in step 1, or did you forget them, or is this not part, or is it not important to you, or did you not introduce that subject.

You know, it's very complicated, but it's how you integrate what you planned faith-wise into your lesson.

Then the fourth component is reflection. This is off-stage behavior. Okay? So 1 and 4 are off stage. In that off-stage behavior, what's your reflection on how you did in integrating those faith values? Do you need some extra help? Do you need to understand something better? Do you need to engage in professional development so that you can incorporate that lesson or infuse that lesson with the values better?

And if you do, this is all supervision, so you have this opportunity to talk to your principal at that point, hey, you know, I know I need help in this area, what can you give me as a resource. So luckily we have tons of resources that can support that goal.

Q. So if I'm a teacher --

A. Um-hmm.

Q. -- is this explained to me when I start, like

it. Each teacher was to sign the handbook.

Q. Have you seen the signed version where Ken Ference's signature is on the page of the handbook?

A. I can't recall if I have. But I look at so many -- I look at so many. Because those signed copies are often collected by the Office for Catholic Schools. But it was years ago. I can't recall if I saw his.

Q. So on the prep work, like, if I'm not Catholic, I have no foundation in the faith, I'm supposed to -- my principal is supposed to instruct me in incorporating Catholic teachings into the lesson plan; is that right?

A. Um-hmm. That's part of the supervision.

MR. MATTHEWS: Excuse me. Just avoid saying "um-hmm" if you mean "yes".

A. I'm sorry. Yes.

MR. MATTHEWS: That's all right.

BY MR. KENNEDY:

Q. It's okay.

So let's go to the second one, creating a faith-filled environment. Same kind of question: If I'm not a Catholic teacher, how do I know how to create a faith-filled environment in my classroom, a Catholic faith-filled environment?

A. We would, I hate to say assume, but teachers,

as part of their training in the regular world, for non-Catholic schools, for any kind of Catholic schools, is taught about respect in the classroom. So we would start with that steppingstone: Is there respect in the classroom. Then when supervision time would come along, we would talk about how that respect reflects the Catholic values.

So we would just take that steppingstone, we start everybody where they come in, and we take them where they need to go. So it's a process.

Q. Did that conversation about, you know, respect as it relates to the Catholic value system ever occurred between Kelly Watkins and Mr. Ference?

A. I don't know.

Q. Did it ever occur -- like, would it have been Kelly Watkins' role to do that with him?

A. Yes.

Q. And then if I'm not Catholic, again, same assumption, the third step is I need to instruct in religion to the students.

A. You don't instruct religion. You infuse your curriculum with the faith in what way you can. You're not actually instructing on the tenets of the faith, but, for example, the example I gave you on St. Lucy, that is simple enough for anybody to look up.

Q. How would I know -- I mean, if I'm not Catholic, I might not even know about the saints, right?

A. It would be hard for me to believe that. But it is possible, I presume, yes.

Q. So what are you -- if I'm supposed to -- so "instruction" is not the right word, because if I'm not Catholic, I can't instruct in the faith, right?

A. Right.

Q. So I'm supposed to infuse religion into my practice?

A. Yes.

Q. What am I supposed to infuse? Like, is there like a criteria that I use to base my infusion off of?

A. Oh, there are so many -- so many different ways you can go with that, that it would be impossible to do a checklist of "here's exactly what needs to go into each lesson." That's why it's important during the supervisory part of the meeting with the principal that they go over those sorts of examples that they can incorporate.

And, also, the partner teacher of the new teacher would be an assist in that as well. Again, a process. A process of learning that develops over time.

Q. Do you know if Mr. Ference ever received any sort of instruction from either Jennifer Davis, who I'll present to you was his partner teacher --

A. Um-hmm.

Q. -- from Jennifer Davis or Kelly Watkins about how to infuse religion into his classroom?

A. I don't know if they talked about that or not. I'm not part of those conversations.

Q. What are the boundaries? Because infusion is different than instruction in religion, right? We talked about that.

A. Yes. Um-hmm.

Q. What are the boundaries between infusion and instruction? Like, if I'm not Catholic, where do I draw the line?

A. If you're not Catholic, it would behoove you not to teach about the Catholic view on "fill in the blank."

So choosing a saint to say is a patron saint is just a fact. You can grab it off the Internet as far as that being the patron saint of vision; whereas, if you want to say the Catholic teaching on whatever, you would not be from that standpoint, you could not speak from that standpoint.

"This is what the Catholic church teaches,"

Q. Sure. I understand.
Now, my understanding with Mr. Ference is that he took a program called Keeping Promises Alive, and it was version 3.0.
Have you ever taken that program?
A. I don't know. I took a lot of programs.
Q. So he took that at the start of his employment.
Would there have been any further Virtus training after that for a teacher like Mr. Ference?
A. After a number of years, I believe you have to become recertified. It seems to me that I took Virtus twice. But it might have been because I've changed Diocese, so I do not know.
Q. Okay. So if he took it at the start of his employment, he might have to take something later on in a couple years?
A. He definitely would have to take catechetical classes following his initial employment, and that would start anywhere within a year beginning your employment.
Q. What's the time frame to complete those catechetical classes?
A. I do not recall. There was a time frame. They do follow each other, so it is possible to complete them in a year or two. I believe that there is some

circumstances that you can extend it a little bit.

Q. Okay. So I could extend my completion of catechetical training beyond two years?

A. Only with good cause. Because you -- we would not want to see that extended other than for very good reason.

Q. Now, would two years ring a bell as like the normal time frame that I had to complete that within?

A. Yes. I -- I don't recall the exact time frame.

Q. If that was on the -- because I'll represent to you that on the Diocese web page, it says a teacher has two years to complete catechetical training.

A. That's probably why it stuck with me.

Q. That's as I look here today. I'm just wondering what was the process a couple years ago.

A. That's what I -- came to my mind right away, so -- and it makes sense from the classes that we had.

Q. So I could work for your school for one year and 364 days and then quit and never have taken catechetical training?

A. No. Because there are four classes. So we're talking about two years to complete the four classes.

If you go beyond a few months without even showing any interest in starting a class, there would be a discussion.

Q. Who would have that discussion with you?
A. Kelly would.
Q. So Kelly Watkins --
A. The principal, I should say. Any principal.
Q. That's fine. Let's stick with that.
So Kelly Watkins would be responsible for tracking my compliance with catechetical training?
A. Yes.
Q. Do you know if Kelly Watkins ever had a conversation with Mr. Ference about catechetical training?
A. I do not.
Q. Okay. So you report to Monsignor Riffle as -- I know he has a couple different hats. Right? So he's the chair of the board of trustees or board of administrators of Aquinas?
A. Oh, yes. Yes.
Q. And then he's the vicar general?
A. He's vicar general.
Q. So you report to him as the vicar general, that hat?
A. Yes. I did report to him.
Q. I'm sorry. You're retired.
A. I'm retired.
Q. My questions are about 2021.

So I can't recall how that was consultative or just...
Q. Do you remember how you became aware that Mr. Ference is in a same-sex marriage?
A. Yes. That, I do remember. It came to me through the business office, which recognized that he had listed his husband as his -- was it a beneficiary or husband as -- I believe it was -- oh, he had the medical insurance. That's what it was.
Q. And was that Aquinas's business office, or the Diocese business --
A. Diocese.
Q. And what did you do with that information after you learned that?
A. I took it to my superiors, in case they hadn't already received that same notification.
Q. So you notified Monsignor Riffle and --
A. And Bishop Kulick.
Q. Did you guys meet about it?
A. I'm sure we did. I just don't have recall.
Q. And did you -- did you make the decision, or was it Monsignor Riffle or Bishop Kulick?
A. It would be mutual.
Q. Okay. So kind of a mutual understanding?
A. Um-hmm.

Q. And that was Monsignor Riffle as the vicar general?
A. Yes.
Q. With that hat on.
A. Yes, that hat on.
Q. Did you have a termination meeting with Mr. Ference?
A. Yes.
Q. Tell me who was present at that meeting.
A. Myself, Ms. -- and Kelly and Mr. Ference.
Q. Do you know when that occurred?
A. September.
Q. Do you know --
A. I don't know the exact date.
Q. -- where it occurred?
A. In Kelly's office.
Q. And what was said during that meeting, to the best of your recollection?
A. To the best of my recollection, and it was three years ago, I said to Mr. Ference that he was being let go for violation of the teachings of the Catholic church. And I cannot recall what he said to me in response, if anything, because it was an extremely short meeting. Kelly didn't say anything.
And Mr. Ference went to clean his -- take his

things out of his room when I remembered that I hadn't told him which teaching of the Catholic church. So I went to his room and I said, that would be the teaching on same sex marriage.

And I don't recall him saying anything back to me. He may have. I just do not recall.

Q. Do you remember telling Mr. Ference that perhaps -- that perhaps he didn't understand that he was violating Catholic doctrine? I'm sorry.

Do you remember telling Mr. Ference that perhaps he doesn't understand because he wasn't Catholic, that being in a same-sex marriage is not okay?

A. No. No. No.

Q. So you never said, maybe you don't understand because you're not Catholic?

A. No. Nope.

Q. Aquinas 7 here. Have you ever seen Aquinas 7 before?

A. Yes.

Q. And what is this document?

A. Code of Pastoral Conduct.

Q. This is the code?

A. Well, no, it's the acknowledgement of receipt of the code.

about Mr. Ference?

A. None that I know of.

Q. Did you check?

A. Yes, I did check.

Q. Okay. What did you check?

A. I checked my email -- no, I couldn't check my email. I checked my text message.

So it must have been after I retired. I don't have access to email. I don't recall.

MR. KENNEDY: All right. Let's take a break, if you don't mind, I just want to --

THE WITNESS: Okay.

MR. KENNEDY: -- check a few things so we can wrap up.

(Recess.)

MR. KENNEDY: I have no further questions.

THE WITNESS: Okay.

MR. MATTHEWS: I have no questions.

We'll read.

(Witness excused.)

(Signature not waived.)

(Deposition concluded at 2:34 o'clock p.m.)

- - -

C E R T I F I C A T I O N

I hereby certify pursuant to F.R.C.P. No. 30(f)(1), that the witness, **MAUREEN MARSTELLER**, was duly sworn by me and that the foregoing deposition is a true record of the testimony of the witness.

The foregoing certification does not apply to any reproduction of this transcript in any respect unless under the direct control and/or direction of the certifying reporter.

Sheila A. Rivers

________________________________

Sheila A. Rivers, Notary Public
in and for the Commonwealth of
Pennsylvania

Commonwealth of Pennsylvania - Notary Seal
Sheila A. Rivers, Notary Public
Allegheny County
My commission expires October 22, 2026
Commission number 1138616
Member, Pennsylvania Association of Notaries

My Commission expires October 22, 2026.