# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH FERENCE, )
Plaintiff, ) CIVIL ACTION
vs. ) No. 2:22-cv-00797
ROMAN CATHOLIC DIOCESE OF )
GREENSBURG and AQUINAS )
ACADEMY, )
Defendants. )

**DEPOSITION OF JENNIFER DAVIS,**

taken pursuant to the Federal Rules of Civil Procedure, before Lisa Ann Bauer, Certified Realtime Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, March 27, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, scheduled to commence at 10:00 o'clock a.m.

- - -

- - - -

A P P E A R A N C E S

- - -

On behalf of the Plaintiff:

**Nicholas W. Kennedy, Esquire**
Horne Daller LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238

On behalf of the Defendants:

**Bernard P. Matthews, Jr., Esquire**
Meyer, Darragh, Buckler, Bebenek & Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601

Also present:

Kenneth Ference

- - -

I N D E X


| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| JENNIFER DAVIS | Mr. Kennedy | 4, 36 |
| | Mr. Matthews | 35 |

- - - -

P R O C E E D I N G S

(10:03 o'clock a.m.)

JENNIFER DAVIS,

the witness, having been first duly sworn, was deposed and testified as follows:

EXAMINATION

**BY MR. KENNEDY:**

**Q.** Ms. Davis, could you please state your full name and address for the record, please.

**A.** Jennifer Hugus Davis, 1013 Dunedin Drive, Greensburg, Pennsylvania 15601.

**Q.** Random aside, were you related to -- I had a tenth grade teacher, Ms. Hugus?

**A.** Mary Lou?

**Q.** Might have been.

**A.** She was married to one of my father's cousins, but I did not know her.

**Q.** She was a good teacher. Sorry about that.

**A.** That's okay.

**Q.** Have you ever been deposed before?

**A.** No.

**Q.** So, during this process, I just ask that you give verbal responses, so "yes" or "no" or whatever your answer is, but, please, no "huh-uh" or just head nods or things like that to help our court reporter.

MR. MATTHEWS: I just have a couple follow-ups.

EXAMINATION

**BY MR. MATTHEWS:**

**Q.** Ms. Davis, you were asked about the classes that you taught other than religion.

**A.** Uh-huh.

**Q.** I think you mentioned you teach and have taught math, science, language arts, and social studies, correct?

**A.** No, not math.

**Q.** I'm sorry. Not math?

**A.** Not for sixth grade.

**Q.** Science, language arts, social studies?

**A.** Yes.

**Q.** Then you also teach religion class?

**A.** Yes.

**Q.** So, during your math -- when you're teaching math, science, and social studies -- not math. Sorry. Did that again.

When you're teaching social studies, science, and language arts, are you teaching the students the types of things that you teach in the religion class?

**A.** No.

**Q.** Now, are there occasions during those classes

when you're teaching science, language arts, or social studies where the subject of God and/or the tenets of the faith might be discussed as part of teaching those courses?

**A.** Yes.

**Q.** Is that something that is encouraged?

**A.** By the church, yes.

**Q.** And by the Diocese?

**A.** By the Diocese, it is noted on the curriculum that you can incorporate that within the lessons.

**Q.** And so, in the sense of teaching formal religious instruction during science, language arts, or social studies, that's not a specific topic that's part of the class; is that correct?

**A.** Right.

**Q.** But during the courses, the subject of God or the Catholic Church and its tenets may come up and there is a discussion about that with the students?

**A.** Sure.

MR. MATTHEWS: That's all I have.

EXAMINATION

**BY MR. KENNEDY:**

**Q.** So, if I look at your curriculum from 2021 to 2022, I will see in the math, science, and social studies, there will be religion on the curriculum?

\- - - -

A. It would just say Gospel values or Christian values. It would not be earmarked very clearly, but there would be a notation there, Catholic faith. I'm not sure how they are written in all of them.

Q. I asked you earlier if you ever infused or taught religion in your science, math, and social studies classes and you said no, so what's the change now? I'm trying to understand, because now you're saying you teach religion in those classes?

MR. MATTHEWS: Objection to the form.

You can answer.

A. If it was brought up by a student and they had a question, then I could expand on it, but I did not formally teach in my classes what I was teaching in my religion class. So, students are very inquisitive about why things happen.

For example, in social studies, because I teach ancient civilizations, we talk about many Gods, because the ancient civilizations were polytheistic, and in Mesopotamia specifically, where Judaism was created, that might come up based on the establishment of Judaism, but I would not teach them about the tenets, no.

Q. So, you wouldn't teach about the tenets of the faith. Would you proactively infuse the tenets of the

\- - - -

curriculum?

**A.** There should be.

MR. KENNEDY: I have no further questions.

MR. MATTHEWS: We'll read.

(Witness excused.)

(Signature not waived.)

(Deposition concluded at 11:07 o'clock a.m.)

\- - -

C E R T I F I C A T I O N

I hereby certify pursuant to F.R.C.P. No. 30(f)(1), that the witness, **JENNIFER DAVIS**, was duly sworn by me and that the foregoing deposition is a true record of the testimony of the witness.

The foregoing certification does not apply to any reproduction of this transcript in any respect unless under the direct control and/or direction of the certifying reporter.

Lisa Ann Bauer
______________________________
Lisa Ann Bauer, Notary Public
in and for the Commonwealth of
Pennsylvania

Commonwealth of Pennsylvania - Notary Seal
Lisa Ann Bauer, Notary Public
Allegheny County
My commission expires April 13, 2027
Commission number 1008093
Member, Pennsylvania Association of Notaries

My Commission expires April 13, 2027.