# EXHIBIT I

# DIOCESE OF GREENSBURG CATHOLIC TEACHER RUBRIC ASSESSMENT

## Domain 1: Planning and Preparation

Effective teachers plan and prepare for lessons using their extensive knowledge of the content area, the core/managed curriculum and their students, including students' prior experience with this content and their possible misconceptions. Instructional outcomes are clearly related to the major concepts of the content area and are consistent with the curriculum design. These outcomes are clear to students and classroom visitors (including parents). Learning activities require all students to think, problem-solve, inquire, defend conjectures and opinions and be accountable to the learning community. Effective teachers work to engage all students in lessons and use formative assessment to scaffold and provide differentiated instruction. Measures of student learning align with the curriculum and core concepts in the discipline and students can demonstrate their understanding in more than one way.

| Component | Unsatisfactory | Needs Improvement or Progressing | Proficient | Distinguished |
|---|---|---|---|---|
| *1a: Demonstrating knowledge of content and pedagogy* | Teacher's plans and practice demonstrate evidence of little or no knowledge of the important concepts in the discipline, prerequisite relationships between them, or of the instructional practices specific to that discipline and alignment to PA Academic Standards and/or applicable professional organization standards. | Teacher's plans and practice demonstrate evidence of knowledge of the important concepts in the discipline, prerequisite relations between them and of the instructional practices specific to that discipline and their alignment to PA Academic Standards and/or applicable professional organization standards. | Teacher's plans and practice demonstrate evidence of the application of the important concepts in the discipline, prerequisite relationships between them and of the instructional practices specific to that discipline and their alignment to PA Academic Standards and/or applicable professional organization standards. | Teacher's plans and practice demonstrate evidence of extensive knowledge and application of the important concepts and structure of the discipline. Teacher actively builds on knowledge of prerequisites and misconceptions when designing instruction and designs strategies for causes of student misunderstanding. Teacher shows strong evidence of building alignment with PA Academic Standards and/or applicable professional organization standards, and differentiates for student progress in planning. |
| *1b: Demonstrating knowledge of students* | Teacher's plans contain little to no evidence of knowledge of students' background, cultures, | Teacher shows awareness of the importance of understanding students' backgrounds, cultures, | Evidence that the teacher actively seeks knowledge of students' backgrounds, cultures, | Teacher actively seeks knowledge of students' backgrounds, cultures, skills, |



AQUINAS.00835

| | | | | |
|---|---|---|---|---|
| | skills, language proficiency, interests, and special needs, and has done nothing to seek such understanding. | skills, language proficiency, interests, and special needs, and has added to that knowledge for the class as a whole. | skills, language proficiency, interests, and special needs, and seeks to incorporate that knowledge into the planning for specific groups of students. | language proficiency, interests, and special needs from a variety of sources and uses this knowledge regularly in planning for the benefit of individual students. |
| *1c: Setting instructional outcomes* | Instructional outcomes are unsuitable for students, represent trivial or low-level learning, do not relate to PA Academic Standards and/or applicable professional organization standards, or are stated only as activities. They do not permit viable methods of assessment. | Instructional outcomes are of moderate rigor and are suitable for some students, but consist of a combination of unrelated activities and goals, some of which permit viable methods of assessment. They reflect more than one type of learning, but teacher makes no attempt at coordination or integration. | Instructional outcomes are stated as goals reflecting high-level learning and curriculum standards. They are suitable for most students in the class, are appropriate for different types of learning, and are capable of assessment. The outcomes reflect opportunities for coordination. | Instructional outcomes are stated as goals that can be assessed, reflecting rigorous learning and PA Academic Standards and/or applicable professional organization standards. They represent different types of content, offer opportunities for both coordination and integration, and take account of the needs of individual students and different styles of learning. |
| *1d: Demonstrates knowledge of resources* | Teacher demonstrates little to no familiarity with resources to enhance personal knowledge, to use in teaching, or for students who need them. Teacher does not seek such knowledge. | Teacher shows evidence of some familiarity with resources available through the school or diocese to enhance personal knowledge, to use in teaching, or for students who need them. Teacher does not actively seek to extend such knowledge. | Teacher is fully aware of resources available through the school or diocese to enhance own knowledge and develops and maintains a database or list of resources, and uses them in teaching, or to meet individual student needs. | Teacher seeks out resources in and beyond the school or diocese in professional organizations, on the Internet, and in the community to enhance own knowledge, and uses them in teaching, and to meet individual student needs. |
| *1e: Designing coherent Instruction* | The series of learning experiences are poorly aligned with the instructional outcomes and do not represent a coherent structure. They are suitable for only some students. | The series of learning experiences shows evidence of partial alignment with instructional outcomes, some of which may engage students in significant learning. The lesson or unit has a recognizable structure and reflects partial knowledge of students and resources. | Teacher coordinates and aligns knowledge of content, of students and of resources to design a series of learning experiences aligned to instructional outcomes and suitable to groups of students. The lesson or unit has a clear structure and is likely to engage students in significant learning. | Teacher coordinates and aligns knowledge of content, of students and of resources to design a series of learning experiences aligned to instructional outcomes, differentiated where appropriate to make them suitable to all students and likely to engage them in significant learning. The lessons or unit's structure is clear and includes different pathways according to student needs. |
| *1f: Designing student* | Teacher's plan for assessing | Teacher's plan for student | Teacher's plan for student | Teacher's plan for student |

| | | | | |
|---|---|---|---|---|
| *assessment* | student learning contains no clear criteria or standards, is poorly aligned with the instructional outcomes, or is inappropriate for many students. There is no evidence that assessment results influence planning. | assessment is partially aligned with the standard and instructional outcomes, contains no clear criteria, and is inappropriate for at least some students. Teacher shows some evidence of intent to use assessment results to plan for future instruction for the class as a whole. | assessment is aligned with the standards and instructional outcomes, uses clear criteria, and is appropriate to the needs of students. Teacher shows specific evidence of intent to use assessment results to plan for future instruction for groups of students. | assessment is fully aligned with the standards and instructional outcomes, uses clear criteria that shows evidence of student contribution to their development. Assessment methodologies may have been adapted for individuals, and the teacher shows clear evidence of intent to use assessment results to plan future instruction for individual students. |
| *1g: Incorporating Catholic teachings:* | No knowledge or plans to incorporate catechetical guidelines into the lesson. | Plans sometimes to incorporate faith based concepts or catechetical curriculum into lessons. | Plans moderate faith based concepts and catechetical curriculum into lessons. | Plans incorporate Catholic doctrine, traditions, attitudes, practices, values and Diocesan curriculum and Catechetical guidelines into lessons. Teacher seeks out resources in and beyond the school through NCEA, Catholic media, and other organizations to use in teaching. Teacher's plans also include strategies to help form students who are good citizens of this world, loving God and neighbor and enriching society. |

## Domain 2: The Classroom Environment

Effective teachers organize their classrooms so that all students can learn. They maximize instructional time and foster respectful interactions among and between teachers and students with sensitivity to students' cultures, race and levels of development. Students themselves make a substantive contribution to the effective functioning of the class through self-management of their own learning and maintaining a consistent focus on rigorous learning for all students by supporting the learning of others. Processes and tools for students' independent learning are visible/available to students (charts, rubrics, etc.). Artifacts that demonstrate student growth over time are displayed/available.

| Component | Unsatisfactory | Needs Improvement or Progressing | Proficient | Distinguished |
|---|---|---|---|---|
| *2a: Creating an environment of respect and rapport* | Classroom interactions, both between the teacher and students, and among students, are negative, inappropriate, or insensitive to students' cultural background and are characterized by sarcasm, put-downs, or conflict. Standards of behavior are not clear or visible in the classroom. | Classroom interactions, both between the teacher and students, and among students, are generally appropriate and free from conflict but may be characterized by occasional displays of insensitivity or lack of responsiveness to cultural or developmental differences among students. Minimal evidence of clear standards of behavior being visible in the classroom. | Classroom interactions, between teacher and students and among students are polite and respectful, reflecting general warmth and caring, and are appropriate to the cultural and developmental differences among groups of students. Standards of behavior are clear and visible and there is evidence that standards are consistently maintained. | Classroom interactions among the teacher and individual students are highly respectful, reflecting genuine warmth and caring, and sensitivity to students' cultures and levels of development. Students themselves ensure high levels of civility among members of the class. Evidence that the teacher places a high priority on appropriate and respectful behavior and interaction and behavioral standards are clear and consistent. |
| *2b: Establishing a culture for learning* | The classroom environment conveys a negative culture for learning, characterized by low teacher commitment to the subject, low expectations for student achievement, and little or no student pride in work. | Teacher's attempt to create a culture for learning are partially successful, with little teacher commitment to the subject in evidence, modest expectations for student achievement, and little student pride in work. Evidence that both teacher and student appear to be only "going through the motions." | The classroom culture is characterized by high expectations for most students, genuine commitment to the subject by both teacher and students, with students demonstrating visible pride in their work. | Evidence of high levels of student energy and teacher passion for the subject that create a culture for learning in which everyone shares a belief in the importance of the subject. All students hold themselves to high standards of performance, for example by initiating improvements to their work. |
| *2c: Managing classroom procedures:* | Much instruction time is lost due to inefficient classroom routines and procedures for handling of supplies, and performance of non-instructional duties | Some instructional time is lost due to only partially effective classroom routines and procedures, for transitions, handling of supplies, and performance of non-instructional duties. | Little instructional time is lost due to classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties. Class period runs smoothly and | Students contribute to the seamless operation of classroom routines and procedures for transitions, handling of supplies, and performance of non-instructional duties. Evidence of a community that takes pride in |

| | | | | |
|---|---|---|---|---|
| | | | efficiently. | their classroom operation. |
| *2d: Managing student behavior* | No evidence that standards of conduct have been established, and little or no teacher monitoring of student behavior. Response to student misbehavior is inconsistent, repressive, or disrespectful of student dignity. | Evidence that the teacher has made an effort to establish standards of conduct for students. The teacher tries with uneven results, to monitor student behavior and respond to student misbehavior. | Evidence that standards of conduct are clear to students, and that the teacher monitors student behavior against those standards. Teacher response to student misbehavior is consistent, appropriate, and respects the students' dignity. | Standards of conduct are clear, with evidence of student participation in setting and maintaining them. The teacher's monitoring of student behavior is subtle and preventive, and the teacher's response to student misbehavior is sensitive to individual student needs. Students take an active role in monitoring the standards of behavior. |
| *2e: Organizing physical space* | The physical environment is unsafe, or some students do not have access to learning. There is poor alignment between the physical arrangement and the lesson activities. | The classroom is safe, and essential learning is accessible to most students. Teacher's use of physical resources, including computer technology, is moderately effective. Teacher may attempt to modify the physical arrangement to suit learning activities, with partial success. | The classroom is safe, and learning is accessible to all students. The teacher ensures that the physical arrangement is appropriate to the learning activities. Teacher makes effective use of physical resources, including computer technology. | The classroom is safe, and the physical environment ensures the learning of all students, including those with special needs. Opportunities are available to all learning styles. Students contribute to the use or adaptation of the physical environment to advance learning. Technology is used skillfully, as appropriate to the lesson. |
| *2f: Creating a Catholic classroom environment* ✢ | No evidence of an environment that exemplifies Catholicity or a community of faith that reflects trust and an atmosphere of mutual respect. | Little evidence of an environment that exemplifies Catholicity or a community of faith that reflects trust and an atmosphere of mutual respect. Although a Christian atmosphere is somewhat present, standards of behavior are either unclear or inconsistently enforced. | Teacher creates an environment that exemplifies Catholicity and a community of faith that reflects trust and an atmosphere of mutual respect. Teacher recognizes the dignity of the student as a child of God. Physical, social, and emotional signs of the faith are present. Prayer is part of the normal school day. Standards of behavior are clear and visible, and there is evidence that a Christian atmosphere is consistently maintained. | The teacher places a high priority on the religious ethos and on appropriate and respectful behavior and interaction in the class. Teacher recognizes the dignity of the student as a child of God. Physical, social, and emotional signs of the faith are present. Students maintain and enhance the Catholic ethos, making contributions including the leading of prayer. Students demonstrate high levels of respect that foster a Christian atmosphere of civility among members of the class. |

## Domain 3: Instruction

All students are highly engaged in learning and make significant contributions to the success of the class through participation in equitable discussions, active involvement in their learning and the learning of others. Students and teachers work in ways that demonstrate their belief that rigorous instruction and hard work will result in greater academic achievement. Teacher feedback is specific to learning goals and rubrics and offers concrete ideas for improvement. As a result, students understand their progress in learning the content and can explain the goals and what they need to do in order to improve. Academic progress is articulated and celebrated in the learning community and with families. Effective teachers recognize their responsibility for student learning in all circumstances and demonstrate significant student growth over time towards individual achievement goals, including academic, behavioral, and/or social objectives.

| Component | Unsatisfactory | Needs Improvement or Progressing | Proficient | Distinguished |
|---|---|---|---|---|
| *3a: Communicating with students* | Expectations for learning, directions and procedures, and explanations of content are unclear or confusing to students. Teacher's use of language contains errors or is inappropriate to students' cultures or levels of development. | Expectations for learning, directions and procedures, and explanations of content are clarified after initial confusion: teacher's use of language is correct but may not be completely appropriate to students' cultures or levels of development. | Expectations for learning, directions and procedures, and explanations of content are clear to students. Communications are appropriate to students' cultures and levels of development. | Expectations for learning, directions and procedures, and explanations of content are clear to students. Teacher's oral and written communication is clear and expressive, appropriate to students' cultures and levels of development, and anticipates possible student misconceptions. |
| *3b: Using questioning and discussion techniques* | Teacher's questions are low-level or inappropriate, eliciting limited student participation and recitation rather than discussion. | Some of the teacher's questions elicit a thoughtful response, but most are low-level, posed in rapid succession. Teacher's attempts to engage all students in the discussion are only partially successful. | Most of the teacher's questions elicit a thoughtful response, and the teacher allows sufficient time for students to answer. The students are engaged and participate in the discussion, with the teacher stepping aside when appropriate. | Questions reflect high expectations and are culturally and developmentally appropriate. Students formulate many of the high-level questions and ensure that all voices are heard. |
| *3c: Engaging students in learning* | Activities and assignments, materials, and groupings of students are inappropriate and ineffective to the instructional outcomes, or students' cultures or levels of understanding, resulting in little intellectual engagement. The lesson has no structure or is poorly paced. | Activities and assignments, materials, and groupings of students are partially appropriate and effective for the instructional outcomes, or students' cultures or levels of understanding, resulting in moderate intellectual engagement. The lesson has a recognizable structure but is not fully developed or maintained. | Activities and assignments, materials, and groupings of students are fully appropriate and effective for the instructional outcomes, and students' cultures and levels of understanding. All students are engaged in work of a high level of rigor. The lesson's structure is coherent, with appropriate pacing. | Students are highly intellectually engaged throughout the lesson in significant learning and make relevant and substantive contributions to the activities, student groupings, and materials. The lesson is adapted to the needs of individuals, and the structure and pacing allow for student reflection and closure. |
| *3d: Using assessment in* | Assessment is not used in | Assessment is occasionally used | Assessment is regularly used in | Assessment is used in a |

| | | | | |
|---|---|---|---|---|
| *instruction* | instruction, either through students' awareness of the assessment criteria, monitoring of progress by teacher or students, or through feedback to students. | in instruction through some monitoring of progress of learning by teacher and/or students. Feedback to students is uneven, and students are aware of only some of the assessment criteria used to evaluate their work | instruction through self-assessment by students, monitoring of progress of learning by teacher and/or students and through the high quality feedback to students. Students are fully aware of the assessment criteria used to evaluate their work. | sophisticated manner in instruction through student involvement in establishing the assessment criteria, self-assessment by students and monitoring of progress by both students and teachers, and high quality feedback to students from a variety of sources. |
| *3e: Demonstrating flexibility and responsiveness* | Teacher adheres to the instruction plan, even when a change would improve the lesson or students' lack of interest. Teacher brushes aside student questions; when students experience difficulty, the teacher blames the students or their home environment. Teacher lacks a repertoire of strategies to allow for adaptation of the lesson. | Teacher attempts to modify the lesson when needed and to respond to student questions, with moderate success. Teacher accepts responsibility for student success, but has only a limited repertoire of strategies to draw upon. | Teacher promotes the successful learning of all students, making adjustments as needed to instruction plans and accommodating student questions, needs and interests. Teacher maintains a broad repertoire of strategies and uses them quickly and effectively. | Teacher seizes an opportunity to enhance learning, building on a spontaneous event or expression of student interest. Teacher ensures the success of all students, using an extensive repertoire of instructional strategies and shows evidence of actively seeking new strategies. |
| *3f: Integrating Catholic teachings into instruction* ✝ | Teacher does not integrate Catholic doctrine, tradition, attitudes, practices and values into the lesson or curriculum. | Teacher sometimes takes advantage of opportunities to integrate Catholic doctrine, traditions, attitudes, practices and values into the lesson and curriculum. | Teacher takes advantage of opportunities to integrate Catholic doctrine, tradition, attitudes, practices and values into the lesson and curriculum. | Teacher takes advantage of every opportunity to integrate Catholic doctrine, traditions, attitudes, practices and values into the lesson and curriculum. Students' questions and comments demonstrate an understanding of connections between the lesson contents and their Catholic teachings. Students reflect Catholic values in their responses during whole class, small group discussions or individual responses. |

## Domain 4: Professional Responsibilities

Effective teachers have high ethical standards and a deep sense of professionalism. They utilize integrated systems for using student learning data, record keeping and communication with families clearly, timely, and with cultural sensitivity. They assume leadership roles in both school and diocesan projects, and engage in a wide-range of professional development activities. Reflection on their own practice results in ideas for improvement that are shared across the community and improve the practice of all. These are teachers who are committed to fostering a community of effortful learning that reflects the highest standards for teaching and student learning in ways that are respectful and responsive to the needs and backgrounds of all learners.

| Component | Unsatisfactory | Needs Improvement or Progressing | Proficient | Distinguished |
|---|---|---|---|---|
| *4a: Reflecting on teacher and student learning* | Teacher's reflection does not accurately assess the lesson's effectiveness, the degree to which outcomes were met and/or has no suggestions for how a lesson could be improved. | Teacher's reflection is a sometimes accurate impression of a lesson's effectiveness, the degree to which outcomes were met and/or makes general suggestions about how a lesson could be improved. | Teacher's reflection accurately assesses the lesson's effectiveness and the degree to which outcomes were met and cites evidence to support the judgment. Teacher makes specific suggestions for lesson improvement. | Teacher's reflection accurately and effectively assesses the lesson's effectiveness and the degree to which outcomes were met, cites specific alternative actions drawing on an extensive repertoire of skills. |
| *4b: System for managing student data* | Teacher's information management system for student completion of assignments, student progress in learning and non-instructional activities is either absent, incomplete, or in disarray. | Teacher's information management system for student completion of assignments, progress in learning and non-instructional activities is ineffective or rudimentary, not maintained and/or requires frequent monitoring for accuracy. | Teacher's information management system for student completion of assignments, student progress in learning, and non-instructional activities is fully effective. | Teacher's information management system for student completion of assignments, progress in learning and non-instructional activities is fully effective and is used frequently to guide planning. Students contribute to the maintenance and/or interpretation of the information. |
| *4c: Communicating with families* | Teacher provides little/no information to families about the instructional program, student progress or responses to family concerns. Families are not engaged in the instructional program. | Teacher provides minimal and/or occasionally insensitive communication and response to family concerns. Partially successful attempts are made to engage families in the instructional program. | Teacher provides frequent information to families about the instructional program, student progress, and responses to family concerns. Frequent, successful efforts to engage families in the instructional program are the result of flexible communication. | Teacher provides frequent information to families with student input; successful efforts are made to engage families in the instructional program to enhance student learning. |
| *4d: Participating in a professional community* | Professional relationships with colleagues are negative or self-serving; teacher avoids participation in a culture of | Professional relationships are cordial and fulfill required school/ district duties. The teacher will sometimes become | Professional relationships are characterized by mutual support and cooperation, including voluntary active participation | Professional relationships are characterized by mutual support, cooperation and initiative in assuming leadership |

| | | | | |
|---|---|---|---|---|
| | inquiry and/or avoids becoming involved in school events and/or school and diocesan projects. | involved in a culture of inquiry, school events, and/or school/diocesan projects when asked. | and substantial contributions to a culture of professional inquiry, school events and school/diocesan projects. | in promoting a culture of inquiry and making substantial contributions to school/diocesan projects. |
| *4e: Growing and developing professionally* | Teacher engages in no professional development activities and/or resists feedback on teaching performance and/or makes no effort to share knowledge with others or to assume professional responsibilities. | Teacher engages in professional activities to a limited extent and/or accepts feedback on performance with reluctance and no evidence of change and/or finds limited ways to contribute to the profession. | Teacher engages in seeking out professional development opportunities, welcomes feedback on performances, and adapts suggestions for change and participates actively in assisting other educators. | Teacher engages in seeking out opportunities for leadership roles in professional development and makes a systematic effort to conduct action research, seeks out feedback, and initiates important activities to contribute to the profession. |
| *4f: Showing professionalism* | Teacher's professional interactions are characterized by questionable integrity, lack of awareness of student needs, and/or decisions that are self-serving, and/or do not comply with school/diocesan regulations. | Teacher's interactions are characterized by honest, genuine but inconsistent attempts to serve students, decision-making based on limited data, and/or minimal compliance with school/diocesan regulations. | Teacher's interactions are characterized by honesty, integrity, confidentiality, and assurance that all students are fairly served, participation in team or departmental decision-making and/or full compliance with regulations. | Teacher displays the highest standards of honesty, integrity, confidentiality; assumption of leadership role with colleagues, in serving students, challenges negative attitudes and practices, and promotes full compliance with regulations. |
| *4g: Growing and developing in Catholic identity and witness* ✝ | Teacher speaks and acts in a manner contrary to Catholic values. Teacher is unaware of missed opportunities to integrate Catholic teachings into the lesson. Teacher does not take advantage of professional development opportunities to deepen an understanding of the Catholic faith. | Teacher is a role-model for Catholic faith and values in their classroom only. Teacher's reflection is sometimes accurate in recognizing opportunities to integrate Catholic teachings into the lesson. Students demonstrate Catholic faith and values in their words and actions. Teacher sometimes takes advantage of professional development opportunities to deepen an understanding of the Catholic faith. | Teacher is a role-model for Catholic faith and values and defends Catholic teaching at every opportunity during the school day in and out of their classrooms. Teacher's reflection is accurate in recognizing opportunities to integrate Catholic teachings into the lesson. Teacher participates in school, parish, Diocesan, and/or community events and projects. Teacher provides information in a Christian manner to families. Teacher seeks out professional development opportunities to deepen an understanding of the Catholic faith. | Teacher is a role-model for Catholic faith and values and defends Catholic teaching not only during the school day but in the parish, and at all community activities. Teacher's reflection is accurate in recognizing opportunities to integrate Catholic teachings into the lesson. Teacher initiates and/or take a leadership role in school, parish, Diocesan, and/or community events and projects. Students demonstrate Catholic faith and values in their words and actions. Teacher seeks out opportunities for leadership roles in professional development to deepen an understanding of the Catholic faith. |

| (Optional) | Teacher____________________________ ____Formative _____Summative | | (Optional) |
|---|---|---|---|
| This column completed with teacher through rubric comparison | **Lesson Plan: Evidence of Domains 1 and 4** (To be completed by the teacher in advance of announced observation and sent to evaluator 2 days in advance) | | This column completed with teacher through rubric comparison |
| | Domain 1 | Domain 4 | |
| U NI P D ☐ | 1a. Demonstrating Knowledge of Content and Pedagogy: What is the content to be taught? What prerequisite learning is required? | 4a. Reflecting on Teaching: (Following the lesson) Collect samples of the student's work from the observed lesson that represents a range of student performance. Discuss the degree to which students met your objectives and how the work shows this. | U NI P D ☐ |
| U NI P D ☐ | 1b. Demonstrating Knowledge of Students: Characterize the class. How will you modify this lesson for groups or individual students? | 4b. Maintaining Accurate Records: How do you track student learning as it relates to this lesson? | U NI P D ☐ |
| U NI P D ☐ | 1c. Selecting Instructional Outcomes: What do you want students to learn during this lesson? | 4c. Communicating with Families: What specifically have you learned by communicating with families that impacted your planning of this lesson? | U NI P D ☐ |
| U NI P D ☐ | 1d. Demonstrating Knowledge of Resources: What resources were considered for this lesson and rejected? Why? What resources will be used? Why? | 4d. Participating in a Professional Community: In what way is today's lesson related to collaboration with colleagues? | U NI P D ☐ |
| U NI P D ☐ | 1e. Designing Coherent Instruction: List briefly the steps of the lesson. | 4e. Growing and Developing Professionally: What aspects of this lesson are the results of some recent professional learning? | U NI P D ☐ |
| U NI P D ☐ | 1f. Designing Student Assessments: How will you measure the goals articulated in 1c? What does success look like? | 4f. Showing Professionalism: In what ways have you been an advocate for students that relate directly to this lesson? | U NI P D ☐ |
| U NI P D ☐ | 1g. Incorporating Catholic Teachings: How is faith incorporated into the lesson? | 4g. Growing and Developing in Catholic Identity and Witness: How are you a role model of the Catholic faith for students? | U NI P D ☐ |

| (Optional) | Teacher________________________ ____Formative ____Summative | | (Optional) |
|---|---|---|---|
| This column completed with teacher through rubric comparison | **Observation: Evidence for Domains 2 and 3**<br>____ Announced ____Unannounced | | This column completed with teacher through rubric comparison |
| | Domain 2 | Domain 3 | |
| U<br>NI<br>P<br>D<br>☐ | 2a. Creating a Climate of Respect and Rapport:<br>Teacher interaction with students, student interaction with one another. | 3a. Communicating with Students:<br>Expectations for learning<br>Directions and Procedures<br>Explanations of content<br>Use of oral and written language | U<br>NI<br>P<br>D<br>☐ |
| U<br>NI<br>P<br>D<br>☐ | 2b. Creating a Culture of Learning:<br>Importance of the content<br>Expectations for learning and achievement<br>Student Pride in work | 3b. Using Questioning and Discussion Techniques:<br>Quality of questions<br>Discussion techniques<br>Student participation | U<br>NI<br>P<br>D<br>☐ |
| U<br>NI<br>P<br>D<br>☐ | 2c. Managing Classroom Procedures:<br>Management of instructional groups<br>Management of transitions<br>Management of materials and supplies<br>Performance of non-instructional duties<br>Supervision of volunteers and paraprofessionals | 3c. Engaging Students in Learning:<br>Activities and assignments<br>Instructional materials and resources<br>Structure and pacing | U<br>NI<br>P<br>D<br>☐ |
| U<br>NI<br>P<br>D<br>☐ | 2d. Managing Student Behavior:<br>Expectations<br>Monitoring of student behavior<br>Response to student misbehavior | 3d. Assessing Student Learning:<br>Assessment criteria<br>Monitoring of student learning<br>Feedback to students<br>Student self-assessment and monitoring of progress | U<br>NI<br>P<br>D<br>☐ |
| U<br>NI<br>P<br>D<br>☐ | 2e. Organizing the Physical Space:<br>Safety and accessibility<br>Arrangement of furniture and use of physical resources | 3e. Demonstrating Flexibility and Responsiveness:<br>Lesson adjustment<br>Response to students<br>Persistence | U<br>NI<br>P<br>D<br>☐ |
| U<br>NI<br>P<br>D<br>☐ | 2f. Creating a Catholic Classroom Environment:<br>Catholic environment<br>Physical religious signs<br>Emotional religious signs<br>Social religious signs<br>Prayer | 3f. Integrating Catholic Teachings into Instruction:<br>Catholic doctrine integration<br>Lesson content and Catholic teachings | U<br>NI<br>P<br>D<br>☐ |

| Strength Components (List 2) |
| --- |
| |
| **Growth/Focus Components** |
| |
| **Growth Goals** |
| |

**GOAL SETTING CONFERENCE scheduled for:** ______________________________

______________________________ ______________________________
**Teacher Signature** **Date**

______________________________ ______________________________
**Principal Signature** **Date**

**Diocese of Greensburg**
**Classroom Teacher Rating Form**

PDE 82-1C (11/14)

Last Name ______________ First Name ______________ Middle Name ______________

District Diocese of Greensburg School ______________

Rating Date ______________ Evaluation (Check One) ☐ Periodic ☐ Semi-Annual ☐ Annual

**Classroom Teacher Observation and Practice**

| Domain | Title | *Rating* (A) | Factor (B) | Earned Points (A x B) | Max Points |
|---|---|---|---|---|---|
| I. | Planning & Preparation | | 0.2 | 0.0 | 0.6 |
| II. | Classsroom Environment | | 0.3 | 0.0 | 0.9 |
| III. | Instruction | | 0.3 | 0.0 | 0.9 |
| IV. | Professsional Responsibilities | | 0.2 | 0 | 0.6 |
| Classroom Teacher Observation and Practice Rating | | | | 0.00 | 3 |
| | | | Unsatisfactory | | |

| *Domain Rating Assignment* 0 to 3 Point Scale (A) | |
|---|---|
| Rating | Value |
| Unsatisfactory | 0 |
| Needs Improvement | 1 |
| Proficient | 2 |
| Distinguished | 3 |

| Conversion to Performance Rating | | | |
|---|---|---|---|
| Total Earned Points | | | Rating |
| 0.00 | - | 0.49 | Unsatisfactory |
| 0.50 | - | 1.49 | Needs Improvement |
| 1.50 | - | 2.49 | Proficient |
| 2.50 | - | 3.00 | Distinguished |

Rating: Professional Employee

I certify that the above named employee for the period beginning ______________ (month/day/year) and ending ______________ (month/day/year)

has received a performance rating of: ☐ Distinguished ☐ Proficient ☐ Needs Improvement ☐ Unsatisfactory

resulting in a final rating of: ☐ Satisfactory ☐ Unsatisfactory

A performance rating of Distinguished, Proficient or Needs Improvement shall be considered Satisfactory, except that the second Needs Improvement rating issued by the same employer within 10 years of the first final rating of Needs Improvement where the employee is in the same certification shall be considered unsatisfactory. A rating of Unsatisfactory shall be considered failure to meet the standards of satisfactory teaching.

______________ Administrator Name and Position ______________ Date ______________ Signature

I acknowledge that I have read the report and that I have been given an opportunity to discuss it with the rater. My signature does not necessarily mean that I agree with the performance evaluation.

______________ Date ______________ Signature of Employee

Revised 5-24-19