# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | CIVIL ACTION NO. 2:22-cv-797 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

AND NOW, come the Defendants, Roman Catholic Diocese of Greensburg ("Diocese") and Aquinas Academy ("Aquinas") by and through their counsel, Bernard P. Matthews, Jr., Esquire and Alexander W. Brown, Esquire, of Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C. and Philip J. Murren, Esquire and Katherine M. Fitz-Patrick, Esquire of Ball, Murren & Connell, LLC, and serve the following Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, stating as follows:

1. For the years 2017-2021, identify all non-Catholic teachers who, at any point in that period, taught for Defendants' (at any of the Diocese's schools) and provide the following information for each teacher:

   a. Hire Date;

   b. Work Location;

   c. Subjects Taught;

   d. Decision makers for the Hire;

   e. Religion.

**ANSWER**:

b. Participate in mass with students; and

c. Educate students in beliefs of the Roman Catholic religion.

**ANSWER:**

The answer is yes as to all tasks listed under subparagraphs 2a-c. Catholic and non-Catholic teachers are required to support and participate in all of the listed tasks, as specified and required by their contracts. Please see the Position Specifications/Requirements for all teachers listed in the contract executed by Plaintiff as described at Aquinas 0001-0007 and in the other form contracts at Aquinas 0048-0061.

3. Identify the religious training that Plaintiff received as a teacher for Defendants.

**ANSWER:**

See Code of Pastoral Conduct (Aquinas.0062-0087), Aquinas Handbook (Aquinas.0088-0140), and Virtus training. Had he remained employed, Plaintiff would have received additional Catechetical Training as described at Aquinas.0141-146.

4. Identify the religious belief that the decision to terminate Plaintiff's employment was rooted in.

**ANSWER:**

Below are some relevant excerpts from various Official texts of the Roman Catholic Church. These texts are identified specifically in response to interrogatory #5. These excerpts will give supportive evidence to the fact that the termination of Mr. Ference was not related to his homosexuality. In fact, the posture of the Catholic Church is for a pastoral approach to homosexuality. However, these same sources make it clear that someone attempting a "civil marriage" to a person of the same sex is a public act that absolutely places both persons out of union with the teaching of the Catholic Church, which has defined the requirements for marriage in a very specific form. This definition, as seen in # 1601 and 1614 and 1625 of the Catechism of the Catholic Church, is a union between a man and a woman that is,*...by its nature ordered toward the good of the spouses and the procreation and education of offspring...."* Plaintiff's public decision to be a part of a civil marriage to a person of the same sex placed him out of union with the teaching of the Catholic Church and violated the terms of the contract he agreed to follow in order to teach at Aquinas.

Relevant Excerpts from the Catechism of the Catholic Church are:

**Article 7**

**THE SACRAMENT OF MATRIMONY**

**1601** "The matrimonial covenant, by which a man and a woman establish between themselves a partnership of the whole of life, is by its nature ordered toward the good of the spouses and the procreation and education of offspring; this covenant between baptized persons has been raised by Christ the Lord to the dignity of a sacrament."

**1614** In his preaching Jesus unequivocally taught the original meaning of the union of man and woman as the Creator willed it from the beginning permission given by Moses to divorce one's wife was a concession to the hardness of hearts. The matrimonial union of man and woman is indissoluble: God himself has determined it "what therefore God has joined together, let no man put asunder."

**1625** The parties to a marriage covenant are a baptized man and woman, free to contract marriage, who freely express their consent; "to be free" means: - not being under constraint; - not impeded by any natural or ecclesiastical law.

**1631** This is the reason why the Church normally requires that the faithful contract marriage according to the ecclesiastical form. Several reasons converge to explain this requirement: Sacramental marriage is a liturgical act. It is therefore appropriate that it should be celebrated in the public liturgy of the Church; Marriage introduces one into an ecclesial order, and creates rights and duties in the Church between the spouses and towards their children; Since marriage is a state of life in the Church, certainty about it is necessary (hence the obligation to have witnesses); the public character of the consent protects the "I do" once given and helps the spouses remain faithful to it.

**1643** "Conjugal love involves a totality, in which all the elements of the person enter - appeal of the body and instinct, power of feeling and affectivity, aspiration of the spirit and of will. It aims at a deeply personal unity, a unity that, beyond union in one flesh, leads to forming one heart and soul; it demands indissolubility and faithfulness in definitive mutual giving; and it is open to fertility. In a word it is a question of the normal characteristics of all-natural conjugal love, but with a new significance which not only purifies and strengthens them, but raises them to the extent of making them the expression of specifically Christian values."

**1652** "By its very nature the institution of marriage and married love is ordered to the procreation and education of the offspring and it is in them that it finds its crowning glory."

Children are the supreme gift of marriage and contribute greatly to the good of the parents themselves. God himself said: "It is not good that man should be alone," and "from the beginning (he) made them male and female"; wishing to associate them in a special way in his own creative work, God blessed man and woman with the words: "Be fruitful and multiply." Hence, true married love and the whole structure of family life, which results from it, without diminishment

of the other ends of marriage, are directed to disposing the spouses to cooperate valiantly with the love of the Creator and Savior, who through them will increase and enrich his family from day to day.

**IN BRIEF, THE CATECHISM SUMMARIZES THE CHURCH'S POSITION ON MARRIAGE AS FOLLOWS:**

**1659** St. Paul said: "Husbands, love your wives, as Christ loved the Church.... This is a great mystery, and I mean in reference to Christ and the Church" (Eph 5:25, 32).

**1660** The marriage covenant, by which a man and a woman form with each other an intimate communion of life and love, has been founded and endowed with its own special laws by the Creator. By its very nature it is ordered to the good of the couple, as well as to the generation and education of children. Christ the Lord raised marriage between the baptized to the dignity of a sacrament (cf CIC, can. 1055 # 1; cf. GS 48 # 1).

**1661** The sacrament of Matrimony signifies the union of Christ and the Church. It gives spouses the grace to love each other with the love with which Christ has loved his Church; the grace of the sacrament thus perfects the human love of the spouses, strengthens their indissoluble unity, and sanctifies them on the way to eternal life (cf Council of Trent: DS 1799).

**1662** Marriage is based on the consent of the contracting parties, that is, on their will to give themselves, each to the other, mutually and definitively, in order to live a covenant of faithful and fruitful love.

**1663** Since marriage establishes the couple in a public state of life in the Church, it is fitting that its celebration be public, in the framework of a liturgical celebration, before the priest (or a witness authorized by the Church), the witnesses, and the assembly of the faithful.

**The Diocese of Greensburg Code of Pastoral Conduct**

**II. Responsibility**

The public and private conduct of Church personnel can inspire and motivate people, but it can also scandalize and undermine people's faith. Church personnel are, at all times, to be aware of the responsibilities that accompany their work. They are to know also that God's goodness and grace support them in their ministry. Responsibility for adherence to the Code of Pastoral Conduct rests with the individual. Church personnel who disregard this Code of Pastoral Conduct will be subject to disciplinary action up to and possibly including dismissal. Corrective action may take various forms - from a verbal warning to removal from the ministry - depending on the specific nature and circumstances of the offense and the extent of the harm. The Pastoral Code of Conduct is not legally binding on persons in the sense of a contract. However, the promulgation of the Code by the Diocese of Greensburg has legal implications for the conduct of all who serve in the name of the Diocese of Greensburg including clergy, religious and laity, and notwithstanding whether that service is rendered as an employee or volunteer. The Code sets forth a minimum standard of conduct that is expected of all who serve in the name of the Diocese, its parishes, schools or any other entities. Thus, if a person's behavior falls short of or contravenes the norms found within the Code, such conduct would be considered evidence of a "breach of duty" giving rise to liability for any harm that may be purportedly caused by the conduct. One's failure to comply with the Code would likely be construed as per se negligence - which is simply carelessness in failing to comply with the normative conduct expected by those serving in the Diocese. Within the context of litigation this liability would extend to both the Diocese and the person serving in its name. Therefore, since standards of conduct have been adopted by the Diocese of Greensburg in the form of its Pastoral Code - it behooves all engaged in service within the Local Church to be diligent about compliance with the mandated standards.

12.5 Diocese of Greensburg Code of Pastoral Conduct: All paid staff and volunteers in the Diocese of Greensburg will also need to complete a reading and signoff of the Diocese of Greensburg Code of Pastoral Conduct. This can be done in hard copy or on line at the Diocesan website: www.dioceseofgreensburg.org

**Human Sexuality, Marriage And Same-Sex Unions**

**A Statement by the Bishops of Pennsylvania 2004**

14. Does denying marriage to homosexual persons demonstrate unjust discrimination or lack of respect for them as persons? Because a marriage and a same-sex union are essentially different realities, it is not unjust to treat them differently. "In fact, justice requires society to do so" (USCCB, Statement, 6). Respecting the dignity of homosexual persons does not conflict with upholding God's intent for marriage in which sexual relations have their proper and exclusive place. Christians must give witness to the whole moral truth and also oppose as immoral both homosexual acts and unjust discrimination against homosexual persons. "The Catechism of the Catholic Church urges that homosexual persons 'be treated with respect, compassion, and sensitivity' (No. 2358). It also encourages chaste friendships" (USCCB, Statement, 6). Such friendships, whether between homosexual or heterosexual persons, are a great good benefit to society (See CCC, 2347).

15. Is legal marriage among homosexuals a right to which they are entitled? While some would frame the definition of marriage solely in terms of civil rights, the reality is far greater. Human rights are reflective of the natural moral order. We do not create new human rights. The state can make legal rights but must first recognize God's created natural moral order. Thus the state has an obligation to avoid anything that would confuse the proper definition of marriage but also to foster marriage and support it as an institution. "Because married couples ensure the succession of generations and are therefore eminently within the public interest, civil law grants them institutional recognition" (Considerations, 9). The State should not create legal rights that contradict the natural moral order.

16. Is the recognition of homosexual "marriages" or same-sex unions the only way in which two people of the same sex can obtain certain benefits? Most if not all of the financial benefits that the State affords those who are married are readily available to unmarried people. Property can be held in the name of two people who are not married. State law recognizes the freedom of people to name whomever they want as beneficiaries of a will or a life insurance policy. A designee as an agent under a durable power of attorney or as a healthcare agent can be a person who is unmarried, and in fact, unrelated in any way. Presently, businesses can, if they choose, voluntarily extend employment benefits to individuals unrelated to employees. None of these benefits require marriage. On the other hand because the State has an obligation to promote the family, which is rooted in marriage, it can justly give married couples benefits and rights it does not extend to others. It would be wrong to redefine marriage as a means of providing benefits to those who cannot rightly claim marriage (See USCCB, Statement, 7).

***Between Man and Woman: Questions and Answers About Marriage and Same-Sex Unions* was developed by the Committee on Marriage and Family Life of the United States Conference of Catholic Bishops (USCCB). It was approved for publication by the full body of bishops at their November 2003 General Meeting and has been authorized for publication by the undersigned.**

***Msgr. William P. Fay***
***General Secretary, USCCB***

**3. Why can marriage exist only between a man and a woman?**

The natural structure of human sexuality makes man and woman complementary partners for the transmission of human life. Only a union of male and female can express the sexual complementarity willed by God for marriage. The permanent and exclusive commitment of marriage is the necessary context for the expression of sexual love intended by God both to serve the transmission of human life and to build up the bond between husband and wife (see CCC, nos. 1639-1640).

In marriage, husband and wife give themselves totally to each other in their masculinity and femininity (see CCC, no. 1643). They are equal as human beings but different as man and woman, fulfilling each other through this natural difference. This unique complementarity makes possible the conjugal bond that is the core of marriage.

**4. Why is a same-sex union not equivalent to a marriage?**

For several reasons a same-sex union contradicts the nature of marriage: It is not based on the natural complementarity of male and female; it cannot cooperate with God to create new life; and the natural purpose of sexual union cannot be achieved by a same-sex union. Persons in same-sex unions cannot enter into a true conjugal union. Therefore, it is wrong to equate their relationship to a marriage.

**6. Does denying marriage to homosexual persons demonstrate unjust discrimination and a lack of respect for them as persons?**

It is not unjust to deny legal status to same-sex unions because marriage and same-sex unions are essentially different realities. In fact, justice requires society to do so. To uphold God's intent for marriage, in which sexual relations have their proper and exclusive place, is not to offend the dignity of homosexual persons. Christians must give witness to the whole moral truth and oppose as immoral both homosexual acts and unjust discrimination against homosexual persons. The *Catechism of the Catholic Church* urges that homosexual persons "be accepted with respect, compassion, and sensitivity" (no. 2358). It also encourages chaste friendships. "Chastity is expressed notably in *friendship with one's neighbor*. Whether it develops between persons of the same or opposite sex, friendship represents a great good for all" (no. 2347).

For further descriptions of the religious beliefs that the decision to terminate Plaintiff was rooted in, see also the documents at bates stamp (Aquinas.0147-0453).

> (Aquinas.0147-0207) To Teach as Jesus Did – November 1972 National Conference of Catholic Bishops
>
> (Aquinas.0208-0231) Education Today and Tomorrow *A Renewing Passion* – Instrumentum Laboris – Vatican City 2014
>
> (Aquinas.0232-0262) The Call to Teach – Magisterial Guidance on What it Means to be a Catholic Educator
>
> (Aquinas.0263-0289) The Identity of the Catholic School for a Culture of Dialogue – *Instruction* – Vatican City 2022

(Aquinas.0290-0292/Aquinas.0293-0295) Responsum of the Congregation for the Doctrine of the Faith to a dubium regarding the blessing of unions of persons of the same sex, 15.03.2021

(Aquinas.0296-0304) Declaration on Christian Education – *Gravissimum Educationis* – Proclaimed by His Holiness Pope Paul VI on October 28, 1965

(Aquinas.0305-0322) The Sacred Congregation for Catholic Education – *The Càtholic School*

(Aquinas.0323-0344) The Sacred Congregation for Catholic Education – *Lay Catholics in Schools: Witnesses to Faith*

(Aquinas.0345-0376) Congregation for Catholic Education - *The Religious Dimension of Education in a Catholic School* – Guidelines for Reflection and Renewal

(Aquinas.0377-0384) Congregation for Catholic Education – *The Catholic School on the Threshold of the Third Millennium*

(Aquinas.0385-0403) Congregation for Catholic Education – *Education Together in Catholic Schools* – A Shared Mission between Consecrated persons and the Lay Faithful

(Aquinas.0404-0429) Congregation for Catholic Education – Education today and Tomorrow: A Renewing Passion – Instrumentum laboris 2014

(Aquinas.0430-0453) Congregation for Catholic Education – *The Identity of the Catholic School for a Culture of Dialogue*

5. Provide the source(s), including the Roman Catholic Church's governing texts, of the belief identified in response to Interrogatory 4.

**ANSWER:**

- Catechism of the Catholic Church
- The Code of Canon Law
- Two recent responses from the Congregation of the Doctrine of the Faith
- The Diocese of Greensburg Code of Pastoral Conduct
- Pennsylvania Catholic Conference 2004 Statement: Human Sexuality, Marriage and Same-Sex Unions
- *Between Man and Woman: Questions and Answers About Marriage and Same-Sex Unions* as developed by the Committee on Marriage and Family Life of the United States Conference of Catholic Bishops (USCCB - 2003).
- The Call to Teach
- Responsum of the Congregation for the Doctrine of the Faith to a dubium regarding the blessing of the unions of persons of the same sex

For further descriptions of the religious beliefs that the decision to terminate Plaintiff was rooted in, see also the documents at bates stamp (Aquinas.0147-0453).

(Aquinas.0147-0207) To Teach as Jesus Did – November 1972 National Conference of Catholic Bishops

(Aquinas.0208-0231) Education Today and Tomorrow *A Renewing Passion* – Instrumentum Laboris – Vatican City 2014

(Aquinas.0232-0262) The Call to Teach – Magisterial Guidance on What it Means to be a Catholic Educator

(Aquinas.0263-0289) The Identity of the Catholic School for a Culture of Dialogue – *Instruction* – Vatican City 2022

(Aquinas.0290-0292/Aquinas.0293-0295) Responsum of the Congregation for the Doctrine of the Faith to a dubium regarding the blessing of unions of persons of the same sex, 15.03.2021

(Aquinas.0296-0304) Declaration on Christian Education – *Gravissimum Educationis* – Proclaimed by His Holiness Pope Paul VI on October 28, 1965

(Aquinas.0305-0322) The Sacred Congregation for Catholic Education – *The Catholic School*

(Aquinas.0323-0344) The Sacred Congregation for Catholic Education – *Lay Catholics in Schools: Witnesses to Faith*
(Aquinas.0345-0376) Congregation for Catholic Education - *The Religious Dimension of Education in a Catholic School* – Guidelines for Reflection and Renewal

(Aquinas.0377-0384) Congregation for Catholic Education – *The Catholic School on the Threshold of the Third Millennium*

(Aquinas.0385-0403) Congregation for Catholic Education – *Education Together in Catholic Schools* – A Shared Mission between Consecrated persons and the Lay Faithful

(Aquinas.0404-0429) Congregation for Catholic Education – Education today and Tomorrow: A Renewing Passion – Instrumentum laboris 2014

(Aquinas.0430-0453) Congregation for Catholic Education – *The Identity of the Catholic School for a Culture of Dialogue*

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**

/s/ Bernard P. Matthews, Jr., Esq.
**BERNARD P. MATTHEWS, JR., ESQ.**
PA. I.D. #54880
bmatthews@mdbbe.com
**ALEXANDER W. BROWN, ESQ.**
PA. I.D. #322661
abrown@mdbbe.com
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601
Telephone No.: (724) 836-4840
Fax No.: (724) 836-0532
*(Attorneys for Defendants)*

**BALL, MURREN & CONNELL, LLC**

s/ Philip J. Murren, Esq.
**PHILIP J. MURREN, ESQ.**
PA. I.D. #21426
bmc-law2@msn.com
**DAVID R. DYE, ESQ.**
PA. I.D. #88665
dye@bmc-law.net
**KATHERINE M. FITZ-PATRICK, ESQ.**
PA. I.D. #208863
fitz-patrick@bmc-law.net
2303 Market Street
Camp Hill, PA 17011
Telephone No.: (717) 232-8731
Fax No.: (717) 232-2142
*(Attorneys for Defendants)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December, 2023, a true and correct copy of the foregoing Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents were served via email and regular US Mail on:

Nicholas W. Kennedy, Esquire
nwk@qrlegal.com
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 15601
Telephone No.: (724) 221-3191
Fax No.: (724) 837-1348
*(Attorney for Plaintiff)*

**MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.**

JURY TRIAL DEMANDED

By: /s/ Bernard P. Matthews, Jr., Esq.

**BERNARD P. MATTHEWS, JR., ESQ.**
Pa. I.D. #54880
bmatthews@mdbbe.com
**ALEXANDER W. BROWN, ESQ.**
Pa. I.D. #322661
abrown@mdbbe.com
40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
(724) 836-4840 (phone)
(724) 836-0532 (facsimile)
*(Attorneys for Defendants, Roman Catholic Diocese of Greensburg and Aquinas Academy)*

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | Civil Action No. 2:22-cv-797 |

**ANSWERS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS**

AND NOW, come the Defendants, Roman Catholic Diocese of Greensburg ("Diocese") and Aquinas Academy ("Aquinas") by and through their counsel, Bernard P. Matthews, Jr., Esquire and Alexander W. Brown, Esquire, of Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C. and Philip J. Murren, Esquire and Katherine M. Fitz-Patrick, Esquire of Ball, Murren & Connell, LLC, and serve the following Answers to Plaintiff's Second Set of Requests for Production of Documents Directed to Defendants, stating as follows:

**ANSWERS TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. Produce all documents, including, but not limited to, schedules and lesson plans, relating to the classes that Mr. Ference taught during his employment with Defendants.

**RESPONSE:** There is no account in Rubicon Atlas (curriculum mapping software) for Mr. Ference. There are no schedules or lesson plans in Power School (Student Information System) for Mr. Ference. There are no classes, schedules, or lesson plans in Schoolology for Mr. Ference.

2. Produce all versions of the job posting for the teaching position that Mr. Ference was hired to fill.

**RESPONSE:** Defendants cannot locate electronic or hard copies of any job postings for the teaching position that Mr. Ference was hired to fill. Defendants did locate a Facebook posting which is provided as AQUINAS.00852.

3. Produce all versions of the teacher evaluation forms used to evaluate Aquinas Academy's teachers for the 2021-2022 school year.

**RESPONSE:** The Diocese of Greensburg Teacher Rubric Assessment evaluation criteria is attached as Bates Stamped Numbers AQUINAS.00835-00848.

4. Produce all teacher evaluations received by Jennifer Davis, Sierra Olexa, and Rachel Pavlik for the 2021-2022 school year.

**RESPONSE:** Teacher evaluations for Jennifer Davis, Sierra Olexa and Rachel Pavlik for the 2021-2022 school year, which are marked Confidential, are attached as AQUINAS.00849-00851.

5. Produce all documents related to Aquinas Academy's curriculum for math, science, and social studies for the 2021-2022 school year.

**RESPONSE:** Documents responsive to this Request are attached as AQUINAS.00770-00834.

Respectfully submitted,

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**

/s/ Bernard P. Matthews, Jr., Esq.
**BERNARD P. MATTHEWS, JR., ESQ.**
PA. I.D. #54880
bmatthews@mdbbe.com
**ALEXANDER W. BROWN, ESQ.**
PA. I.D. #322661
abrown@mdbbe.com
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601
Telephone No.: (724) 836-4840
Fax No.: (724) 836-0532
*(Attorneys for Defendants)*

**BALL, MURREN & CONNELL, LLC**

s/ Philip J. Murren, Esq.
**PHILIP J. MURREN, ESQ.**
PA. I.D. #21426
bmc-law2@msn.com
**DAVID R. DYE, ESQ.**
PA. I.D. #88665
dye@bmc-law.net
**KATHERINE M. FITZ-PATRICK, ESQ.**
PA. I.D. #208863
fitz-patrick@bmc-law.net
2303 Market Street
Camp Hill, PA 17011
Telephone No.: (717) 232-8731
Fax No.: (717) 232-2142
*(Attorneys for Defendants)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2024, a true and correct copy of the foregoing Answers to Plaintiff's Second Set of Requests for Production of Documents Directed to Defendants, were served via email and regular US Mail on:

Nicholas W. Kennedy, Esquire
nwk@qrlegal.com
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 15601
Telephone No.: (724) 221-3191
Fax No.: (724) 837-1348
*(Attorney for Plaintiff)*

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**

JURY TRIAL DEMANDED

By: /s/ Bernard P. Matthews, Jr., Esq.

**BERNARD P. MATTHEWS, JR., ESQ.**
Pa. I.D. #54880
bmatthews@mdbbe.com
**ALEXANDER W. BROWN, ESQ.**
Pa. I.D. #322661
abrown@mdbbe.com
40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
(724) 836-4840 (phone)
(724) 836-0532 (facsimile)
*(Attorneys for Defendants, Roman Catholic Diocese of Greensburg and Aquinas Academy)*