**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

AND NOW, comes Plaintiff, Kenneth Ference, by and through his attorneys, HORNE DALLER LLC, and files this Motion for Leave to File Documents Under Seal:

1) Pursuant to LCvR 5.2H, "a party wishing to file any document under seal must obtain prior leave of Court for each document that is requested to be filed under seal."

2) Plaintiff intends to file his Response to Defendants' Concise Statement of Material Facts and Counterstatement of Material Facts and Appendix on August 9, 2024, pursuant to this Court's Order dated May 2, 2024 (ECF 66).

3) In Plaintiff's Response to Defendants' Concise Statement of Material Facts and Counterstatement of Material Facts, Plaintiff relies on a document produced in discovery that has been designated by Defendants as "confidential" pursuant to the Stipulated Protective Order Regarding Confidential Discovery Material (ECF 58).

4) This document is also contained as an exhibit to the Appendix that Plaintiff intends to file.

5) According to Defendants, the document is marked "confidential" because it is a performance evaluation of a non-party teacher.

6) The parties will not suffer any prejudice if leave is granted to Plaintiff to file his Response to Defendants' Concise Statement of Material Facts and Counterstatement of Material Facts and Appendix exhibit under seal.

7) Defendants do not oppose this request.

WHEREFORE, for the foregoing reasons, Plaintiff Kenneth Ference respectfully requests this Court GRANT his Motion for Leave to File Documents Under Seal.

Dated: August 7, 2024

Respectfully submitted,

/s/ *Nicholas W. Kennedy*

Nicholas W. Kennedy, Esq.
PA I.D. No. 317386
Nicole Daller, Esq.
PA I.D. No. 312224

HORNE DALLER LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (724) 837-1348
nkennedy@hornedaller.com
ndaller@hornedaller.com

*Attorneys for Plaintiff*