**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE**,** | **ELECTRONICALLY FILED** |
| Plaintiff, | No. 2:22-cv-00797-NR-MPK |
| v. | District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY**,** | |
| Defendants. | **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

AND NOW, this ____ day of August, 2024, upon consideration of Plaintiff's Motion for Leave to File Documents Under Seal, it is hereby ORDERED that the Motion is GRANTED. Plaintiff is granted Leave of Court to file his Response to Defendants' Concise Statement of Material Facts and Counterstatement of Material Facts and Appendix exhibit under seal.

BY THE COURT,

______________________________
The Honorable Maureen P. Kelly
Judge, U.S. District Court