**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

AND NOW, comes Plaintiff, Kenneth Ference, by and through his attorneys, HORNE DALLER LLC, and files the following Response to Defendants' Motion for Summary Judgment:

1. On July 11, 2023, Mr. Ference filed his First Amended Complaint against Defendant Roman Catholic Diocese of Greensburg and Defendant Aquinas Academy, alleging one violation of Title VII and one violation of the Pennsylvania Human Relations Act for termination on the basis of his sexual orientation. (ECF 38).

2. Discovery in this matter closed on May 1, 2024. (ECF 61).

3. Pursuant to the Court Order dated May 2, 2024, the Parties were permitted to file Motions for Summary Judgment on or before June 28, 2024; this same order required any Responses in Opposition and accompanying Briefs in Support to be filed on or before August 9, 2024. (ECF 66).

4. On June 28, 2024, Defendants filed their Motion for Summary Judgment, seeking to dismiss all counts in the First Amended Complaint.

5. Pursuant to LCvR 56(C) and this Court's Order (ECF 66), Mr. Ference files,

contemporaneously with this Response, a Brief in Opposition, a Response to Defendants' Concise Statement of Material Facts and Plaintiff's Counterstatement of Material Facts, and a Supplemental Appendix with Exhibits.

6. For the reasons set forth more fully in Mr. Ference's Brief in Opposition to Defendants' Motion for Summary Judgment, incorporated herein, Mr. Ference respectfully requests this Court to enter an Order denying Defendants' Motion in its entirety.

7. As set forth in Mr. Ference's Brief in Opposition, the evidence establishes an admitted case of sex discrimination in violation of Title VII and the PHRA and demonstrates Defendants' inability to establish a viable defense to these claims.

8. The record further evidences clear issues of material fact such that summary judgment is not warranted.

WHEREFORE, for the foregoing reasons and for the reasons set forth in Plaintiff's Brief in Opposition, incorporated herein, Plaintiff Kenneth Ference respectfully requests this Court deny Defendants' Motion for Summary Judgment in its entirety.

Date: August 9, 2024

Respectfully submitted,

/s/ *Nicholas W. Kennedy*

Nicholas W. Kennedy, Esq. (Pa. 317386)
Nicole Daller, Esq. (Pa. 312224)
Giulia R. Schaub, Esq. (Pa. 330375)

HORNE DALLER LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
nkennedy@hornedaller.com
ndaller@hornedaller.com
gschaub@hornedaller.com
*Attorneys for Plaintiff*