**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

AND NOW, this ____ day of __________, 202_, upon consideration of Plaintiff Kenneth Ference's Response to Defendants' Motion for Summary Judgment and his Brief in Opposition, it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT,

______________________________
Honorable J. Nicholas Ranjan