**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S APPENDIX**

| **Exhibit** | **Filed Under Seal** | **Description** |
|---|---|---|
| 1 | | Deposition of Kenneth Ference (11/20/2023) |
| 2 | | Declaration of Kenneth Ference (08/09/2024) |
| 3 | | Deposition of Maureen Marsteller (03/28/2024) |
| 4 | | Deposition of Reverend Monsignor Raymond Riffle (03/13/2024) |
| 5 | | Deposition of Jennifer Davis (03/27/2024) |
| 6 | | Deposition Kelly Watkins (03/27/2024) |
| 7 | X | Aquinas 849 – Jennifer Davis Teacher Rating Form (06/03/2022) |
| 8 | | Aquinas 746 – Email chain between Kelly Watkins and Joe Rice (10/26/2021-10/27/2021) |
| 9 | | Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss (ECF 13) |
| 10 | | Report and Recommendation (ECF 20) |

Date: August 9, 2024

Respectfully submitted,

*/s/ Nicholas W. Kennedy*
Nicholas W. Kennedy, Esq. (Pa. 317386)

Nicole Daller, Esq. (Pa. 312224)
Giulia R. Schaub, Esq. (Pa. 330375)

HORNE DALLER LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (724) 837-1348
nkennedy@hornedaller.com
ndaller@hornedaller.com
gschaub@hornedaller.com

*Attorneys for Plaintiff*