# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH FERENCE, )
)
Plaintiff, ) No. 2:22-cv-797
)
VS. )
)
ROMAN CATHOLIC DIOCESE OF )
GREENSBURG and AQUINAS ACADEMY, )
)
Defendants. )

* * *

DEPOSITION OF KENNETH FERENCE, a PLAINTIFF herein, taken pursuant to the Federal Rules of Civil Procedure No. 4007.1, by and before Diana C. Clark, a Professional Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the Law Offices of Meyer, Darragh, Buckler, Bebenek & Eck, PLLC, 40 North Pennsylvania Avenue, Suite 410, Greensburg, Pennsylvania, on Monday, November 20, 2023, at 1:30 p.m.

* * *

DIANA C. CLARK
CLARK COURT REPORTING SERVICES
175 HILLVIEW DRIVE
NEW ALEXANDRIA, PA 15670
(724) 668-7792
dianacclark@windstream.net

that time?
A. At the age that I was, I believe I knew as much as anyone at that age would know.
Q. Okay. After you started to attend Thiel, were there ever any times that you did go to mass?
A. When I was home with my parents, Christmas, Easter.
Q. When was the last time you think you attended a Catholic Mass?
A. My cousin's funeral in 2015.
Q. So you would agree then when you applied at Aquinas, you were familiar with the tenets and beliefs of the Catholic Church?
A. No.
Q. No. Okay. Who was the principal at Aquinas when you were hired as a teacher in August of '21?
A. Kelly Watkins.
Q. Did you know Ms. Watkins prior to that date?
A. No.
Q. At any point during the hiring process, did you tell Ms. Watkins that you "grew up Catholic"?
A. I did.
Q. Did you describe to Ms. Watkins what you

meant when you said you grew up Catholic?
A. No.
Q. Well, what did you mean?
A. I attended church with my family, went through First Communion and Confirmation.
Q. Was there a point in time when you formally became a member of the Lutheran faith?
A. It happened gradually overtime. An exact date, I can't give you.
Q. Is there some sort of a religious ceremony that you went through to become a member of the Lutheran faith?
A. No.
Q. Was there any sort of an official recognition given to you by the Lutheran faith that you are now Lutheran as opposed to Catholic?
A. There was nothing that was official, no.
Q. Okay. Here's what I -- maybe I can hopefully better explain that on the Catholic side of that.
Are you familiar with the Rite of Initiation in the Catholic Church?
A. No.
Q. Okay. So those who are not Catholic can go through a process to become a member of the

regarding same-sex marriage?
A. No.
Q. In August of '21 when you applied for a job at Aquinas, did you consider yourself to be a practicing Lutheran?
A. Yes.
Q. And could you describe -- when I say practicing Lutheran, what does that mean to you?
A. We participated in functions at the church. We attended church, I don't want to say regularly, but we did attend church.
Q. Okay. When you say we, who are you referring to?
A. My husband and I.
Q. Okay. Mr. Fry?
A. Yes.
Q. Okay. You don't have to give me a specific date, but if you can, great. How long have you considered yourself to be a practicing member of the Lutheran faith?
A. Probably since around 2006, 2007.
Q. And is there a particular reason why that time period strikes your mind as the time you started to become a practicing member of the Lutheran faith?
A. My husband has been Lutheran since he was

Q. And did you do that through an e-mail?
A. Yes.
Q. Who did you send it to?
A. I do not recall who I sent it to.
Q. And would that have been the Friday before school started?
A. Correct.
Q. Then what happened next in the process?
A. Within 30 minutes of sending the e-mail with all of the information, I was contacted by the school. I don't remember if it was the secretary or Ms. Watkins herself, but they asked if I could come in for an interview that day.
Q. And was there anything else discussed?
A. No. I made an appointment to go in that day for an interview.
Q. Was that interview in person?
A. Yes.
Q. Who participated in that interview?
A. Myself and Ms. Watkins.
Q. Just the two of you?
A. Yes.
Q. And would that interview have occurred on the Friday?
A. Correct.

A. No.
Q. How long did your interview last?
A. I would say around 45 minutes to an hour.
Q. Would you please tell me everything you recall discussing with Ms. Watkins during your interview?
A. She asked about my educational history, my job history, what it was that I was most interested in teaching as far as subjects were concerned. She asked about my religious affiliation and that was when I told her I had grown up Catholic, but had been Lutheran for the past 15 or so years. And she asked if I was offered the job, would I be comfortable taking the students to mass services and I said yes, as long as I was only there in a capacity to supervise behaviors. I'm sure there were many other general interview questions. I can't remember exactly what it was that she asked me. Those were the main points.
Q. Okay. I understand. All I'm asking you is what you remember today. Is that a summary of everything you remember discussing with Ms. Watkins today?
A. When we were talking about subjects that I would prefer to teach, I said that I would prefer

A. I don't recall.
Q. Okay. When you signed Page 6 of Exhibit D, did you ask any questions of Ms. Watkins about the policies, doctrines and teachings of the Catholic Church that the document says you would abide by?
A. No.
Q. Did you express any objections to Ms. Watkins when you signed Page 6 of Exhibit D indicating that you would not comply with the position specifications and requirements of the job?
A. Based on our conversation from the interview, I did not think that these applied to me. I was told something different verbally than what is on the paper.
MR. MATTHEWS: Could you read my question back?
(Whereupon, Reporter read from the record as requested.)
A. No.
BY MR. MATTHEWS:
Q. So I want to turn to Page 2 of Exhibit D and specifically subparagraph 1, if you could read that to yourself please, Mr. Ference.
A. (Witness reviewed document.)
Q. So subparagraph 1 of Page 2, did you read

A. It was not.

Q. And did you inquire?

A. I had applied at Latrobe for a different position, but there was never a posting for my position.

Q. Okay. Did you serve as a substitute teacher at Latrobe after you were terminated at Aquinas?

A. I did not.

MR. MATTHEWS: What was the last question I asked before we took the break?

(Whereupon, Reporter read from the record as requested.)

BY MR. MATTHEWS:

Q. I want to turn back to your complaint, Mr. Ference, and refer you to Paragraph 17. We talked about this a little earlier with regard to any documents you had to support that and I don't want to go back over things you already told me, but I just want to confirm again that the allegation in Paragraph 17 that the Diocese prohibited you from providing religious education to its students is a little different than what you said.

Was there a conversation you had with Ms. Watkins where she used the words you're prohibited

from providing religious education?
A. Not that exact word, no.
Q. Okay. What words did she use if you remember?
A. It was something to the effect that because I was Lutheran, I would not be able to teach any religious content.
Q. Okay. Now, your students at Aquinas were sixth-grade students that you taught; correct?
A. Yes.
Q. And those students throughout the weeks you served as a teacher would go to a specific religion class; correct?
A. Yes.
Q. And Ms. Davis taught that class --
A. Yes.
Q. -- to your sixth-grade students; correct?
A. She did.
Q. And that was consistent with what Ms. Watkins told you, that you would not be permitted to teach religion class; correct?
A. Yes.
Q. Was there any other class other than the religion class that Ms. Watkins told you you would not be permitted to teach?

A. I was just told nothing to do with religion.
Q. I understand. But did she specifically say that the religion class you could not teach?
A. Yes.
Q. What I'm asking is if there's any other classes or subjects that you taught that Ms. Watkins said you would not be permitted to teach?
A. No, I did not teach anything she said I was not permitted to teach.
Q. Okay. Now, you said in Paragraph 16 of the complaint that you reported to Kelly Watkins as principal; is that correct?
A. Yes.
Q. Was there anyone else that you reported to?
A. In what capacity?
Q. As a teacher? It just says as a sixth-grade teacher, Mr. Ference reported to Kelly Watkins. So I presume that means with regard to your teaching responsibilities, you had a supervisor and you reported to Ms. Watkins; is that correct?
A. Ms. Watkins was my supervisor.
Q. Uh-huh (yes).
A. Yes.

specifications/requirements bullet point seven.
Bullet point seven, it says "must support and participate in all religious education functions of the school including school liturgy". Correct?
A. That is what the document says.
Q. Okay. And you understood as someone who is baptized Catholic and practiced Catholic until you went to college, that the Catholic Mass is a liturgical celebration; correct?
A. I did not.
Q. You did not know that?
A. I did not.
Q. Okay. Do you know what liturgy is in the Catholic faith?
A. I've heard the word, but no.
Q. What do you understand the word liturgy to mean in the Catholic faith?
A. I'm not entirely sure.
Q. Okay. Do you recall when you attended mass that the masses were ritualistic, meaning they have the same rituals that occurred in every mass?
A. Yes.
Q. Okay. Did you ever indicate to Ms. Watkins during the one month that you were a teacher that you objected to performing any of the position

specifications/requirements set forth in your contract?

A. At the initial interview, she told me I would not be doing any of those things. So they did not apply to me and I did not do them, so no.

Q. Okay. So my question was whether you ever expressed any objection to doing any of the things listed in your contract. And is your answer no, I never expressed an objection?

A. There was no need to do so.

Q. Okay. So I'm just going to ask you --

MR. MATTHEWS: If you tell him not to answer it, then that's fine.

MR. KENNEDY: Well, I think he answered it. If you want to read back his testimony.

MR. MATTHEWS: I don't think he did. He said there was no reason for me to do those things because she told me that I didn't have to, but my question was more focused on reading the contract.

BY MR. MATTHEWS:

Q. Did you tell Ms. Watkins, not only did you tell me, Ms. Watkins, I won't have to do some of these things, but I object to doing them.

Did you ever tell her that?

A. I didn't do any of these things, so there

was nothing to object to.
Q. Okay. So I just need to get you to answer whether you actually stated to her any objection to doing the things that are listed in your contract?
MR. KENNEDY: He's already answered -- he's already told you what he said in the job interview. He's testified to it multiple times.
BY MR. MATTHEWS:
Q. I'm asking him whether he said something affirmatively to Ms. Watkins, that is, Ms. Watkins, I understand what you've told me I'll be doing, but I read the contract and I want you to know I object to doing those things as well.
Did you ever say that to Ms. Watkins?
A. I did not.
Q. If you turn to Paragraph 19 of your complaint. You allege in Paragraphs -- I'm going to sort of lump three of these paragraphs together, Mr. Ference, for the sake of expedience.
You said in Paragraphs 19, 20 and 21, Ms. Watkins also asked Mr. Ference if he would be comfortable chaperoning the students to church services. 20 said Mr. Ference agreed, with the understanding that he would be at the services only to monitor the students' behavior. 21 said Ms. Watkins

accepted that arrangement and Ms. Davis took the lead at church services with any rituals and religious materials. Okay.

So to what extent did Ms. Watkins use any of the words that you've described in Paragraph 19 through 21?

A. Paragraph 19 is correct with what she said.

Q. Let me stop you there. Did she use the word chaperoning?

A. I believe I did.

Q. Okay.

A. And she agreed.

Q. I understand. But did Ms. Watkins tell you that your role with the kids at church services would be as a chaperone? She never used those words; did she?

A. Specifically chaperone, no.

Q. Okay. So then Paragraph 20. Did you communicate to her your understanding that you would only monitor their behavior at church?

A. That was my understanding, yes.

Q. Okay. And then you said that Ms. Davis took the lead at church services. So let me explore that a little bit.

MR. KENNEDY: You asked that question, if he was comfortable.

MR. MATTHEWS: I don't remember asking that question.

BY MR. MATTHEWS:

Q. So, Mr. Ference, were you comfortable with being in a classroom with your students who were Catholic private education students when they were reciting prayers that you were also familiar with in your Lutheran faith?

MR. KENNEDY: Objection. That's misconstruing. He didn't say he's familiar with every prayer that they were saying in that classroom.

BY MR. MATTHEWS:

Q. So let me limit that question to The Our Father and The Hail Mary.

You were comfortable with being in a classroom with your students facilitating them in prayers that you also recited as part of your Lutheran faith; were you not?

A. I was present to monitor behaviors. I did not participate in any of the prayers that the students did.

Q. Did it make you uncomfortable when they said prayers that you were familiar with?

A. Prayers do not make me uncomfortable, no.
Q. Okay. We talked a little bit earlier about use of the word secular and I wanted to focus on Paragraph 25 of your complaint now, which was you said "Mr. Ference taught secular subjects to his students for the duration of his employment with Aquinas".
So what are you referring to by the words secular subjects?
A. Math, science and social studies.
Q. What subjects did you not consider to be secular subjects?
A. The subject of religion.
Q. Okay. That was the only one; correct?
A. Yes.
Q. Okay. Now, you allege in Paragraph 26 that Ms. Davis handled all "religious matters for the sixth-grade students".
What religious matters are you referring to?
A. I wasn't involved in them. I don't know exactly what she did.
Q. Okay. So you know that one of the religious matters was when they went to mass; correct?
A. Yes.
Q. And you went over to the mass and sat in

in religion class; did she ever say that?
A. She never said that specifically, no.
Q. Okay. In the classroom did you believe that you had the right to raise questions with your students about the validity of any of the tenets of the Catholic faith?
A. No.
Q. Why not?
A. I was told that I was not to do anything with religion.
Q. So did you believe you had the right to raise questions with your students that would be critical of the Catholic faith?
A. No.
Q. For example, if an Aquinas student -- and these are sixth-grade students; correct?
A. Yes.
Q. What are their ages?
A. Between 11 and 12.
Q. In your experience as a teacher, kids that are 11 and 12 are curious about the world; aren't they?
A. Typically.
Q. They're curious about science and history and those sorts of things; correct?

Q. Where was that meeting?
A. Ms. Watkins' office.
Q. And who attended that meeting?
A. Ms. Watkins and Dr. Marsteller and myself.
Q. And what part of the day did that meeting occur if you remember?
A. At the end of the school day after the students were gone.
Q. Okay. Do you remember what, if anything, Dr. Marsteller said to you during that meeting?
A. She asked me if I remembered filling out my paperwork, specifically the one for medical benefits, and we discussed that.
Q. Okay. What else did she say, if anything?
A. She kept saying that perhaps I didn't understand because I wasn't Catholic that being in the same-sex relationship was not okay.
Q. Okay. Anything else?
A. She kept saying that over and over again and finally I asked her does this mean that I do not have a job here any longer and she said yes.
Q. Okay. And, again, I'm not trying to belabor it, but if there's anything else you remember her saying, I would like for you to tell me beyond what you've told me.

A. I don't -- I'm not quite sure I understand what you're asking specifically.
Q. Well, do you believe that the students are impressionable in sixth-grade?
A. I suppose so, yes.
Q. Okay. And do you believe that the students who are in sixth-grade look at their teachers as role models?
A. To some degree, maybe.
Q. Is that your experience?
A. To a degree, yes.
Q. Okay. And in your role as a teacher, your conduct during the classroom imparts certain values on those students based upon the way you teach; doesn't it?
A. I believe so.
Q. Okay. Did you consult any outside organizations for assistance and advice before you applied for a teaching job at Aquinas?
A. No.
Q. Did you consult with any persons associated with outside organizations for advice or assistance before you applied for a teaching job at Aquinas?
A. I did not.