# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE, | |
| Plaintiff, | No. 2:22-cv-00797 |
| v. | District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY, | |
| Defendants. | **JURY TRIAL DEMANDED** |

**<u>DECLARATION OF KENNETH FERENCE</u>**

I, Kenneth Ference, hereby declare and state upon personal knowledge as follows:

1. During my job interview with Kelly Watkins, I told her that I was a practicing Lutheran.

2. When Kelly Watkins told me at the start of my employment that Aquinas did not permit me to teach religious content, I understood that restriction to include a prohibition on religions content in any of my classes.

3. I did not teach or infuse any religious content in the subjects that I taught at Aquinas.

4. Ms. Watkins never instructed me to pray with my students.

5. As a teacher for Aquinas, I never attended catechetical training, nor was I told a timeline for its commencement/completion.

6. I never received Aquinas's Faculty Handbook, nor was I instructed to read it or how to locate it.

7. I was never directed to read content from Aquinas's website, including the "About Us" section of it.

8. I never received curriculum that included religious instruction as a required topic in my classes for Aquinas, including the documents marked Aquinas 00770-00834; therefore, I did not teach that curriculum.

9. I taught my sixth-grade classes for Aquinas in the same manner that I taught in my previous public-school teaching positions.

10. I did not begin any of my classes at Aquinas with a prayer.

11. I did not take communion during Mass with my Aquinas students.

12. During my employment with Aquinas and the Diocese, I never received instruction in the laws, doctrines, and teachings of the Catholic Church.

13. During my employment with Aquinas and the Diocese, I never received instruction in the disciplines and teaching of the Catholic Church.

14. During my employment with Aquinas and the Diocese, I never received a Rubric Assessment, including the documents marked Aquinas 00835-00848, and was never informed that I would be evaluated on the criteria contained in those documents.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/09/24

Kenneth Ference
Kenneth Ference (Aug 9, 2024 11:26 EDT)
Kenneth Ference