# Exhibit 3

- - - -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | No. 2:22-cv-00797 |
| ROMAN CATHOLIC DIOCESE OF | ) | |
| GREENSBURG and AQUINAS | ) | |
| ACADEMY, | ) | |
| Defendants. | ) | |

**DEPOSITION OF MAUREEN MARSTELLER**,

taken pursuant to the Federal Rules of Civil Procedure, before Sheila A. Rivers, Registered Professional Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Thursday, March 28, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, scheduled to commence at 1:00 o'clock p.m.

- - -

- - - -

Q. Between Monday and today, you haven't had any discussions with your counsel?
A. No. No. Huh-uh.
Q. Why does the church hire non-Catholic teachers for its Catholic schools?
A. Because we need teachers. We need qualified professionals to be in the classroom.
Q. Is there a shortage of Catholic teachers?
A. Yes.
Q. When was the decision made to hire non-Catholic teachers?
A. It's been in place since I was employed.
Q. And when was that?
A. 2014, I think. Wait. Yeah, 2014.
I should mention there's a teacher shortage overall. Ever since COVID.
Q. So since 2014, that's been in place?
A. Um-hmm.
Q. Was it in place prior to that, prior to you getting there?
A. I wouldn't know. Well, I -- when I got to the Diocese of Greensburg, it was already a -- it was already in action, so I can take from that that it was there.
Q. Do you know who authorized that policy?

teachers?
A. It could.
Q. So if I'm hired as a non-Catholic teacher, what are my limitations put on me by the Diocese?
A. You do not -- you are not a catechetical teacher.
Q. When was that policy put into place, do you know?
A. Prior to my arrival.
Q. Do you know the foundation for that policy, why that's the case?
A. It would be -- actually, I wasn't in those conversations, so I could not tell you.
Q. In terms of the Diocese, did you -- who did you report to?
A. I reported to Monsignor Riffle, that's the vicar general, and to Bishop Kulick, Larry Kulick.
Q. So would they be the ultimate authority on matters relating to school, faith, everything in the Diocese?
A. Yes.
Q. Were you aware during Mr. Ference's employment with the Diocese that he is not Catholic?
A. From recollection, I would say yes, because when there is a teacher who is not Catholic, it is

circumstances that you can extend it a little bit.

Q. Okay. So I could extend my completion of catechetical training beyond two years?

A. Only with good cause. Because you -- we would not want to see that extended other than for very good reason.

Q. Now, would two years ring a bell as like the normal time frame that I had to complete that within?

A. Yes. I -- I don't recall the exact time frame.

Q. If that was on the -- because I'll represent to you that on the Diocese web page, it says a teacher has two years to complete catechetical training.

A. That's probably why it stuck with me.

Q. That's as I look here today. I'm just wondering what was the process a couple years ago.

A. That's what I -- came to my mind right away, so -- and it makes sense from the classes that we had.

Q. So I could work for your school for one year and 364 days and then quit and never have taken catechetical training?

A. No. Because there are four classes. So we're talking about two years to complete the four classes.

If you go beyond a few months without even showing any interest in starting a class, there would be a discussion.

Q. Who would have that discussion with you?
A. Kelly would.
Q. So Kelly Watkins --
A. The principal, I should say. Any principal.
Q. That's fine. Let's stick with that.
So Kelly Watkins would be responsible for tracking my compliance with catechetical training?
A. Yes.
Q. Do you know if Kelly Watkins ever had a conversation with Mr. Ference about catechetical training?
A. I do not.
Q. Okay. So you report to Monsignor Riffle as -- I know he has a couple different hats. Right? So he's the chair of the board of trustees or board of administrators of Aquinas?
A. Oh, yes. Yes.
Q. And then he's the vicar general?
A. He's vicar general.
Q. So you report to him as the vicar general, that hat?
A. Yes. I did report to him.
Q. I'm sorry. You're retired.
A. I'm retired.
Q. My questions are about 2021.

elementary, some of them are secondary as well. So they would need to engage in quite an in-depth level of study.

Q. Did you ever have any conversation with Mr. Ference about what his job duties were to be at Aquinas?

A. No.

Q. Did you ever observe him teaching?

A. No.

Q. Did you ever observe him in any capacity while he was employed by Aquinas?

A. No.

Q. Was Mr. Ference responsible for teaching students how to -- how and when to pray? Would that have been one of his job duties?

A. No.

Q. Okay. Let's look at Aquinas 137, please.

A. Okay. 137. Okay.

Q. This talks about prayer. Do you see that entry?

A. Um-hmm.

Q. So this sentence says, students will need to be taught how and when to pray.

A. Um-hmm.

Q. So this portion of this handbook policy

charge, and he serves as that role model by default.

Q. Okay. At that point in time.

At any point in time, is he teaching them how to pray?

A. Actively instructing as far as his duties as a teacher --

Q. Yes.

A. -- to teach them the prayers, no.

However, every teacher is a role model of that prayer being said at that point in time while they are in charge of supervising the students.

Q. Besides the four things we talked about earlier, these four items, would Mr. Ference have any other religious responsibilities as a non-Catholic teacher at Aquinas?

A. Taking the students to mass. Taking the students to religious activities. Being present with them while they are at the activities. Supervising their behavior throughout.

Q. What would his roles be specifically in mass? Behavior supervision?

A. Um-hmm. Yes. Yes.

Q. And who would communicate that to him, Mr. Ference, about his role in mass? Like, how would he pick that up?