# Exhibit 4

- - - -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH FERENCE, )
Plaintiff, ) CIVIL ACTION
vs. ) No. 2:22-cv-00797
ROMAN CATHOLIC DIOCESE OF )
GREENSBURG and AQUINAS )
ACADEMY, )
Defendants. )

**DEPOSITION OF REVEREND MONSIGNOR RAYMOND RIFFLE,** taken pursuant to the Federal Rules of Civil Procedure, before Lisa Ann Bauer, Certified Realtime Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, March 13, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, scheduled to commence at 10:00 o'clock a.m.

- - -

what they were being hired for, and if, in fact, it was to teach religion, that question would be asked.

**Q.** So, I'm sure it has to get asked at some point in the interview process, because you're not just going to throw someone into a religious class.

**A.** I can't tell you when the question is asked, but I know that if someone was going to teach religion, they would be asked if they were competent to teach religion.

**Q.** So, if I take the catechetical training, would that then enable me to teach religion, even if I'm not Catholic?

**A.** I don't believe so.

**Q.** Why not?

**A.** I think we would want someone who was a member of the faith to be in charge of passing on the faith. Catechetical training would be there to give them a better understanding of it, but not as comprehensive as somebody who was actively practicing the faith.

**Q.** How often do you see non- -- in your experience, just based on your personal knowledge, is it common to have a non-Catholic teacher in your schools?

**A.** Not common. I mean, they would not be in the majority, obviously.

**A.** We have not recently.
**Q.** Have you ever taken Protecting God's Children, that course?
**A.** Yes.
**Q.** When did you take it?
**A.** Many years ago when we required it of all of our employees and volunteers. I couldn't tell you a date on that.
**Q.** So, I want to take a look at a certificate. Have you ever seen this document before?
**A.** No.
**Q.** I don't think it was ever Bates stamped, but it falls in order of Aquinas 39, so that's at least on the record what I'll say I believe the Bates number should have been.
And so, are you familiar with the program called Keeping the Promise Alive?
**A.** No.
**Q.** And I'll present to you that this is under the umbrella of Virtus and Protecting God's Children. My understanding is that this is a refresher course.
Do you have any knowledge of that?
**A.** Oh, yes, yes. I didn't know the title, but, yeah, the refresher course, absolutely.
**Q.** I took this refresher course yesterday, and it

was about 25 to 30 minutes long.

Does that sound right to you in terms of the length?

**A.** Yes.

**Q.** I just want you to tell me, you know, from your recollection of this course, what religious instruction that I received yesterday after I took the course, in your mind?

MR. MATTHEWS: Objection to the form, asked and answered.

You can answer it again.

**BY MR. KENNEDY:**

**Q.** And I'm just referring to this specific program.

MR. MATTHEWS: Same objection.

**A.** I have not taken this recently, so I would like to review that before I would answer.

**Q.** That's something that we could maybe make happen today, to go through it, because it's not super long. I would like to understand what the religious aspects of this training are, and maybe you could help me understand that if we go through it.

In your opinion, would this make Mr. Ference -- this Keeping the Promise Alive 3.0 make him -- you know, give him the foundation he needs to

educate or to further the Catholic faith to the students?

**A.** I don't know that that's its purpose.

**Q.** Well, then, what is its purpose?

**A.** Keep children safe.

**Q.** So, its purpose is not to give someone a foundation in order to help spread the Catholic faith?

**A.** Not primarily, no.

**Q.** Secondary?

**A.** To say, as I said before, to emphasize our commitment to keeping children safe as a Catholic Church, yes.

**Q.** I'm going to show you -- these are the defendants' responses to our interrogatories and document requests, and on the second to last page, there is a verification I want you to take a look at, please.

**A.** (Witness reviews document.)

**Q.** Is this your signature?

**A.** Yes.

**Q.** Do you remember -- do you understand what this verification means?

**A.** I believe it means that what I said in here is what I believe to be true.

**Q.** So, did you draft -- I'm specifically talking

**Q.** Religious or not?

**A.** Yes. Catholic or not, yes.

**Q.** Catholic or not?

**A.** Yes.

**Q.** We talked about Virtus already, so I want to start with the Code of Pastoral Conduct first. This is Bates No. Aquinas 62 through 87.

So, I'd like you to point me to, you know, where I would take religious-specific, not conduct-specific, but religious-specific training from this document, please.

**A.** As I said, it is conduct related.

**Q.** And this conduct, at least from my reading of it, seems to be directed at preventing sexual assault.

Is that your understanding of this as well?

**A.** It's about how someone presents themselves in relationship to being an employee or a volunteer in the Catholic Church.

**Q.** But, specifically, I mean, I think it's more than just that, right? It's about making sure -- at least my understanding of this -- that people are not taken advantage of?

**A.** That's a part of it, yes.

**Q.** What are the other parts of it?

**A.** Again, how they comport themselves as an

employee or volunteer in the Diocese.
**Q.** Which sections of this, if I read this, would enable me to have an educated conversation with a student about the Catholic faith?
**A.** That's not the purpose of this document.
**Q.** So, this will not educate me in the Catholic belief systems?
**A.** That's not the purpose of this document.
**Q.** So that's a yes, right? This will not educate me in the Catholic belief system?
**A.** Not specifically, other than describing what expectations are placed on somebody who is a volunteer or an employee.
**Q.** And what are those expectations?
**A.** That they conduct themself in a way that is supportive of the teachings and deeply held faith beliefs of the Catholic Church.
**Q.** So, where are those teachings and beliefs in that document?
**A.** They are referenced in the fact that they -- in the introduction. The code cannot cover every aspect of every circumstance that one may encounter in the course of church-related work. It should be seen as a concise enumeration of expected public and private behavioral standards for those working or volunteering

- - - -

**Q.** Do you know if Mr. Ference provided any instruction in prayer to the students?

**A.** I do not.

**Q.** Would he be equipped, to your knowledge, to provide that instruction, based on him not being Catholic?

**A.** I would not believe so.

**Q.** Let's talk about Mass for a second. How often would students from Aquinas Academy attend Mass?

**A.** Approximately once a month there is an all-school Mass where all students would attend, and then weekly, two times a week, different groups of grades would come over for a weekday Mass.

**Q.** So, twice a week, if I'm a sixth grade student, I'm going to Mass?

**A.** Not necessarily. It would be maybe on Tuesday, the first through third, and then Wednesday, the fourth through sixth. I mean, it's not the whole -- there is all-school Masses and then there are smaller groupings of grades.

**Q.** What would my role be at a Mass, at a Catholic Mass, if I'm not Catholic, as a teacher?

**A.** Well, I think it would be to maintain the decorum of the kids. I mean, they move around quite a bit, depending on their age, too, and to, I believe,

demonstrate attentiveness, as an example to the students of what is expected at church.

**Q.** So, be quiet, respect the -- keep the kids quiet, basically?

**A.** Uh-huh.

**Q.** Anything else?

**A.** Well, I would hope that they would stand and sit and kneel at the appropriate times so that they give example to the students.

**Q.** How would they know the significance of standing, sitting, and kneeling if they are not Catholic?

MR. MATTHEWS: Objection to the form.

**A.** I don't know that they would know the significance, but they would see what everybody else is doing and be able to follow the other teachers.

**Q.** Follow the physical movements of those people?

**A.** Yes, yes.

**Q.** Could they take Communion?

**A.** No, they could not.

**Q.** Let's talk about educating students in the beliefs of the Catholic religion.

Would Mr. Ference, as a non-Catholic teacher, have any role in that?

**A.** When you are a teacher in a Catholic school,

you are part of a Catholic community, and the whole essence of what we believe as a Catholic faith should imbue every single thing that we do. And so, his role would be to promote the faith, however limited his understanding of that faith is, and to realize that there are ways that he, in his specific discipline, can bring the presence of God into his teaching.

**Q.** But how would Mr. Ference specifically educate students? Like, what beliefs of the Catholic religion would Mr. Ference educate students in or be required to educate them in?

**A.** I don't know that I have an answer specifically, but an overarching answer is our belief in the love and mercy of God, the goodness of God, God is the source of all things. So, in whatever subject he was teaching, to acknowledge the beauty of creation, if he's teaching art, and that that creation is from God, those types of elements.

**Q.** When would he learn that that is an overarching belief of the Catholic Church?

**A.** I believe that that's a fairly fundamental teaching that is more broadly known outside the Church, as well as inside the Church.

**Q.** So, you wouldn't be instructing him in that belief, specifically?

**A.** I do not.

**Q.** Do you know what it means under (c) to educate students in the beliefs of the Roman Catholic religion as it applies to Mr. Ference?

**A.** Well, I believe that's spelled out in the 2(a) to (c) subparagraphs that teachers are required to support and participate in all the listed tasks, as required by their contracts and the specific requirements for teachers listed in the contract and described in that form.

**Q.** So, because he signed a contract, he's able to educate students in the beliefs of the Roman Catholic religion?

MR. MATTHEWS: Objection to the form.

**A.** I don't believe that would be true.

**Q.** So, if that's not true, then how did Aquinas feel comfortable with Mr. Ference educating students in the beliefs of the Roman Catholic religion if he's not Catholic? How was that assigned to him as a duty?

**A.** Just his overt behavior as an individual who comports himself in compliance with the way that a person of faith would comport themselves.

**Q.** That's assuming he has faith, right?

**A.** (Nodding head up and down.) I would think so.

**Q.** So, I want you to look at the answer to

- - - -

**Q.** If we go to the "Position Specifications/Requirements" on Aquinas 6.

**A.** Got it.

**Q.** It says in the first bullet point, "Must have an understanding and acceptance of Catholic School Philosophy, goals, and objectives" as a position requirement of the job of a teacher.

How do I obtain an understanding of Catholic School Philosophy, goals, and objectives as a non-Catholic?

**A.** The Aquinas web page, when you go under the category "About Us," lists the mission statement of Aquinas Academy and a number of bullet points about what they expect someone to accomplish.

**Q.** So, if I read that, I've met this bullet point?

**A.** It would help you to understand.

**Q.** But would it meet this bullet point? Would I have fulfilled that requirement by reading that web page?

**A.** I don't know that it's all inclusive, but I certainly think it would guide you in the right direction.

**Q.** Would I have been told to read that as a teacher coming in?

**A.** I have no idea.

and objectives?
**A.** I'm not aware of any. As I said, I'm not involved in that process.
**Q.** Next bullet point down says "Abide by Diocesan and school policies and procedures."
Do you see that?
**A.** Uh-huh.
**Q.** What policies and procedures are we talking about?
**A.** I'm going to presume the Aquinas handbook and the code of conduct and anything that those require cumulatively.
**Q.** The next bullet point down says "Must follow applicable governmental laws as well as the laws, doctrines, and teachings of the Catholic Church."
We've talked about this before about other things, but how am I, if I'm not Catholic, being instructed in the laws, doctrines, and teachings of the Catholic Church?
**A.** I believe that would come with your catechetical training, if you did not know it already.
**Q.** Eight bullets down, "Must support and participate in all religious education functions of the school including school liturgy."
How am I doing that as a non-Catholic teacher?

conduct, but in the kind of preamble to this document, do you see that in the italic portion?
**A.** "In accord with my role as Church personnel...," yes.
**Q.** And I want to talk about specifically "acting in a manner that is consistent with the discipline and teachings of the Catholic Church."
Again, as a non-Catholic, is that the catechetical training that I would learn that?
**A.** It is. It is.
**Q.** And then "I will guide my behavior by civil and canon law..."
How do I learn canon law, as a non-Catholic teacher?
**A.** I believe that you don't need to know the entire code of canon law. That's an extensive book, but what some of the documents illuminate that we've spoken about already are some of the difficult points that need to be followed related to law, such as marriage and civil divorce, and things like that.
**Q.** So, the things not to do, basically?
**A.** Yes. Yeah, that would be it, yeah.
**Q.** That's contained in the Code of Pastoral Conduct and the handbook and the contract that we talked about?

**A.** Yeah. I believe so, yes. Yes.

**Q.** And then there is, on the same document, the first numbered paragraph, it says -- you can read it -- "Respecting the rights of each person and advancing his or her welfare during the course of counseling, advising or spiritual direction."

Would Mr. Ference be tasked with spiritual direction, as a non-Catholic teacher?

**A.** No. As I said, this code of conduct was an incorporation of a number of things, and so, that would imply those who are doing that, but if, for some reason, that he would engage in that -- and I don't know why he would do that -- he is warned -- or not warned, but called to the attention that he has to respect the rights of those if he was doing something like that.

**Q.** Let's jump back to Aquinas 1 through 6 real quick. That's the professional services agreement for lay teachers.

**A.** Okay.

**Q.** Was this document, to your knowledge, would this be shown to parents and students?

**A.** I don't know that.

**Q.** Why was Mr. Ference terminated?

**A.** He was terminated because he disclosed that he

was in a civil marriage, same sex.

**Q.** So, it was because of his status as being in a same-sex marriage and not because he's Lutheran, correct?

**A.** Absolutely, yeah.

**Q.** What are the Church's beliefs on same-sex civil marriages? I don't expect you to -- give me the five cent tour of them, please.

**A.** Let me start, if I may, by saying the Church's view on marriage, as we believe held by divine law and natural law, is that marriage is between a man and a woman, because there are two purposes for marriage, love of spouses and the procreation of life. To call it a marriage, the Church would define it as having to be between a man and a woman.

So, your question, could you repeat it again?

**Q.** That gives me the flavor. I just wanted to understand the belief system.

**A.** So, a same-sex marriage, in the fundamental definition of marriage in the Catholic Church, obviously doesn't fulfill the quality of a man and a woman, nor does it allow the couple to procreate.

And so, the concern, too, is you mentioned the word "civil," which makes it a public action, and that's also an added complication that it's a public