# Exhibit 5

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | No. 2:22-cv-00797 |
| ROMAN CATHOLIC DIOCESE OF | ) | |
| GREENSBURG and AQUINAS | ) | |
| ACADEMY, | ) | |
| Defendants. | ) | |

**DEPOSITION OF JENNIFER DAVIS,**

taken pursuant to the Federal Rules of Civil Procedure, before Lisa Ann Bauer, Certified Realtime Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, March 27, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, scheduled to commence at 10:00 o'clock a.m.

- - -

as well? Was it that structure?

**A.** Very similar.

**Q.** Social studies, it's been a long time since I've taken it. Tell me what you're teaching the students. I know it changes, but what's the general gist of what you're teaching the students?

**A.** Fourth graders is learning about the United States and regions of the country, fifth grade is learning early American history, and sixth grade is ancient civilizations.

**Q.** Are you teaching religion as part of your social studies classes?

**A.** No.

**Q.** Have you ever taught sixth grade math?

**A.** No.

**Q.** Have you ever taught sixth grade science?

**A.** Yes.

**Q.** When was the last time you taught that?

**A.** Three years ago.

**Q.** So, it would have been --

**A.** So, it would have been after the 2022 school year ended.

**Q.** So, 2023?

**A.** It would have been the year -- dates.

**Q.** I only ask you to do your best.

**A.** I was assigned teaching science when Ken joined the staff, so whatever year he was hired, that school year. I had finished teaching science the previous.

**Q.** So, did Ken Ference take over your science responsibilities?

**A.** Yes.

**Q.** When you taught science, did you teach religion as part of that?

MR. MATTHEWS: Object to the form.

You can answer.

**A.** No.

**Q.** When Ken started, what was the division of labor between you two?

**A.** I taught all of the language arts, I taught religion. Language arts consists of reading and English and writing, so it was usually broken into three parts. Ken taught science, social studies, and math.

**Q.** We talked about that. So you had no math experience, at least at Aquinas, as a sixth grade teacher. You taught social studies and science, but never math?

**A.** At my choice.

**Q.** Did you ever go through any sort of -- I think it's called catechetical training?

do with abuse. It covered lots of things, but it all fell under that abuse that could happen to children, how to learn about groomers, what to do in the event that you would encounter someone who was grooming someone or you were suspicious about. So, it covers a range of topics.

**Q.** Related to predators?

**A.** Yes.

**Q.** Did it cover doctrine, religious doctrine, like your catechetical training?

**A.** No.

**Q.** Did you ever incorporate any of the Virtus training into your religion class?

**A.** No.

**Q.** Did you learn anything new about the Catholic faith as a result or did you learn anything about the Catholic faith as a result of the Virtus training that you took?

**A.** No.

**Q.** In your religion class, do you talk about, like, Mass, like what to do at, like, a religious Catholic Mass?

**A.** Yes.

**Q.** How is that described? What do you go over in terms of that?

- - - -

**Q.** How often do those occur?
**A.** Yearly.
**Q.** Who gives you the performance evaluation?
**A.** My principal.
**Q.** Is that Kelly Watkins?
**A.** Kelly, yes.
**Q.** What are you graded on? Like, how does the performance evaluation look?
**A.** Professionalism, knowledge of content. There is three areas. I don't remember the last one, but they are all graded on a one to three scale and then the score is averaged, so you should fall within at least the proficient to exceptional range.
**Q.** Are you graded specifically as it relates to your religion class in those performance evaluations?
**A.** No.
**Q.** Is there anything in there about, you know, you did a great job teaching the faith?
**A.** No.
**Q.** Is it more just like a --
**A.** It could be used --
MR. MATTHEWS: Hold on. Let him finish the question.
**Q.** Please, go on. It could be used for what?
**A.** It could be used either in a public or private

setting.

**Q.** So, it's more just a generic?

**A.** Yes. And I cannot remember the name of the -- Charlotte Danielson. It's the Charlotte Danielson observation method.

**Q.** That's what you're graded on?

**A.** Uh-huh.

**Q.** My understanding is at the end of the day, there is an afternoon prayer that's also read over the loudspeaker?

**A.** Yes.

**Q.** Is that the same thing, students or Maria Cochenour?

**A.** Students only.

**Q.** Are they your students, are they younger students?

**A.** Sixth grade students.

**Q.** Do you treat that the same way, that the prayer leads the students and you watch them and maybe pray out loud at the same time?

**A.** Over the loudspeaker, yes.

**Q.** So, let's talk about these performance evaluations a little bit more.

You said they are once a year?

**A.** Uh-huh.

be hired.
**Q.** Did you have any sort of meeting with Mr. Ference or Principal Watkins or anything like that about the division of labor between you two?
**A.** No.
**Q.** How did you learn how things were going to be split up?
**A.** I believe Kelly told me that he would teach math, science, and social studies and I would teach everything else.
**Q.** Did she say anything about him teaching religion?
**A.** She just said, you'll teach religion; he's not Catholic.
**Q.** Do you know if Ken Ference received any sort of training prior to his start?
**A.** What kind of training?
**Q.** Any type of teacher training.
**A.** No.
**Q.** You don't know?
**A.** No.
**Q.** Or he didn't receive any?
**A.** I don't know and, no, I did not give him any training.
**Q.** So, throughout Mr. Ference's time there, you

weren't responsible for training him in anything?
**A.** No.
**Q.** Did you ever provide him instruction as it relates to the Catholic faith or the Catholic religion?
**A.** No. Can we revisit that one question about training?
**Q.** Sure.
**A.** Officially, I was not required to teach anything. As a teacher, it's my obligation to make sure a new teacher is kept in the loop, so I did not train him how to do his job but provided him with information to make his job run smoothly.
**Q.** What information did you provide him with?
**A.** How the school functions, how we did things, how we moved the kids, going outside, duties that we might be assigned to, how I did things. Any kind of little pieces of information that I found helpful to me, I would share. If he chose to do them was up to him.
**Q.** And that was your kind of unofficial policy?
**A.** Yeah.
**Q.** But it didn't involve instruction in the Bible or the Catholic faith?
**A.** No.
**Q.** I'm going to show you a document. This is

**A.** (Witness complies.)

**Q.** In the morning and the afternoon, the loudspeaker prayers, you weren't in the same room with Mr. Ference during those?

**A.** No.

**Q.** Did you ever witness Mr. Ference pray with his students?

**A.** No.

**Q.** Did you ever witness Mr. Ference talk to his students about religion?

**A.** No.

**Q.** Did you ever go to Mass with Mr. Ference?

**A.** Yes.

**Q.** And what would Mr. Ference do while you were in Mass?

**A.** Watch the students.

**Q.** Did he ever take Communion?

**A.** No.

**Q.** Did he ever pray with the students in Mass, to your knowledge?

**A.** Not to my knowledge.

**Q.** Did he ever lead the students in hymns or anything like that during the Mass?

**A.** No.

**Q.** So, would you be responsible during the Mass --

**A.** It would just say Gospel values or Christian values. It would not be earmarked very clearly, but there would be a notation there, Catholic faith. I'm not sure how they are written in all of them.

**Q.** I asked you earlier if you ever infused or taught religion in your science, math, and social studies classes and you said no, so what's the change now? I'm trying to understand, because now you're saying you teach religion in those classes?

MR. MATTHEWS: Objection to the form.

You can answer.

**A.** If it was brought up by a student and they had a question, then I could expand on it, but I did not formally teach in my classes what I was teaching in my religion class. So, students are very inquisitive about why things happen.

For example, in social studies, because I teach ancient civilizations, we talk about many Gods, because the ancient civilizations were polytheistic, and in Mesopotamia specifically, where Judaism was created, that might come up based on the establishment of Judaism, but I would not teach them about the tenets, no.

**Q.** So, you wouldn't teach about the tenets of the faith. Would you proactively infuse the tenets of the

faith into social studies, science, or language arts?

**A.** No. I usually kept to the topic at hand.

**Q.** And the topic wasn't religion, typically?

**A.** Not usually.

**Q.** Do you know if Mr. Ference ever answered questions, religious questions of students, sixth grade students?

**A.** No.

**Q.** Do you think that would have been his place, as a non-Catholic teacher?

MR. MATTHEWS: Objection to the form.

You can answer.

**A.** Non-Catholic teachers are supposed to follow the Catholic Church.

**Q.** What makes you say that?

**A.** That's what they tell us.

**Q.** Who told you that?

**A.** Probably the principal that hired me initially, Sister Bricelyn. Do they? I don't know.

**Q.** So, unless a student asks a question about, hey, Mesopotamia, was there a Catholic church, you're not going to talk about the Catholic faith and its values in your non-religious classes?

MR. MATTHEWS: Objection to the form, asked and answered.

You can answer it again.

**A.** No.

**Q.** That's correct, you're not going to bring those in?

**A.** I'm not going to bring it up.

**Q.** Do you know if Mr. Ference ever received any sort of formal curriculum for the 2021-2022 school year?

**A.** I don't know if he received a copy of it. It is available online.

**Q.** Do you get every -- do you have to go seek it out online, or do you get a copy, like, as a new teacher at the start of the year?

**A.** I always have to go and get what I want, so it is available online. Any teacher would need to print off the specific curriculum that they were looking at.

**Q.** Do you know if Mr. Ference was ever instructed how to get that curriculum?

**A.** No, I don't.

**Q.** Did you ever tell Mr. Ference where the curriculum is?

**A.** I don't remember.

**Q.** And so, if I pull up the curriculum for science, sixth grade science, it's your opinion that there will be some reference to Gospel or faith in that