# Exhibit 6

- - - -

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH FERENCE, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | No. 2:22-cv-00797 |
| ROMAN CATHOLIC DIOCESE OF | ) | |
| GREENSBURG and AQUINAS | ) | |
| ACADEMY, | ) | |
| Defendants. | ) | |

**DEPOSITION OF KELLY WATKINS,**

taken pursuant to the Federal Rules of Civil Procedure, before Lisa Ann Bauer, Certified Realtime Reporter-Notary Public in and for the Commonwealth of Pennsylvania, on Wednesday, March 27, 2024, at the offices of Horne Daller LLC, 1380 Old Freeport Road, Suite 3A, Pittsburgh, Pennsylvania 15238, commencing at 12:20 o'clock p.m.

- - -

mentor to help you through that.

**Q.** Did that happen with Mr. Ference?

**A.** Yes.

**Q.** How did that happen?

**A.** He came in the building every day and experienced it.

**Q.** Who mentored him?

**A.** Jen Davis.

**Q.** And did you see that happen?

**A.** I saw them having conversations and met with Jen, asked her how he was settling in at times.

**Q.** Do you know what she mentored him in?

**A.** No.

**Q.** Did Mr. Ference receive any religious training during his time at Aquinas?

**A.** He would have received everything in his onboarding, so the handbook and policies, the Code of Conduct. That is all in reference to the religious aspect of our teaching.

**Q.** So, we didn't talk about the handbook earlier. Is that something you gave to Mr. Ference?

**A.** There was a copy in the room. It's also online.

**Q.** But did you give it to him?

**A.** I did not personally hand him a handbook.

**Q.** Did you ever get a signed verification from Mr. Ference that he read the handbook?

**A.** No.

**Q.** Did anyone else give Mr. Ference the handbook?

**A.** I don't know.

**Q.** So, is it your position that the Code of Conduct is religious training?

**A.** No.

**Q.** So, it's not religious training?

**A.** No. You asked me is it my opinion. I said no.

**Q.** In your opinion, it's not religious training, the Code of Conduct?

**A.** I didn't say that.

**Q.** I'm not trying to be argumentative. Can you please clarify what you mean?

**A.** Religious training is not something that's done in a sit in a class for 90 seconds or 90 minutes. So, this religious training you keep talking about is very difficult to answer in a straightforward manner.

**Q.** I want you to answer in whatever manner you have to answer to make me understand, please.

**A.** No, because you are going to -- you're trying to manipulate what I'm saying about religious training. Religious training in the Catholic value system is not something that you would get in a sit-for-30-minutes

catechetical training?

**A.** He would have had some his first year. You have some every year.

**Q.** My understanding is -- I could be wrong -- you have two years to complete the catechetical training. Is that right?

**A.** I don't know offhand.

**Q.** And so, you're saying it would have started at some point in his first year?

**A.** Yes.

**Q.** What would his first-year instruction consisted of?

**A.** Different trainings that are part of the catechetical. I don't have it in front of me to know, but there are different sessions, and I don't know exactly what each one is, because I didn't make it.

**Q.** Is compliance with that requirement tracked?

**A.** Yes.

**Q.** Who tracks it?

**A.** The Diocese.

**Q.** How is that tracked?

**A.** Attendance. They have to show up and do the trainings.

**Q.** So, why, if I pass that training -- I'm not Catholic, but I pass the catechetical training, why

faith.

**Q.** So, would Mr. Ference have been considered a catechist?

**A.** I don't know -- I wouldn't say a catechist, because that's specific to a particular class, but if he is going to have to have a title, I'd probably call him a minister of the faith, because he is shaping and molding and helping the children with their growth in the Catholic faith.

**Q.** What's the line between minister and a catechist?

**A.** A term, differential. A catechist is going to be a formal -- in my opinion, a formal trainer. It may differ upon belief of someone else, but a catechist is a formal teacher, whereas a minister is asked to foster the values and the belief.

**Q.** So, how would Mr. Ference, as a non-Catholic, have fostered the values and the beliefs of the Catholic Church in his classes?

**A.** By treating the students with respect, by making them feel a part of the group, by not allowing students to talk poorly about others, no name calling, being there for them, asking questions and listening when they need someone to talk to.

**Q.** Did you do those things when you were a teacher

at public schools?

**A.** Yes.

**Q.** You talked a little bit about the daily prayer. My understanding is there was a morning and afternoon prayer read over the loudspeaker?

**A.** Right.

**Q.** Do you know what prayers are read in the morning and afternoon?

**A.** We do Glory Be, Our Father, Act of Contrition. We have a reading, Gospel reading or reading, and then a moment of thought.

**Q.** And what does the teacher do during those prayers?

**A.** They are expected to guide the children and make sure the children are participating.

**Q.** How do they guide the children?

**A.** It's done differently, but they are expected to be in the room. Expectations would be for them to pray with the kids.

**Q.** Is that requirement -- is that a requirement that they pray with the kids?

**A.** It's an expectation.

**Q.** Was that expectation ever communicated to Mr. Ference?

**A.** When you are accepting a position and you're

have to look at the document to see.

**Q.** I can get the document, but tell me which document.

**A.** It would be in the handbook.

**Q.** But the handbook was never given to Mr. Ference, right?

MR. MATTHEWS: Objection to the form, asked and answered.

**A.** It was. He had a copy in his room and it was available online.

**Q.** So, he had a copy of the handbook in his classroom?

**A.** Correct.

**Q.** Where in his classroom?

**A.** I don't know.

**Q.** Did you put the copy in his classroom?

**A.** There is a copy in everyone's classroom.

**Q.** Did you tell him where it was?

**A.** I don't know.

**Q.** So, let's take a look at the handbook. This is Aquinas 88 through 140.

Can you tell me where in this document it says that Mr. Ference was required to pray during the morning and afternoon prayers?

**A.** In the introduction, possibly, where it says

all-school Mass, I would have been there with him.

**Q.** Do you remember seeing him there?

**A.** If he was at a Mass and I was at a Mass, yes. I can't answer for sure.

**Q.** If you don't remember seeing him there, that's fine. I'm not asking you to --

**A.** If we had it, then, yes, I would have been there, he would have been there.

**Q.** So, you specifically remember telling Mr. Ference -- I don't want to put words in your mouth.

Do you specifically remember telling Mr. Ference that participation in Mass meant singing, praying, even though he's not Catholic?

MR. MATTHEWS: Objection to the form.

**A.** Going to Mass and being comfortable with it was my understanding. That's the discussion that we had.

**Q.** There was no discussion of limitations on what he would do in Mass?

**A.** No.

**Q.** What else was said during that conversation with Mr. Ference?

**A.** Here you go. Page 00137. It's "Prayer: Prayer should be used in each class. This is to help develop a personal relationship with God, and students will need to be taught how and when to pray."

**A.** I do not.
**Q.** Did you reed this document to Mr. Ference?
**A.** Not word for word.
**Q.** Which sections did you read to him?
**A.** I can't say for sure. We go over the entire thing. We make sure and ask if they have any questions and we give them time to read it.
**Q.** Did Mr. Ference take time to read it?
**A.** I have no recollection.
**Q.** So, I'm going to look at Aquinas 5, please.
**A.** (Witness reviews document.)
**Q.** Four points down, that says "Supervises students in a Christ-like manner or with dignity."
Do you see that?
**A.** Yes.
**Q.** So, according to this, is it your reading that Mr. Ference could supervise in a Christ-like manner or with dignity?
**A.** A Christ-like manner is with dignity.
**Q.** So, why is there the "or" there?
**A.** I did not write it, but in English when someone uses the "or," they can take -- either of those can stand in its place.
**Q.** So, Mr. Ference, pursuant to these duties and responsibilities, could supervise in a Christ-like

**A.** He signed the document. He has agreed to accept the Catholic School Philosophy, goals, and objectives.

**Q.** Well, it says understanding and accept. Let's start with understanding.

Did he have an understanding of Catholic School Philosophy, goals, and objectives?

**A.** If there is ever a question as to something that is in the handbook or a policy manual, someone should ask, and we always ask at the end of this if there are any questions. So, it would be my understanding that if there was a question as to not understanding what you were signing that you would ask.

**Q.** Were you operating on the assumption, then, that because he signed this, he met that requirement?

**A.** When he was asked if he had any questions, he said no and he signed it.

**Q.** But that wasn't my question. I was asking from your perspective, not his perspective. I know he didn't ask any questions, but was it your assumption that by signing this, he met that objective?

**A.** Yes. That's what a signature says.

**Q.** What does "Catholic School Philosophy, goals, and objectives" mean?

**A.** It's understanding what's written in the

handbook, it's treating children with dignity and respect, it is being a minister and guiding these children in their faith, as well as their academics.

**Q.** So, that's what this means, Catholic School Philosophy and goals? That's the entirety of it?

MR. MATTHEWS: Objection, asked and answered.

**A.** I'm sure that's not the entirety of it, no.

**Q.** And, to your knowledge, at the time you hired Mr. Ference, did he go to any sort of divinity school or anything like that in his background?

**A.** It was never discussed.

**Q.** Did he ever teach at a Catholic school? Did you ever ask him that?

**A.** I did not.

**Q.** Do you know if he ever taught at a Catholic school?

**A.** I do not.

**Q.** During Mr. Ference's teaching for the Diocese, did you ever evaluate his understanding of Catholic School Philosophy, goals, and objectives?

**A.** During his three weeks there?

**Q.** Yes.

**A.** No.

**Q.** Would that have been evaluated during his time

there?

**A.** Yes.

**Q.** How so?

**A.** It would all be a part of the Danielson model and whether he was treating students with respect and following the philosophy of the Catholic school, which is to be a minister to the youth, making sure that they are guided in their everyday lives, making good decisions based on Catholic values. The objectives are to teach the child and make sure that they meet their academic and religious needs.

**Q.** Is that criteria contained in the Danielson model?

**A.** I don't know. Within aspects of it, yes. Word for word with what I said, no.

**Q.** Did Mr. Ference ever receive any instruction in the Catholic School Philosophy, goals, and objectives?

**A.** I don't know.

**Q.** Then the language here, the third bullet point down, "Must follow applicable government laws as well as the laws, doctrines, and teachings of the Catholic Church."

What laws, doctrines, and teachings of the Catholic Church is that referring to?

**A.** The ones laid out in the handbook.

**Q.** And this is the third bullet point from the bottom, "Must support and participate in all religious functions of the school including school liturgy."

Is that what we talked about, the prayer in the classroom and integrating Catholic lessons? Is that what that's referring to?

**A.** Just what it says, "Must support and participate in all religious education functions of the school," so that is going to be anything within our school that would be considered to be religious education. So, prayers, Mass, prayer services.

**Q.** Did you explain what this meant to Mr. Ference when you hired him?

**A.** As I've mentioned before that we ask if the person is comfortable doing that. We ask if there are any questions, and the line says "I accept the above job description."

**Q.** Well, my understanding is you asked him about Mass, right? Your position is you asked him about Mass, but did you ask him about his comfortability with any of the other things you've listed?

MR. MATTHEWS: Objection to the form.

**A.** I don't recall our exact conversation.

**Q.** We can put that document aside.

Did you ever see Mr. Ference pray with his

students?

**A.** Not that I recall.

**Q.** Did you ever see Mr. Ference talk to his students about anything of a religious nature?

**A.** Again, not that I recall.

**Q.** Did you write or evaluate a reference for Mr. Ference?

**A.** I don't know if I wrote one, but I offered one.

**Q.** This is Aquinas 746.

**A.** (Witness reviews document.)

**Q.** Can you tell me what this document is?

**A.** Pardon me?

**Q.** Can you tell me what this document is?

**A.** An email correspondence between myself and Joe Rice.

**Q.** Do you remember writing this email?

**A.** Yes.

**Q.** And you said here that Mr. Ference, in the top email here to Joe Rice, was an absolutely amazing teacher.

**A.** Correct.

**Q.** Did you think that?

**A.** Yes.

**Q.** What made you think he was an amazing teacher?

**A.** Because he came in and formed relationships

with the kids. They enjoyed being in his class. He was teaching the curriculum, asked questions, participated in all of the school events.

**Q.** So, from what you observed, he was meeting the requirements of the job?

MR. MATTHEWS: Objection to the form.

**A.** Correct.

**Q.** Who was Joe Rice?

**A.** Joe Rice is the prior principal, but he works at the Intermediate Unit, Westmoreland Intermediate Unit.

**Q.** Do you know why he left Aquinas?

**A.** No.

**Q.** Did you agree with Mr. Ference's termination?

**A.** In accordance with the way the policy is written, it was against Catholic values, so, yes.

**Q.** Who made the decision to fire Mr. Ference?

**A.** I don't know who made the final decision.

**Q.** Who communicated to you that he was going to be fired?

**A.** Maureen Marstellar.

**Q.** Tell me how that went down. When did you first find out there was a problem?

**A.** I got a call about noon or so that day and she came at, I think, two something.

**Q.** Do you know what this document is?

**A.** It is the Diocese of Greensburg Acknowledgment of Receipt of the Code of Pastoral Conduct.

**Q.** Is this your signature at the bottom?

**A.** Yes, it is.

**Q.** What is the purpose of this document?

**A.** To, as stated in the top, conduct myself with integrity, acting in a manner that is consistent with the discipline and teachings of the Catholic Church, guiding the behavior by civil and canon law, by the policies of the Diocese of Greensburg, and by the Code of Pastoral Conduct by, and it lists the things.

**Q.** And what does the "discipline and teachings of the Catholic Church" mean as it relates to this document?

**A.** There are highlights given here, but this is the document acknowledging that he had received and understood and committed himself to conducting in accordance with it.

**Q.** So, here it says "consistent with the discipline and teachings of the Catholic Church." So, what does that mean?

MR. MATTHEWS: Objection, asked and answered.

**A.** All the policies within. So, even in the

handbook, there is mention of some of them, but it's everything that we have covered.

**Q.** So, the handbook, the contract, and then the Code of Conduct?

**A.** Code of Pastoral Conduct and the Cardinal Clause, correct.

**Q.** What is the Code of Pastoral Conduct? What does that pertain to?

**A.** How one conducts themselves inside and outside of school.

**Q.** Then it says, "I will guide my behavior by civil and canon law..."

What canon law is that talking about?

**A.** The policies set forth in the Diocese of Greensburg, so the policies that we've mentioned and everything contained in that Code of Conduct.

**Q.** Did you create this document?

**A.** No, I did not.

**Q.** Do you know who did?

**A.** No, I do not.

**Q.** Did you read this document to Mr. Ference?

**A.** Not word for word.

**Q.** Which parts didn't you read to Mr. Ference?

**A.** I don't recall.

**Q.** Did Mr. Ference read this document word for

- - - -

MR. MATTHEWS: Those are all the questions I have.

EXAMINATION

**BY MR. KENNEDY:**

**Q.** So, is it your understanding that Mr. Ference's only deviation from the job requirements was his being a man being married to another man in a same-sex marriage?

**A.** Correct.

**Q.** So, on Aquinas 6, "Must support and participate in all religious education functions of the school including school liturgy," what did Mr. Ference do to meet that job requirement? What did you personally observe him do?

**A.** Personal observations would just be, I think, probably going to church, but I can't recall specifics other than that.

**Q.** Would Jennifer Davis be the better person to know what happened in his classroom?

**A.** No.

**Q.** Who would be the person that would know that?

**A.** That would be me, through observations and walk-throughs.

**Q.** Did you ever observe one of Mr. Ference's classrooms?

- - - -

**A.** I had been in. I don't know if I did an entire classroom, but I had been in.

**Q.** What did you observe?

**A.** Students working, Mr. Ference teaching. There was conversation between, and I could tell there was a general respect from the children and from Mr. Ference to the children.

**Q.** Did you hear him talking about religion at all or prayer?

**A.** Not that I recall.

**Q.** Did you ever witness Mr. Ference provide any form of religious education to the students of Aquinas Academy?

**A.** The interactions that he had showed me that he was respecting the one value of respecting and providing respect and getting respect, but as far as instruction to, I don't recall.

**Q.** Is giving and providing respect something you expect of a public school teacher as well? Is that something you did?

**A.** Yes.

**Q.** Did you see Mr. Ference perform any duty that was unique to a Catholic school?

**A.** Going to church.

**Q.** Going to church?