# Exhibit 8

**Heidi Cooney**

| | |
|---|---|
| **From:** | Watkins, Kelly |
| **Sent:** | Wednesday, October 27, 2021 7:57 AM |
| **To:** | Joe Rice |
| **Subject:** | RE: A Teacher |

Good morning!
My sixth-grade teacher was Ken Ference. He was an absolutely amazing teacher – I'm not sure what he is doing now. He was pretty frustrated after his experience here. I am going to reach out to him to see if he minds if I give you his contact information. I will let you know.

*Kelly Watkins*
Principal
Aquinas Academy
340 N. Main Street
Greensburg, PA 15601
Phone: 724-834-7940 ext. 407
Email: kwatkins@aquinasacademy.org

**From:** Joe Rice <j0erice3800@gmail.com>
**Sent:** Tuesday, October 26, 2021 2:46 PM
**To:** Watkins, Kelly <KWatkins@aquinasacademy.org>
**Subject:** A Teacher

Hi Kelly,

I am searching for a teacher right now as well. As a public school, we are not held to some of the restrictions that the Catholic Schools are held to. So, that being said...would you have the contact information for your former 6th grade teacher? If he has not hooked on somewhere, I would like to talk to him.

I am also looking for Personal Care Assistants and Classroom Assistants. So, if you have any parents that are looking for jobs, please send them my way.

I hope all is well, and let me know if you need any help with anything. Budget time will be here before you know it. I am always available to lend a hand.

Have a great day,
Joe