# Exhibit 7

6925862

**Diocese of Greensburg**
**Classroom Teacher Rating Form**

PDE 82-1C (11/14)

Last Name [redacted] First Name [redacted] Middle Name

District Diocese of Greensburg School Aquinas Academy

Rating Date [redacted] Evaluation (Check One) [redacted]

**Classroom Teacher Observation and Practice**

| Domain | Title | *Rating* (A) | Factor (B) | Earned Points (A x B) | Max Points |
|---|---|---|---|---|---|
| I. | Planning & Preparation | [redacted] | [redacted] | [redacted] | [redacted] |
| II. | Classsroom Environment | | | | |
| III. | Instruction | | | | |
| IV. | Professsional Responsibilities | | | | |

| *Domain Rating Assignment* 0 to 3 Point Scale (A) | |
|---|---|
| Rating | Value |
| Unsatisfactory | 0 |
| Needs Improvement | 1 |
| Proficient | 2 |
| Distinguished | 3 |

Classroom Teacher Observation and Practice Rating [redacted]

| Conversion to Performance Rating | | | |
|---|---|---|---|
| Total Earned Points | | | Rating |
| 0.00 | - | 0.49 | Unsatisfactory |
| 0.50 | - | 1.49 | Needs Improvement |
| 1.50 | - | 2.49 | Proficient |
| 2.50 | - | 3.00 | Distinguished |

Rating: [redacted]

I certify that the above named employee for the period beginning [redacted] (month/day/year) and ending [redacted] (month/day/year)

has received a performance rating of: [redacted]

resulting in a final rating of: [redacted]

A performance rating of Distinguished, Proficient or Needs Improvement shall be considered Satisfactory, except that the second Needs Improvement rating issued by the same employer within 10 years of the first final rating of Needs Improvement where the employee is in the same certification shall be considered unsatisfactory. A rating of Unsatisfactory shall be considered failure to meet the standards of satisfactory teaching.

7/20/22 Kelly Watkins/principal

Date Designated Rater/Position Date Chief School Administrator

I acknowledge that I have read the report and that I have been given an opportunity to discuss it with the rater. My signature does not necessarily mean that I agree with the performance evaluation.

[redacted] [redacted]

Date Signature of Employee

AQUINAS.00849



CONFIDENTIAL