# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE, Plaintiff, | ) No. 2:22-cv-797 |
| vs. | ) |
| ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY, Defendants. | ) |

* * *

DEPOSITION OF KENNETH FERENCE, a PLAINTIFF herein, taken pursuant to the Federal Rules of Civil Procedure No. 4007.1, by and before Diana C. Clark, a Professional Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the Law Offices of Meyer, Darragh, Buckler, Bebenek & Eck, PLLC, 40 North Pennsylvania Avenue, Suite 410, Greensburg, Pennsylvania, on Monday, November 20, 2023, at 1:30 p.m.

* * *

DIANA C. CLARK
CLARK COURT REPORTING SERVICES
175 HILLVIEW DRIVE
NEW ALEXANDRIA, PA 15670
(724) 668-7792
dianacclark@windstream.net

APPEARANCES:

On behalf of the Plaintiff:

Nicholas W. Kennedy, Esq.
Quatrini Law Group
550 East Pittsburgh Street
Greensburg, PA 15601
(724) 837-0080
nwk@qrlegal.com

On behalf of the Defendants:

Bernard P. Matthews, Jr., Esq.
Meyer Darragh Buckler Bebenek
& Eck, PLLC
40 N. Pennsylvania Avenue, Suite 410
Greensburg, PA 15601
(724) 836-4840
bmatthews@mdbbe.com

Philip J. Murren, Esq.
Katherine M. Fitz-Patrick, Esq.
Ball Murren & Connell, LLC
2303 Market Street
Camp Hill, PA 17011
(717) 232-8731
bmc-law2@msn.com

I-N-D-E-X

WITNESS: 4
KENNETH FERENCE
EXAMINATION 4
BY MR. MATTHEWS

* * *

E-X-H-I-B-I-T

Exhibit A - Plaintiff's Responses to Defendant's First Requests for Admissions 15
Exhibit B - Schedules 16
Exhibit C - August/September 2021 Calendars 42
Exhibit D - Aquinas Academy Teachers Agreement/Contract 44

* * *

PROCEEDINGS CONVENED - 1:25 P.M.

* * *

It is stipulated that the reading and signing of said deposition is hereby NOT waived.

* * *

KENNETH FERENCE, having been first duly sworn, was examined and testified as follows:

* * *

EXAMINATION

BY MR. MATTHEWS:

Q. Would you please state your name, sir?

A. Kenneth Ference.

Q. Mr. Ference, my name is Bernie Matthews. I represent the Defendants that you sued in a lawsuit in the United States District Court for the Western District of Pennsylvania, those being the Diocese of Greensburg and Aquinas Academy.

Are you familiar with that lawsuit?

A. Yes.

Q. Okay. Have you ever gone by any other name other than Kenneth Ference?

A. No.

Q. Okay. So today we're here to take your deposition. Next to me is my Co-Counsel, Phil Murren

Thursday, was the first day that your students attended class; correct?

A. It would be the 26th of August, yes.

Q. Okay. And did they come for a full day or a half day that day; do you remember?

A. I believe it was a full day.

Q. Okay. And then the last day that you would have had students in your classroom before you were terminated was on the termination date?

A. Correct.

Q. Okay. And then in your complaint, you said the termination date was September 28th. So that would have been a Tuesday; correct?

A. Yes.

Q. And am I correct that you worked all of the scheduled schooldays in between August 26th and September 28th?

A. Correct.

Q. You didn't take any days off?

A. I don't think so, no.

Q. Okay. Now, when you went over to attend mass or accompanied your students to mass, you stayed with your students during the entire mass; correct?

A. Yes.

Q. And a Catholic Mass lasts approximately

one hour; correct?
A. Yes.
Q. And when your students attended the mass, they sat in a church pew; correct?
A. They did.
Q. And you sat in the church pew with them; correct?
A. Behind them.
Q. Okay. But in a pew behind them?
A. Correct.
Q. Okay. And during the mass with your students, your students prayed either publicly or privately during the mass?
A. Yes.
Q. And during the mass with your students, you prayed with your students; did you not?
A. I did not.
Q. Okay. So during a Catholic Mass, there are at various times psalms or hymns that are sung; correct?
A. Yes.
Q. All right. And during the times that you attended mass with your students, there were times when you sung hymns and psalms with your students; were there not?

A. I don't believe so, no.
Q. Never?
A. Again, I don't recall.
Q. All right. Well, the Catholic Mass has a very structured format; correct?
A. It does.
Q. Okay. And you understood from your days as a practicing Catholic that that structured format was for the mass; correct?
A. Understood or remembered what it was?
Q. How about remembered what it was?
A. Not exactly, no. It had been, I don't know, almost 30 years.
Q. Okay. So do you recall that the mass was conducted where the priest started the mass with an introduction and then there were readings and then there's a homily and then he prepared the altar --
A. Yes.
Q. -- for the Sacrament of Communion, and then there was communion and then there was a concluding rite with the end of the mass; correct?
A. Yes.
Q. That generally describes in summary fashion a Catholic Mass; correct?
A. I believe so, yes.

Q. And that is liturgical, meaning that they do that every mass; correct?
A. If that's your definition of liturgical, yes.
Q. Okay. Now, during a Catholic Mass, there are times when the congregation alternates between sitting, standing and kneeling; correct?
A. Yes.
Q. At any time during the mass you attended with your students when your students sat down in the pew, you sat down in the pew; correct?
A. Yes.
Q. And any time during the mass when your students stood up while they were in the pew, you stood up with them; correct?
A. I did.
Q. Okay. And any time during the mass when your students were kneeling on the kneelers, you also kneeled on the kneelers; correct?
A. I did.
Q. Okay. Did your students receive Holy Communion during the mass?
A. They did.
Q. And did you ever receive Holy Communion during any mass that you attended with your students?

A. I did not.
Q. You understand as a Catholic who was baptized Catholic and who went through Holy Communion that you're still eligible to receive Holy Communion?
A. I did not.
Q. Okay. Was there any reason why you decided not to receive Holy Communion during the mass?
A. Because I was not Catholic.
Q. In Paragraph 22 through 23 of your complaint -- I'll just again lump those together for expedience -- you alleged "as part of a standard school day, Aquinas started and ended with prayers". Paragraph 23, Ms. Cochenour led the students in prayer over Aquinas' PA system. 24, Mr. Ference had no role in facilitating these prayers. Okay. So let me follow up with some questions on those three paragraphs.
When your students said prayers at the beginning and end of each day, you were present with them in the classroom; correct?
A. I was.
Q. And you would have been positioned at the front of the classroom as they were seated in their seats; correct?
A. Most of the time, yes.

CERTIFICATE

COMMONWEALTH OF PENNSYLVANIA )
) SS.
COUNTY OF WESTMORELAND )

I, Diana C. Clark, a Court Reporter - Notary Public in and for the Commonwealth of Pennsylvania, do hereby certify that the witness, KENNETH FERENCE, was by me first duly sworn to tell the truth, the whole truth, and nothing but the truth, and that the foregoing deposition was recorded in stenotype by me and reduced to typewriting under my direction.

I further certify that the said deposition constitutes a true record of the testimony given by said witness; that the foregoing deposition was taken at the time and place stated herein.

I further certify that I am not a relative, employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand and Affixed my seal of office this 5th day of January, 2024.

______________________________
Diana C. Clark