**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

AND NOW, this ____ day of ____________, 2025, upon careful consideration of Defendants' Objections to Magistrate Judge's Report and Recommendation to Deny Summary Judgment Motion and Plaintiff's Response thereto, said Objections are **SUSTAINED**. Defendants' summary judgment motion is **GRANTED**. **JUDGMENT** is entered in Defendants' favor and against Plaintiff. The Clerk shall mark this case **CLOSED**.

___________________________
The Honorable J. Nicholas Ranjan
Judge, U.S. District Court