**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO WITHDRAW AS COUNSEL**

AND NOW comes Alexander W. Brown, Esquire, of Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C., to file the following Motion to Withdraw as Defendants' counsel.

1. Alexander W. Brown, Esquire, is concluding his employment at Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C. and consequently seeks to withdraw his appearance as Defendants' counsel.

2. The other attorneys of record for Defendants are remaining as Defendants' counsel.

WHEREFORE, it is respectfully requested that the Court grant Alexander W. Brown, Esquire's, motion to withdraw as Defendants' counsel.

**MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.**

Date: 3/31/2025 By: /s/ Alexander W. Brown, Esq.

**ALEXANDER W. BROWN, ESQ.**
Pa. I.D. #322661
abrown@mdbbe.com

40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
Telephone No.: (724) 836-4840
Fax No.: (724) 836-0532
*(Attorney for Defendants)*

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2025, a true and correct copy of the foregoing Motion to Withdraw as Counsel was submitted to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification to:

Nicholas W. Kennedy, Esq.
PA. I.D. #317386
nkennedy@hornedaller.com
Nicole Daller, Esq.
PA. I.D. #312224
ndaller@hornedaller.com
Giulia R. Schaub, Esq.
PA. I.D. #330375
gschaub@hornedaller.com

Horne Daller LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (412) 967-0465
*(Attorneys for Plaintiff)*

**MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C.**

By: /s/ Alexander W. Brown, Esq.
**ALEXANDER W. BROWN, ESQ.**
Pa. I.D. #322661
abrown@mdbbe.com

40 North Pennsylvania Ave., Suite 410
Greensburg, PA 15601
Telephone No.: (724) 836-4840
Fax No.: (724) 836-0532
*(Attorney for Defendants)*