**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | **ELECTRONICALLY FILED**<br><br>No. 2:22-cv-00797-NR-MPK<br><br>District Judge J. Nicholas Ranjan<br>Magistrate Judge Maureen P. Kelly<br><br>**JURY TRIAL DEMANDED** |

AND NOW, this ____ day of April, 2025, upon careful consideration of the Motion to Withdraw as Counsel filed by Alexander W. Brown, Esquire, said Motion is **GRANTED**. Alexander W. Brown, Esquire, is withdrawn as counsel for Defendants in the above-captioned matter.

______________________________
The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court