**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KENNETH FERENCE,

Plaintiff,

vs.

ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,

Defendants.

**ELECTRONICALLY FILED**

No. 2:22-cv-00797-NR-MPK

District Judge J. Nicholas Ranjan
Magistrate Judge Maureen P. Kelly

**JURY TRIAL DEMANDED**

AND NOW, this 1st day of April, 2025, upon careful consideration of the Motion to Withdraw as Counsel filed by Alexander W. Brown, Esquire, said Motion is **GRANTED**. Alexander W. Brown, Esquire, is withdrawn as counsel for Defendants in the above-captioned matter.

Maureen P. Kelly

The Honorable Maureen P. Kelly
Magistrate Judge, U.S. District Court