**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | Civil Action No. 2:22-cv-797<br><br>*Filed Electronically*<br><br>Hon. Maureen P. Kelly<br>Magistrate Judge<br><br>Hon. J. Nicholas Ranjan<br>District Judge<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

AND NOW, this ___________ day of _________________________, 2025, upon review of the foregoing Motion to Withdraw Appearance Pursuant to L.R. 83.2.C.4, Nicole Daller, Esq., is hereby withdrawn as counsel for Plaintiff Kenneth Ference in the above-captioned matter.

BY THE COURT,

___________________________________
Hon. Maureen P. Kelly
United States Magistrate Judge