**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | Civil Action No. 2:22-cv-797<br><br>*Filed Electronically*<br><br>Hon. Maureen P. Kelly<br>Magistrate Judge<br><br>Hon. J. Nicholas Ranjan<br>District Judge<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO WITHDRAW APPEARANCE PURSUANT TO LR 83.2.C.4**

Undersigned counsel respectfully requests this Honorable Court to withdraw the appearance of Giulia R. Schaub, Esq., as counsel for Plaintiff, Kenneth Ference, for the following reasons:

1. Nicholas W. Kennedy, Esq., is no longer employed by the law firm of Horne Daller LLC.

2. Plaintiff Kenneth Ference will continue to be represented by Nicholas W. Kennedy, Esq. of the law firm of Kennedy Law LLC.

WHEREFORE, undersigned counsel respectfully requests this Court withdraw the appearance of Giulia R. Schaub, Esq., for the above reasons.

Date: April 28, 2025

Respectfully submitted,

/s/ *Giulia R. Schaub*

Giulia R. Schaub, Esq. (Pa. 330375)

HORNE DALLER LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
Fax: (412) 967-0465
gschaub@hornedaller.com