**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KENNETH FERENCE,

Plaintiff,

vs.

ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,

Defendants.

Civil Action No. 2:22-cv-797

*Filed Electronically*

Hon. Maureen P. Kelly
Magistrate Judge

Hon. J. Nicholas Ranjan
District Judge

**JURY TRIAL DEMANDED**

**ORDER**

AND NOW, this 28th day of April, 2025, upon review of the foregoing Motion to Withdraw Appearance Pursuant to L.R. 83.2.C.4, Nicole Daller, Esq., is hereby withdrawn as counsel for Plaintiff Kenneth Ference in the above-captioned matter.

BY THE COURT,

Maureen P. Kelly
Hon. Maureen P. Kelly
United States Magistrate Judge