**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | Civil Action No. 2:22-cv-797<br><br>*Filed Electronically*<br><br>Hon. Maureen P. Kelly<br>Magistrate Judge<br><br>Hon. J. Nicholas Ranjan<br>District Judge<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

AND NOW, this 28th day of April, 2025, upon review of the foregoing Motion to Withdraw Appearance Pursuant to L.R. 83.2.C.4, Giulia R. Schaub, Esq., is hereby withdrawn as counsel for Plaintiff Kenneth Ference in the above-captioned matter.

BY THE COURT,

Maureen P. Kelly

Honorable Maureen P. Kelly
United States Magistrate Judge