IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendants. | CIVIL ACTION NO. 2:22-cv-797<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

AND NOW, comes Plaintiff, Kenneth Ference, by and through his counsel, Kennedy Law, LLC, and files this Consent Motion to Continue Status Conference and in support thereof avers as follows:

1. By Order dated October 2, 2026, the Court scheduled an in-person Status Conference to take place on October 27, 2026, at 3:00 p.m. (ECF 102).

2. Counsel for Plaintiff is unavailable to attend the Status Conference due to previously planned travel.

3. As such, Plaintiff respectfully requests that the Status Conference be continued to a date convenient to the Court.

4. Defendants consent to this Motion, and neither party will be prejudiced by this continuance.

5. For the convenience of the Court, Nicholas W. Kennedy, on behalf of Plaintiff, and Bernard P. Matthews, on behalf of Defendants, provide the following joint availability:

- November 10, 11, 13, 19, 23, or 30
- December 1, 2, 3, 4, 9, 10, 11, or 14

6. While Mr. Matthews has been designated as lead counsel for Defendants, the parties can provide availability for all defense counsel if the Court wishes for all counsel to attend.

WHEREFORE, Plaintiff, Kenneth Ference, respectfully requests this Honorable Court grant this Motion and enter an Order continuing the Status Conference for a date and time convenient to the Court.

Date: October 12, 2026

Respectfully submitted,

/s/ Nicholas W. Kennedy

Nicholas W. Kennedy, Esq. (Pa. 317386)

Kennedy Law, LLC
245 Fort Pitt Blvd
Pittsburgh, PA 15222
(412) 212-6465
nicholas@kennedylawpgh.com
*Attorney for Plaintiff*