IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH FERENCE,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>Defendant. | CIVIL ACTION NO. 2:22-cv-797<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

AND NOW, this _____ day of ____________________, 2026, upon consideration of Plaintiff's Consent Motion to Continue Status Conference, it is hereby ORDERED that the Motion is GRANTED. The Status Conference shall be rescheduled as follows: ____________________
______________________________________________________________________.

______________________________
J. Nicholas Ranjan
United States District Judge