**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KENNETH FERENCE,

*Plaintiff*

v.

ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,

*Defendants.*

Civil Action No. 2:22-cv-00797

**MOTION FOR ADMISSION *PRO HAC VICE* OF HANNAH S. WANDER**

Hannah S. Wander, undersigned counsel for Defendants, hereby moves that Hannah S. Wander be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Hannah S. Wander filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: October 20, 2026

Respectfully submitted,

/s/ Hannah S. Wander
Hannah S. Wander
D.C. Bar No. 90040200
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. N.W. Suite 400
Washington, D.C. 20006
hwander@becketfund.org
202-955-0095

**CERTIFICATE OF SERVICE**

I, Hannah Wander, hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice has been served this 20 day of October, 2026, via CM/ECF on all counsel of record.

/s/ Hannah S. Wander
Hannah S. Wander