**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH FERENCE,<br><br>*Plaintiff*<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,<br><br>*Defendants.* | Civil Action No. 2:22-cv-00797 |

**AFFIDAVIT OF HANNAH S. WANDER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Hannah S. Wander, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Hannah S. Wander, being duly sworn, do hereby depose and say as follows:

1. I am a constitutional law fellow at The Becket Fund for Religious Liberty.
2. My business address is 1919 Pennsylvania Ave. N.W. Suite 400, Washington, D.C. 20006.
3. I am a member in good standing of the bar of the District of Columbia.
4. My bar identification number is 90040200.
5. A current certificate of good standing from the District of Columbia is attached to this Affidavit as Exhibit A.

6. The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court: N/A.
7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.
9. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: October 20, 2026 /s/ Hannah S. Wander