**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KENNETH FERENCE,

Plaintiff,

v.

ROMAN CATHOLIC DIOCESE OF GREENSBURG and AQUINAS ACADEMY,

Defendants.

No. 2:22-cv-00797-NR-MPK

**ORDER FOR ADMISSION *PRO HAC VICE***

District Judge J. Nicholas Ranjan
Magistrate Judge Maureen P. Kelly

The motion of Laura Wolk Slavis for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the state of Maryland; and that her contact information is as follows:

Laura Wolk Slavis
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW Suite 400
Washington, D.C. 20006
lslavis@becketfund.org
202-955-0095

Applicant, having requested admission *Pro Hac Vice* to appear for all purposes as counsel in the above-captioned action for Roman Catholic Diocese of Greensburg and Aquinas Academy ("Defendants");

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Western District of Pennsylvania. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 21, 2026

s/ J. Nicholas Ranjan
The Honorable Judge J. Nicholas Ranjan
United States District Court Judge